Erin T. Carey, M.D.

Page 1

```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
                    CHARLESTON DIVISION


      IN RE:  ETHICON, INC.            MDL NO. 2327
      PELVIC REPAIR SYSTEM            Master File No.
      PRODUCTS LIABILITY LITIGATION   2:12-MD-02327
      _____ JOSEPH R. GOODWIN
      THIS DOCUMENT RELATES TO:       U.S. DISRICT JUDGE
      JO HUSKEY and ALLEN HUSKEY,

                   Plaintiffs,
                                        Case No.
      vs.                               2:12-MD-05201

      ETHICON, INC., et al.,

                   Defendants.
```

DEPOSITION OF ERIN T. CAREY, M.D.,

produced, sworn and examined on behalf of the

Defendants pursuant to Notice, on Wednesday, the 2nd

day of July, 2014, between the hours of 9:04 a.m.

and 2:46 p.m. of that day, at the law offices of

Wagstaff & Cartmell, 4740 Grand Avenue, Suite 300,

in the City of Kansas City, in the County of

Jackson, and the State of Missouri, before me,

NAOLA C. VAUGHN, MO CCR 1052, KS CCR 0895, CRR, RPR,

a Certified Court Reporter, within and for the

States of Missouri and Kansas.

EXHIBIT B

Erin T. Carey, M.D.

Page 2

```
 1            A P P E A R A N C E S
 2   For the Plaintiff:
 3       WAGSTAFF & CARTMELL, LLP
         4740 Grand Avenue
 4       Suite 300
         Kansas City, Missouri  64112
 5       816.701.1100
         jkuntz@wagstaffcartmell.com
 6   BY:  JEFFREY M. KUNTZ, ESQUIRE
 7
     For the Defendants:
 8
         BUTLER SNOW, LLP
 9       500 Office Center Drive
         Suite 400
10       Fort Washington, Pennsylvania  19034
         267.513.1885
11       burt.snell@butlersnow.com
     BY:  NILS B. (BURT) SNELL, ESQUIRE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1              I N D E X
 2   WITNESS:  ERIN T. CAREY, M.D.
 3   Examination by Mr. Snell ......................  4
 4
 5              EXHIBITS
 6   NUMBER   DESCRIPTION                   PAGE
 7   Exhibit 1  - Notice of Deposition         4
 8   Exhibit 2  - Rebuttal report of Dr. Carey    4
 9   Exhibit 3  - Dr. Carey's CV               5
10   Exhibit 4  - Dr. Pradmudji's IME        97
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1          (Exhibits 1 and 2 marked.)
 2              ERIN T. CAREY, M.D.,
 3   a witness, being first duly sworn, testified as
 4   follows:
 5              EXAMINATION
 6   BY MR. SNELL:
 7       Q.   State your full name for the record,
 8   please.
 9       A.   Erin Teeter Carey.
10       Q.   You're a medical doctor?
11       A.   I am.
12       Q.   You understand you're here to give
13   deposition testimony today in the Huskey matter,
14   which is currently pending in the Federal Court in
15   West Virginia?
16       A.   Yes.
17       Q.   I've marked Exhibit 1 as your notice of
18   deposition.
19          Have you seen that document before?
20       A.   I have.
21       Q.   Okay.  When did you look at that
22   document?
23       A.   I saw it yesterday.
24       Q.   Exhibit 2 I've marked.  Can you identify
25   that for the record?
```

Page 5

```
 1       A.   This is my rebuttal.
 2       Q.   That is your expert report in the Huskey
 3   case; correct?
 4       A.   Correct.
 5       Q.   You have issued no other reports in the
 6   Huskey case; correct?
 7       A.   I -- no.  I mean, this is my rebuttal to
 8   Dr. Pradmudji.
 9          MR. KUNTZ:  I'm just giving her one
10   that's not -- it's just one page so it's easier to
11   go through.
12       Q.   BY MR. SNELL:  Okay.  Also attached to
13   your Rule 26 rebuttal report that's been marked as
14   Exhibit 2 is your curriculum vitae; correct?
15       A.   Correct.
16       Q.   This notes it was revised January 2014;
17   correct?
18       A.   Correct.  But I have an updated version
19   for you here today.
20       Q.   So we'll mark as Exhibit 3 --
21       A.   I revised it yesterday also.
22       Q.   Okay.  So just for the record, can I ask
23   you to line that out just whenever you revised it so
24   there's no confusion for the record.  I'm going to
25   mark it separately, but just put the accurate date
```

2 (Pages 2 to 5)

Erin T. Carey, M.D.

Page 6

1  down there for your revision?
2      A.   Revised July 2014.
3      Q.   Okay.  So we're marking as Exhibit 3
4  your revised curriculum vitae, revised as of
5  July 2014; correct?
6      A.   Correct.
7      Q.   And is this your current CV, meaning
8  it's up to date on all your publications, your
9  submissions, things of that nature?
10     A.   Correct.
11     Q.   Do you have an extra copy of your
12 updated CV for you to look at?
13     A.   I have it -- no.  I don't.  That's my
14 only copy.
15         MR. KUNTZ:  I can get you another copy.
16     Q.   BY MR. SNELL:  Is Exhibit 3, your
17 July 2014 curriculum vitae, accurate?
18     A.   To the best of my knowledge, yes.
19     Q.   As I understand it, you did a residency
20 in obstetrics and gynecology?
21     A.   Yes.
22     Q.   And where was that at?
23     A.   At the Mayo Clinic.
24     Q.   You then did an advanced laparoscopy and
25 pelvic pain fellowship at the University of North

Page 7

1  Carolina?
2      A.   Yes.
3      Q.   When you did your obstetrics and
4  gynecology residency, did you do any prolapse or
5  incontinence surgery?
6      A.   I did.
7      Q.   Which ones?
8      A.   We did traditional anterior and
9  posterior repairs, as well as transvaginal
10 retropubic slings and transobturator slings.  We
11 also performed the Burch procedure.
12     Q.   Who was it that taught you how to
13 perform the Burch procedure?
14     A.   Dr. Stanhope.  Stanhope,
15 S-t-a-n-h-o-p-e.
16     Q.   Who taught you how to do the
17 transvaginal retropubic slings?
18     A.   There was Dr. Klingele, Gebhart and
19 Trabuco.
20     Q.   Did those same physicians teach you how
21 to perform the transvaginal transobturator sling?
22     A.   Dr. Trabuco did that for a period of
23 time, to my recollection.  I think he was the only
24 one who tried it.
25     Q.   Were those transvaginal retropubic

Page 8

1  slings polypropylene slings?
2      A.   They were.
3      Q.   Were they the original TVT retropubic
4  slings?
5      A.   They were the Align product, I believe.
6      Q.   Do you know who made the Align product?
7      A.   I believe it's Boston Scientific.
8      Q.   Did you actually pass the instruments
9  during those procedures?
10     A.   I did.
11     Q.   On how many occasions did you do the
12 transvaginal retropubic slings?
13     A.   During my residency?
14     Q.   Um-hum.
15     A.   25 to 30.
16     Q.   Have you continue to do slings?
17     A.   I have not.
18     Q.   Would it be correct that you have done
19 25 to 30 transvaginal retropubic slings in your
20 career?
21     A.   Yes.
22     Q.   How many transvaginal transobturator
23 slings have you done in your career?
24     A.   Only a handful.  I mean, less than 5.
25 Probably 5.

Page 9

1      Q.   Were any of those transvaginal
2  transobturator slings the TVT-O?
3      A.   No.
4      Q.   Do you know which brand they were?
5      A.   They were the Monarch.
6      Q.   So the transvaginal transobturator
7  slings that you would have learned under Trabuco
8  would have been the Monarch sling?
9      A.   Yes.
10     Q.   And that's an outside end sling?
11     A.   Correct.
12     Q.   When you started doing the Align
13 transvaginal retropubic sling, did you investigate
14 whether there were any randomized control trials for
15 that product?
16     A.   As part of our residency, we were aware
17 of some of the randomized control trials for the
18 TVT.
19     Q.   My question is specific to the Align.
20         So you used the Align transvaginal
21 retropubic sling?
22     A.   Yes.  Um-hum.
23     Q.   And did you research and determine
24 whether there were randomized control trials on that
25 particular sling at the time you began using it?

Erin T. Carey, M.D.

Page 10

1      A.   I read many RCTs on the transvaginal
2   sling. So I'm sure that some of them had the Align
3   product.
4      Q.   Okay.
5      A.   This was during our urogynecology
6   rotation. And so that was a part of our education.
7      Q.   How long was your urogynecology
8   rotation?
9      A.   I spent a total of six months with
10  urogynecologists.
11     Q.   Had you done other rotations before that
12  during your residency?
13     A.   Our GYN surgery rotations were divided
14  between GYN oncology --
15     Q.   Oncology?
16     A.   Uh-huh. Oncology. And urogynecology
17  and then three months minimally invasive surgery.
18     Q.   When you say three months minimally
19  invasive surgery, what types of surgeries are you
20  talking about?
21     A.   That's going to be the laparoscopic
22  procedures, such as excision of endometriosis,
23  ovarian cystectomies, bilateral
24  salphingo-ophorectomies, lysis of adhesions.
25     Q.   Did you do robotic surgery during your

Page 11

1   GYN training?
2      A.   I did.
3      Q.   What types?
4      A.   In residency we received training of the
5   daVinci robot during both of our urogynecology and
6   oncology rotations. You performed hysterectomies,
7   myomectomies, sacrocolpopexy. And then I went on to
8   do the two-year fellowship in minimally invasive
9   surgery, where I learned laparoscopic
10  hysterectomies, laparoscopic myomectomies, advanced
11  endometriosis surgery, and continued robotic
12  training.
13     Q.   Some of your publications were from the
14  time of your fellowship; is that correct?
15     A.   Correct.
16     Q.   And what was your involvement in those
17  publications?
18     A.   As far as?
19     Q.   What was your role? Were you a part of
20  the original research team?
21     A.   It depends on the publication. So some
22  of them I was the coinvestigator. Anyone who's
23  listed as an author has made a substantial
24  contribution to at least the body of the paper.
25     Q.   How long will it typically take you and

Page 12

1   your team to draft these manuscripts for your
2   papers?
3      A.   I mean, again, it depends on what the
4   project consists of. If you're starting from, I
5   think, a questionnaire and you have to actually send
6   a questionnaire out and wait for it to be returned,
7   I mean, that could take 6 to 12 months. But if
8   you -- if it's more of an opinion paper, 3 to
9   6 weeks. It depends on the -- the type of research
10  paper that you're writing.
11     Q.   So depending upon the type of research
12  paper you're writing, it would take between 3 weeks
13  and even up to 12 months?
14     A.   And sometimes longer, depending on the
15  group you're working with, if you're waiting for
16  someone to get a draft back to you. I mean, a lot
17  of that is just waiting for people to respond. I
18  think the one paper might actually be missing from
19  my CV.
20          Yeah, the most recent publication
21  actually is not on here.
22     Q.   And what would that be?
23     A.   That is the post-hysterectomy
24  dyspareunia paper, with my colleagues from
25  North Carolina.

Page 13

1      Q.   Is that a -- has it been published?
2      A.   It has, yeah. Yes. This spring.
3      Q.   What journal?
4      A.   Journal of Minimally Invasive
5   Gynecology. It was an invited topic for us to
6   discuss.
7      Q.   Okay. How long did it take you -- what
8   type of paper was that? Was it like -- sounds like
9   a review.
10     A.   A review.
11     Q.   How long did it take you to draft and
12  finalize and submit that review?
13     A.   I would be guessing.
14     Q.   Well, give me your best estimate.
15     A.   You mean between the group of us?
16     Q.   Yes.
17     A.   Probably coordinating 6 to 7 authors,
18  probably 8 to 12 weeks to get a final draft.
19     Q.   And you didn't have to do any original
20  research, such as going and looking at patient
21  charts for this paper, I take it?
22     A.   Correct. Correct.
23     Q.   So even a review article, it doesn't
24  have to go back and look at original charts and
25  things of that nature, it can take up to 8 weeks or

4 (Pages 10 to 13)

Erin T. Carey, M.D.

Page 14

1    more for finalization to submit?
2        A.   Between a group of busy clinicians with
3    limited research time, absolutely.  Very common.
4        Q.   And are all of the authors on this
5    post-hysterectomy dyspareunia paper people who made
6    substantial contributions to the paper, as you
7    earlier testified to?
8        A.   They're all part of my research team.
9        Q.   Who came up with the idea to do the
10   post-hysterectomy dyspareunia paper?
11       A.   I believe it was an invited topic from
12   the Journal of Minimally Invasive Gynecology.
13       Q.   Was Dr. Steege an author on that paper?
14       A.   I believe he was the senior author on
15   the paper.
16       Q.   What was his role in that paper?
17       A.   He coordinated the topics between the
18   fellows and graduates.  He had the final review of
19   the paper in submission.  And he also worked on the
20   introduction.  And I don't know the specific
21   components of the topics that he provided.
22       Q.   Other than the post-hysterectomy
23   dyspareunia paper published in the Journal of
24   Minimally Invasive Gynecology this year --
25       A.   Um-hum.

Page 15

1        Q.   -- other than that, everything else on
2    the CV is up to date?
3        A.   It should be, yes.
4        Q.   You testified earlier you've done
5    anterior and posterior repairs for prolapse.  I take
6    it those would be colporrhaphy?
7        A.   Correct.
8        Q.   You've also done sacrocolpopexy?
9        A.   Correct.
10       Q.   Have you done any other procedures for
11   prolapse?
12       A.   No.  I do perform what are called
13   colpoplasty at the time of a laparoscopic
14   hysterectomy or vaginal hysterectomy.
15       Q.   When did you first learn to do the
16   sacrocolpopexy?
17       A.   It was part of our curriculum in
18   residency.
19       Q.   Do you remember who taught you to do the
20   sacrocolpopexy?
21       A.   The urogynecologists' names I provided
22   earlier.
23       Q.   Klingele, Gebhart and Dr. Trabuco.
24       A.   Right.
25       Q.   How many sacrocolpopexies have you

Page 16

1    performed in your career?
2        A.   I have participated in -- I estimate 20.
3    I do not perform them now.
4        Q.   Okay.  And what type of material did
5    those sacrocolpopexies use to support the vaginal
6    vault?
7        A.   Mesh.
8        Q.   Polypropylene mesh?
9        A.   Polypropylene mesh.
10       Q.   Do you know which brand?
11       A.   I do not.
12       Q.   Do you know the pore size of that mesh?
13       A.   I do not.
14       Q.   Was it monofilament or multifilament
15   polypropylene mesh?
16       A.   I believe it was monofilament.
17       Q.   When you were doing the transvaginal
18   slings, did you know what the pore size to those
19   meshes was?
20       A.   I do not.
21       Q.   Were they monofilament polypropylene
22   meshes to your recollection?
23       A.   They were.
24       Q.   You testified about the surgeries you
25   performed in your fellowship, the laparoscopic

Page 17

1    hysterectomy, myomectomy, advanced endometriosis
2    surgery.
3        A.   Um-hum.
4        Q.   And you continue your robotic training
5    as well; is that correct?
6        A.   Correct.
7        Q.   Is that a full list of the surgeries you
8    performed during your fellowship?
9        A.   No, it is not.
10       Q.   Can you give me the rest of them,
11   please?
12       A.   In addition, in both residency and
13   fellowship, we performed mesh excision.
14       Q.   Okay.  Any others?
15       A.   We performed appendectomies,
16   ureterolysis, enterolysis, cystoscopies with
17   hydrodistention.  I also performed neuromodulation
18   procedures, including the use of the InterStim
19   device.
20           In my additional training with pain and
21   anesthesia, I also learned nerve block technique
22   with both ultrasound guidance, fluoroscopic
23   guidance, and nerve stimulator guidance.
24       Q.   Is that different than nerve blocks,
25   nerve stimulator guidance?

5 (Pages 14 to 17)

Erin T. Carey, M.D.

Page 18

1    A.   You can do nerve blocks blind, but you
2  can also use them with the nerve stimulator or via
3  the other image-guided techniques.  It depends on
4  the nerve.
5    Q.   Okay.  When you say you can do nerve
6  blocks blind, what do you mean by that?
7    A.   Use anatomic landmarks.  There's some
8  nerves that have very little anatomical variance
9  between patients.  And people with normal anatomy
10  you're able to perform injections without
11  image-guided devices.
12    Q.   Which nerves are there very little
13  anatomic differentiation between patients?
14    A.   I mean, it depends.  I mean, there's --
15  the other thing is that, when you do perform a nerve
16  block, you are also injecting a large volume of
17  anesthetic that will have a wide area of
18  distribution.  So even if you're not in the exact
19  location of the nerve, you will likely be able to
20  provide an appropriate block, if you are within
21  several centimeters.  So it depends on the nerve.
22    Q.   Well, I think my question was:  You
23  mentioned it's done where nerves -- it's done on
24  nerves with very little anatomic variation between
25  patients.

Page 19

1    So my question is:  Which nerves have
2  very little anatomic differentiation between
3  patients?
4    MR. KUNTZ:  Objection.
5    You can answer.
6    A.   The nerves that we routinely will block
7  with anatomic guidance include nerves of the
8  abdominal wall.  And this is the iliohypogastric and
9  ilioinguinal nerve.  And while there is anatomic
10  variance, if you use the anterior, superior iliac
11  spine and you are able to feel the muscle layers
12  that you go through, you're able to effectively
13  block that nerve.
14    Q.   BY MR. SNELL:  Besides the abdominal
15  wall, are there any other nerves that are blocked in
16  a blind fashion?
17    A.   I mean most nerves have some kind of
18  ability to be blocked in a blind fashion.  Do I do
19  all of those?  Not necessarily.  In my practice, I
20  do the anterior abdominal wall.  Occasionally I do
21  the terminal branches of the pudendal nerve as a
22  diagnostic technique in my practice.  Occasionally I
23  will block the genitofemoral terminal branch as a
24  diagnostic technique blindly in my practice.
25    Q.   How many mesh excision surgeries have

Page 20

1  you done in your career?
2    A.   I would estimate 20 to 30.
3    Q.   Do you have any idea as to the breakdown
4  of those excision surgeries, whether a certain
5  percent or number were from prolapse mesh like
6  sacrocolpopexy or transvaginal mesh as compared to
7  slings?
8    A.   I notice in my -- in my residency, we
9  removed several of the large prolapse kits, device
10  kits, but in my fellowship we predominantly saw --
11  we saw a combination of both the kits and the
12  slings.  I have never removed mess from a
13  sacrocolpopexy.
14    Q.   Have you read literature that discusses
15  the mesh sometimes has to be removed from
16  sacrocolpopexy?
17    A.   It sometimes does, but that is a much
18  less frequent occurrence.  Also in my fellowship we
19  had a mesh pain clinic.  So we saw a higher volume
20  of women who had mesh complications.  But we did not
21  necessarily always remove the mesh.
22    Q.   And you all weren't the ones putting in
23  the mesh in the first place?
24    A.   Correct.  Not in fellowship.
25    Q.   So you didn't have any way of

Page 21

1  scientifically tracking the number of meshes put in
2  to compare that to the number of women who presented
3  to your clinic?
4    A.   That's one of the big issues with this
5  entire, I mean, complaint is that these women are
6  not going back to the primary providers.  Also we
7  were taking care of our urogynecologists
8  complications within our own North Carolina
9  practice.  But at least what we have seen is that
10  most women -- we had the ability to have a tertiary
11  referral center and a high volume but were not going
12  back to their primary providers who placed the mesh.
13    Q.   The urogynecologists there at the
14  University of North Carolina, do you know what type
15  of slings they used?
16    A.   I don't recall.
17    Q.   So you don't know whether they would
18  have used a TVT retropubic or an Align or some other
19  retropubic sling?
20    A.   I could find out, but I don't recall.
21    Q.   What about transobturator slings for the
22  urogynecologist at UNC?  Any idea what type of
23  slings they used?
24    A.   I don't know.
25    Q.   Some of the mesh revision procedures --

6 (Pages 18 to 21)

Erin T. Carey, M.D.

| Page 22 | Page 24 |
|---|---|

**Page 22**

1  strike that.
2      When you testified you had done 20 to 30
3  mesh excision procedures --
4      A.  Yes.
5      Q.  -- is that the total number in your
6  career?
7      A.  That's an estimate.
8      Q.  Okay.
9      A.  But I've seen hundreds of women who have
10  had mesh complications, including sexual pain,
11  erosion and chronic pelvic pain from mesh.  That did
12  not mean I necessarily removed it.
13      Q.  Am I correct that of the 20 to 30 mesh
14  excision procedures you've been involved in your
15  career, you can't say what number of them, if any,
16  were TVT retropubic slings?
17      And just so we're clear, when I say TVT
18  retropubic, I mean my client's TVT retropubic
19  slings.
20      A.  Oh, then I don't believe they -- I don't
21  believe they have that product at Mayo.
22      Q.  And when you estimated you've removed --
23  strike that.
24      When you estimated you've done revision
25  surgeries on 20 to 30 --

**Page 23**

1      A.  Um-hum.
2      Q.  -- meshes, am I correct that you can't
3  testify that any of those were my client's,
4  Ethicon's, TVT retropubic transobturator sling; is
5  that correct?
6      A.  I'm sure I could go back in the medical
7  record and find that information.  We saw a variety
8  of patients who have multiple different products of
9  mesh.  Do I know any of them was specifically the
10  Ethicon product, I do not know.
11      Q.  So as you sit here today, you cannot
12  testify under oath that you've removed a TVT
13  retropubic transobturator sling made by Ethicon?
14      A.  I've taken care of patients who have had
15  complications from --
16      Q.  Move to strike.  This is -- I want to
17  move this deposition along, and I'm asking very
18  simple, straightforward questions.  This is a yes or
19  no answer.  All right.
20      As you sit here today, under oath, can
21  you testify that you have removed an Ethicon TVT-O
22  transobturator sling?
23      A.  Not to my knowledge.
24      Q.  Okay.  After you finished your
25  fellowship, did you move back here to -- well,

**Page 24**

1  strike that.
2      After your fellowship, where did you
3  move then?
4      A.  Well, I stayed an additional -- after I
5  finished my laparoscopic surgery and pelvic pain
6  fellowship, I stayed an additional year at
7  North Carolina.
8      I was a GYN faculty, as well as pain
9  anesthesia fellow, and worked closely with their
10  team for GYN pain conditions.  Once I completed my
11  training there, I moved to Kansas City.
12      Q.  What's your current practice?
13      A.  I'm at the University of Kansas Medical
14  Center, Center for Pelvic Pain and Sexual Health.
15      Q.  And when was it you moved to
16  Kansas City?
17      A.  In July of 2013.
18      Q.  Since finishing your fellowship, have
19  you done any surgeries?
20      A.  I have.
21      Q.  Which ones do you perform, following
22  your -- strike that.
23      So I'm only interested in now after your
24  fellowship.
25      A.  Okay.

**Page 25**

1      Q.  For the types of surgeries you do at
2  your practice when you were at UNC for that year,
3  but also since you're here.
4      A.  I do the same surgeries.
5      Q.  Can you just give me the quick list?
6      A.  Sure.
7      Q.  Of the ones that you do.
8      A.  I perform laparoscopic hysterectomy,
9  myomectomy, excision of endometriosis, excision of
10  large pelvic masses, lysis of adhesions,
11  appendectomies.  I perform robotic myomectomies and
12  hysterectomies.  I -- what I did not mention
13  previously, I also perform vulvar surgery.  So I do
14  some vestibulectomies.  It's excision of the vulvar
15  vestibule for pain.  I also perform cystoscopy,
16  cystoscopy with hydrodistention, neuromodulation
17  procedures, and then a variety of blocks.
18      Q.  Okay.  The vulvar surgery you perform --
19      A.  Um-hum.
20      Q.  -- what's the reason behind why that --
21  I assume that that's a painful condition to the
22  woman?
23      A.  It is.
24      Q.  Is that the reason why you perform the
25  surgery?

Erin T. Carey, M.D.

Page 26

1      A.   In some women who have what's called --
2  the new term is provoked vestibulodynia.  It used to
3  be known as vulval vestibulitis.  So pain with
4  touching of the vulvar vestibule only.
5          In the failed medical management, it is
6  reasonable to offer an excision of the vestibule
7  with vaginal advancement.
8      Q.   Do you do any cosmetic vaginal
9  surgeries?
10     A.   I do not.  I have performed labioplasty
11 for labial hypertrophy.  But I do not perform any
12 for cosmetic purposes or for -- any of the
13 vaginal rejuvenation procedures.
14         I also do chemodenervation of the
15 levator ani muscles.  That's botulism toxin A.  Of
16 some muscles of the pelvic floor for persistent
17 spasm and hypertonicity.
18     Q.   That's called Botox?
19     A.   Botox, yeah.  I also do some
20 hysteroscopy, but not a lot of operative
21 hysteroscopy.  I do diagnostic hysteroscopy.
22     Q.   Explain what that is.
23     A.   Where you look inside the uterus.  You
24 do a dilation and curettage.  And it's part of my
25 general gynecology practice.  It's bread and butter

Page 27

1  gynecology.
2      Q.   What is the -- strike that.
3          Is laparoscopy the surgery that one can
4  do to diagnose endometriosis?  Or is there some
5  other type of surgery?  I might be butchering the
6  words.
7      A.   No.  The only way to diagnose
8  endometriosis is a pathologic or histologic
9  evaluation of tissue sampled at the time of
10 laparoscopy or open procedure.
11     Q.   When you say the only way to diagnose
12 endometriosis is a pathologic or histologic
13 evaluation of tissue sampled at the time of
14 laparoscopy or open procedure, what do you mean by a
15 laparoscopy?
16     A.   Like what is a laparoscopy?
17     Q.   Yeah.
18     A.   Or laparoscopic surgery?
19     Q.   Okay.
20     A.   It is where you insufflate the abdomen
21 with carbon dioxide, and you place either one or
22 multiple instruments called trocars into the
23 abdomen, including a site for a camera, and then
24 evaluate the pelvic peritoneum and biopsy any tissue
25 that appears consistent with endometriosis.

Page 28

1      Q.   So laparoscopy is basically laparoscopic
2  surgery?
3      A.   Yes.
4      Q.   I'm confused.  I didn't know if it was
5  some type of special laparoscopic surgery.
6      A.   No.  Just --
7      Q.   Myomectomy?  What's that?
8      A.   Removal of uterine fibroids.
9      Q.   Okay.  When you say advanced
10 endometriosis surgery --
11     A.   Um-hum.
12     Q.   -- what type of surgery are you talking
13 about there?
14     A.   Endometriosis is -- has many different
15 presentations.  And I mean that in a way that it is
16 from a -- it's four different stages of disease.  So
17 at the most -- I mean, at stage 4 disease would be
18 where you have retroperitoneal fibrosis of the
19 tissue, displacement of the ureters, adherence of
20 the uterus to the ovaries and bowel and bladder.
21     Q.   So would you do advanced endometriosis
22 surgery only on a stage 4 endometriosis patient?
23     A.   I guess I don't know what you're saying.
24 I mean, that would be considered an advanced
25 procedure.  I perform excision of endometriosis on

Page 29

1  all stages.
2      Q.   Okay.
3      A.   However, only certain providers have the
4  clinical skills to do advanced disease.
5      Q.   Why do you perform excision of
6  endometriosis in all stages?
7      A.   It can be for a variety of reasons.
8      Q.   What are those reasons?
9      A.   Fertility is one of them.  You can have
10 a pelvic mass, called an endometrioma, which is an
11 endometriosis of an ovary which can become quite
12 large and uncomfortable.  You can have small -- you
13 can have peritoneal implants that you can excise.
14     Q.   Peritoneal implants?
15     A.   Implants.  Disease on the peritoneum or
16 uterus.
17     Q.   Not some type of implant put into the
18 body?
19     A.   No, no.  Sorry.  The disease itself on
20 the peritoneum, the bowel, the bladder, the
21 appendix.
22     Q.   Is pelvic pain a reason why you would do
23 endometriosis surgery?
24     A.   Yes.  I think by that, I would mean
25 chronic pelvic pain of a reproductive aged woman who

8 (Pages 26 to 29)

Erin T. Carey, M.D.

Page 30

1    had significantly painful menses, I would offer her
2    a laparoscopy.  If she failed medical management.
3         Q.   When you do endometriosis surgery, do
4    you do it laparoscopically?
5         A.   I do, yes.
6         Q.   The neuromodulation procedures you
7    performed, you identified InterStim.
8         A.   Yes.
9         Q.   Any others?
10        A.   No.
11        Q.   What do you use InterStim for?
12        A.   InterStim is basically neuromodulation
13   of the S3 nerve, and it's indicated for use of
14   urinary symptoms, such as urinary frequency,
15   urgency, incomplete emptying, urinary retention.
16        Q.   How many InterStims have you placed?
17        A.   Approximately -- I've trialed about 15,
18   and permanent placement, about 10.
19        Q.   What's the failure rate of the
20   InterStim?
21        A.   Would you clarify -- as far as the --
22   because there's two -- it depends on what -- depends
23   on a couple of things.  Depends on what you are --
24   what you're considering failure.  It also depends on
25   if you're talking about the trial or permanent

Page 31

1    placement.
2              So one of the beauties of the device is
3    that you send someone home with a seven to ten-day
4    trial.  I have my patients mark their urinary
5    symptoms as well as any pain symptoms that they
6    have.
7              And then I would say a trial that would
8    be considered positive enough to proceed with a
9    permanent implant would be greater than 50 percent
10   of those symptoms, improvement of greater than
11   50 percent of their symptoms.
12        Q.   Okay.  So the woman has symptoms of urge
13   incontinence, you do a seven to ten-day trial with
14   the InterStim.  And you would consider it successful
15   such that you would offer permanent placement if the
16   woman has greater than 50 percent symptom resolution
17   of her urgency?
18        A.   Only if they failed or could not
19   tolerate the medications or lifestyle modifications
20   for urgency incontinence and that she felt it was
21   beneficial to proceed with the device, we would
22   consider it.
23        Q.   If there was a greater than 50 percent
24   symptom resolution?
25        A.   Correct.

Page 32

1         Q.   And the medications and lifestyle are
2    the first line therapy?
3         A.   They are.
4         Q.   When you were describing how a
5    laparoscopy is done, you said that the abdomen is
6    insufflated with the carbon dioxide; correct?
7         A.   Correct.
8         Q.   What do you mean by the abandon is
9    insufflated?
10        A.   You make a small incision usually in the
11   umbilicus and insert a device called a varus needle,
12   which is a closed technique.  And you basically
13   place a needle into the abandon.  And then once
14   you're past the peritoneum, you connect a tube of
15   gas that's CO2, verify low opening pressures to make
16   sure that you're actually in the cavity and not in a
17   small space, and then fill the abdomen with air to
18   approximately 15 milliliters of mercury of pressure.
19   And then you place your instrument, your trocar.
20        Q.   Where did you learn to perform
21   insufflation?
22        A.   In residency.
23        Q.   Is the varus needle the only needle or
24   instrument used to insufflate?
25        A.   It's the one I use most often, but there

Page 33

1    are multiple different techniques.  One of them is a
2    blind technique, where you make an incision and
3    blindly place a port.  You can also do something
4    called the open technique or Hasson technique,
5    H-a-s-s-o-n, I believe, and it's where you make a
6    larger incision through the umbilicus and visualize
7    going through the layers and placing the port under
8    direct visualization.
9         Q.   When you say you blindly place a port,
10   what are you meaning by that?
11        A.   You would just -- you're just not
12   looking through the layers as you place it.  So some
13   people will do that.  I don't do that.  You can also
14   do the Optivue technique, where instead of blindly
15   placing the port, you are not visualizing going
16   through the layers of the abdominal wall, and you
17   can insert the 5-millimeter camera through a port.
18   That's never been shown to decrease complications,
19   but some feel more comfortable placing the device
20   that way.
21        Q.   When you say some surgeons blindly place
22   the port, are you talking about a trocar?
23        A.   Some will; correct.
24        Q.   So when you said port, that's --
25        A.   Trocar.

Erin T. Carey, M.D.

Page 34

1    Q.   That's the equivalent of a trocar?
2    A.   Yes. Yes.
3    Q.   Is the insertion of the varus needle
4  into the abdomen a blind procedure as well?
5    A.   Yes.
6    Q.   Are there risks with that?
7    A.   Very few.
8    Q.   What are they?
9    A.   There are risks of damaging the bowel,
10 large vessels in the abdomen, the bladder,
11 potentially. But the patients that we use the varus
12 needle on, you decrease their risk by not performing
13 it in people who have had previous abdominal
14 procedures. You can also place it in a left upper
15 quadrant, if you are trying to avoid a prior midline
16 incision. So there are various ways to use the
17 varus needles, but the varus needle is a very safe
18 device.
19   Q.   You've probably read the literature
20 which reports various rates of injury to patients
21 receiving blind varus needle entry during the time
22 of laparoscopy?
23   A.   Am I familiar with it?
24   Q.   Um-hum.
25   A.   I am.

Page 35

1    Q.   And you believe that the risks are, did
2  you say, very few or low?
3    A.   Yes. They're significantly less than
4  1 percent.
5    Q.   Okay. I take it, when you were doing
6  the transvaginal slings during your residency, you
7  were involved in counseling of those patients about
8  the risks of the surgery?
9    A.   I was.
10   Q.   Were you involved in counseling patients
11 about the risks of other incontinence surgeries like
12 the Burch as well?
13   A.   I was.
14   Q.   Were you involved in counseling patients
15 about the risks of prolapse repairs?
16   A.   Yes.
17   Q.   When did you first learn that pain was a
18 potential complication with surgery?
19   A.   Whenever?
20   Q.   Yes.
21   A.   I mean, it's medical school.
22   Q.   When did you first learn that pain was a
23 potential complication with a vaginal surgery?
24   A.   Can you clarify? Are you talking about
25 acute pain immediately after surgery or subacute

Page 36

1  pain or chronic, post-surgical pain. I don't -- I
2  mean, because everyone -- I mean, almost everyone
3  that has surgery has some pain associated with it.
4    Q.   How do you define chronic pain?
5    A.   What kind of chronic pain?
6    Q.   I'm asking you.
7    A.   Like chronic pelvic pain would be --
8  that would be the thing I'm most familiar with. So
9  chronic pelvic pain would be continuous or
10 intermittent time period the same pain for greater
11 than six months.
12   Q.   Is that statement that the chronic
13 pain -- strike that.
14        Is the statement you just made that
15 chronic pelvic pain is pain that persists for more
16 than six months a statement that comes out of one of
17 the professional organization guidelines, like the
18 Ob/Gyn or urology?
19   A.   ACOG?
20   Q.   Yes.
21   A.   And most of them do say six months.
22 Some organizations will say as little as three
23 months, but most, to my knowledge, are six months.
24   Q.   Your standard for chronic pelvic pain,
25 though, is six months for consistent pain?

Page 37

1    A.   Of the same pain; correct. And that's
2  what I would use from a research standpoint as well.
3    Q.   So when did you first learn that chronic
4  pain was a risk of surgery?
5    A.   I think you're introduced to some of
6  that in medical school. It's not common after most
7  surgeries. So I would probably say the -- my --
8  most of my education was in -- began in residency.
9  And then I learned a significantly larger amount in
10 fellowship at my additional training.
11   Q.   When did you first learn that
12 dyspareunia was a potential risk with the vaginal
13 surgery?
14   A.   Which type of vaginal surgery?
15   Q.   Any type of vaginal surgery.
16   A.   I think you have to kind of specify
17 because there are certain procedures that we avoid
18 now due to the risk of dyspareunia. And it depends
19 on what type of dyspareunia, insertional, deep
20 dyspareunia. Is it painful at the beginning of
21 intercourse, but then it dissipates once she's well
22 lubricated. Is it -- you know, there's multiple
23 different types. Is it provoked vestibulodynia. Is
24 it scarring from a posterior repair. Is it pelvic
25 floor tension. Is it structural, such as bladder,

Erin T. Carey, M.D.

Page 38

1   the bowel, the cervix, the uterus. I mean, I would
2   need you to specify.
3       Q.   How about this: Are there any vaginal
4   surgeries that you do that do not have the potential
5   risk of dyspareunia?
6       A.   Dyspareunia as in?
7       Q.   Pain with intercourse.
8       A.   At the opening of the vagina? At the --
9       Q.   Any time.
10      A.   In like how long -- I mean, immediately
11  after? 6 months? 12 months? I --
12      Q.   My question is broader. My question is
13  simply: Are there any vaginal surgeries you do that
14  do not have a potential risk of dyspareunia?
15      A.   I don't think I can answer that.
16          MR. KUNTZ: Objection. Objection.
17      Q.   BY MR. SNELL: You can answer.
18      A.   I can't answer. I mean, I think it's
19  just too broad. I would really need you to specify
20  like a vestibulitis or provoked vestibulodynia. Is
21  it painful just -- I mean, I would need a more
22  specific question.
23      Q.   If you're doing a hysterectomy --
24      A.   Okay.
25      Q.   -- is there a potential risk of

Page 39

1   dyspareunia after that?
2       A.   Insertional dyspareunia, probably
3   incredibly low.
4          Mid or deep dyspareunia, there's a low
5   risk.
6       Q.   Do you counsel your patients on that?
7       A.   I do.
8       Q.   That's what I'm getting at, you know,
9   what type of vaginal surgeries do you do where
10  there's a risk of dyspareunia?
11      A.   I know I don't place mesh. I think that
12  risk is great.
13          MR. SNELL: Move to strike as
14  nonresponsive.
15      Q.   BY MR. SNELL: What type of surgeries do
16  you do that have a risk of dyspareunia that you
17  counsel your patients on?
18      A.   For example, the vestibulectomy.
19      Q.   Okay.
20      A.   Which is a procedure we do to remove the
21  vestibule which is causing pain.
22      Q.   Um-hum.
23      A.   One of the potential risks would be
24  scarring of the posterior vagina.
25          However, we probably would get these

Page 40

1   women into physical therapy after surgery to improve
2   their outcomes.
3       Q.   What's the -- what's the physical
4   therapy regimen? Is it to break up the scar tissue?
5       A.   To mobilize the tissue, yes. And also a
6   huge part of physical therapy is the cognitive
7   behavior therapy component. So you have a woman who
8   has not been able to have pain-free intercourse for
9   either her entire life or a period of months to
10  years. And one of the most important parts of
11  physical therapy is having her more -- become more
12  comfortable with inserting things into the vagina,
13  feeling more comfortable with her own body. I think
14  that is another component of it as well. It also
15  treats any musculoskeletal pain that they may have
16  from either surgery or prior to surgery from the
17  pain process itself.
18          MR. KUNTZ: Burt, whenever you get to a
19  stopping point, let me know.
20          MR. SNELL: We can stop now.
21          MR. KUNTZ: I just want to take a quick
22  break.
23          (Recessed from 10:08 a.m. to
24          10:17 a.m.)
25      Q.   BY MR. SNELL: The web site identifies

Page 41

1   you as treating chronic pain disorder and pelvic
2   pain; is that correct?
3       A.   Is that my web site?
4       Q.   I believe so. Clinical practice focused
5   on pain management, pelvic pain.
6       A.   That would be correct.
7       Q.   And some of the pain management and
8   pelvic pain that you deal with is chronic pelvic
9   pain or chronic pain?
10      A.   Almost all of my pain is chronic.
11      Q.   And what are the conditions that lead to
12  that chronic pain that you treat?
13      A.   Where would you like me to begin?
14  Chronic pelvic pain?
15      Q.   Sure.
16      A.   It's a very broad topic. I probably
17  would just break it down by organ systems. I mean,
18  so it could be the reproductive system.
19      Q.   Okay.
20      A.   Well, if you look at -- so reproductive
21  system would include -- I mean, anything structural
22  with the reproductive organs themselves. So the
23  uterus: Necrotic fibroids, severe cramping with
24  menses called dysmenorrhea, distention of the
25  fallopian tunes, such as hydrosalpinges or

Erin T. Carey, M.D.

Page 42

1    pyosalpinges, from an inflammatory disease of the
2    pelvis, such as like pelvic inflammatory disease, a
3    chlamydia infection.  You can have chronic pain from
4    those conditions.  You can have chronic pain from
5    endometriosis.
6        Q.   Is that structural?
7        A.   It -- I mean, it has implants.  So it is
8    a -- you would -- implants are large masses on the
9    ovaries or nodules of the uterosacral ligament.  So
10   it is -- I mean, it's structural.
11           Then you could have the GI tract.  So
12   you could have inflammatory bowel disease, irritable
13   bowel syndrome can be associated with some pain.
14   Diverticulitis can be an ebb and flow of chronicity
15   and cause some pain.
16           Chronic appendicitis.  The GU syndrome
17   or -- so you have interstitial cystitis.  Painful
18   bladder syndrome.  Chronic ureteritis, chronic
19   urinary tract infections, a foreign body in the
20   bladder can cause chronic pain, like a stone --
21   residual stone or -- like from a renal stone, a
22   suture.  Like those can actually cause chronic
23   discomfort in contractability of the bladder.
24           You can have the pelvic floor muscles.
25   Those are normally in response to something, but

Page 43

1    they can definitely contribute to chronic pain of
2    the pelvis.  So that would be the levator ani
3    complex and the obturator muscle, the piriformis
4    muscles.  You can have a neuropathic condition of
5    the lower abdominal wall or the pelvis.  So that
6    would be -- you could have an ilioinguinal or
7    iliohypogastric neuropathy, genitofemoral
8    neuropathy, obturator neuropathy, pudendal
9    neuropathy.  All of those can cause chronic pelvic
10   pain.
11           You can have something like -- the
12   musculoskeletal system, like the hip, is in close
13   proximity to the pelvis.
14       Q.   The hip?
15       A.   The hip.  So I've had patients who have
16   had a labrale tear, but they describe it as groin
17   and pelvic pain and end up in my clinic, but it's
18   usually orthopedic in nature.  I would say those are
19   the most common that I see, just off the top of my
20   head.
21       Q.   Okay.
22       A.   And then you have, you know, vulvar pain
23   syndrome.  So generalized vulvodynia, provoked
24   vestibulodynia.
25       Q.   Is all of your current practice at the

Page 44

1    University of Kansas or do you split time between
2    the University of Kansas And University of North
3    Carolina?
4        A.   Now all my practice is at the University
5    of Kansas.
6        Q.   Do you -- when you do your surgeries, do
7    you use -- I take it you use sutures during your
8    surgeries; correct?
9        A.   I do.
10       Q.   Do you use any polypropylene sutures?
11       A.   Not in the surgeries I perform now.
12       Q.   Did you ever use any polypropylene
13   sutures for any of your surgeries?
14       A.   I'm sure during residency I have.
15       Q.   Do you use any permanent sutures in your
16   surgeries?
17       A.   I currently don't.  I will use some --
18   I'll use some silk to oversew the bowel, if there's
19   a bowel injury.  But actually -- yeah.  I'm trying
20   to think.  I don't think I do now.  I'm just trying
21   to go through all my procedures.  I use a -- no.
22   Never mind.  No.  I use -- I was just trying to
23   think of all my things.
24           I occasionally will use a Hem-o-Lok clip
25   on an appendix -- of appendix, but that's the only

Page 45

1    thing that is non-absorbable.
2        Q.   So a little while ago we discussed the
3    different conditions that could lead to chronic
4    pelvic pain.
5            Can you tell me the different conditions
6    that can lead to -- strike that.
7            Do you consider chronic dyspareunia to
8    be within the realm of chronic pelvic pain?
9        A.   I do.  Yeah.
10       Q.   The conditions that can lead to chronic
11   dyspareunia, are those the same as those you
12   enumerated with respect to chronic pelvic pain?  The
13   structural endometriosis, GI tract, GU, pelvic floor
14   muscles, neuropathic, musculoskeletal and vulvar
15   pain syndromes?
16       A.   I think the one thing I also excluded,
17   and it's blatantly obvious, is the mesh conditions
18   as well.  So foreign body in the vagina.  And I
19   would say that some of those could contribute to
20   dyspareunia, but it depends on the type of
21   dyspareunia.  And that's really important in my
22   clinical practice, because it allows me to have a
23   true diagnosis and then actually treat my patients.
24       Q.   When a patient comes in and she's
25   complaining of pain, walk me through the process of

Erin T. Carey, M.D.

Page 46

1 how you would assess her? Starting with, you know,
2 she's a new patient of yours.
3    A.  Sure.
4    Q.  Let me just clean the question up.
5    A.  Okay.
6    Q.  So walk me through the process by which
7 you evaluate a new patient.
8    A.  Okay.  A new patient?
9    Q.  A new patient with pain.
10    A.  Patient with pain.
11       So my practice is a -- is a pelvic pain
12 and sexual health practice.  The majority of my
13 patients who have been referred are referred from
14 either clinicians within my department to my
15 division or within the University of Kansas or
16 outside.  So it's a referral-based practice.
17    Q.  Okay.
18    A.  With a large catchment area.
19       Most patients who have presented to me
20 have a diagnosis of chronic pain, and have tried
21 multiple treatments and therapies prior to a
22 referral to myself.  So that just is a normal
23 patient I see.
24       So the -- when the patient arrives, she
25 may or may not have outside medical records.  If she

Page 47

1 does not, I would send a request for those.  I think
2 an important part of what I do is to make sure we
3 don't duplicate treatments that have been performed
4 and not worked, as well as medications.
5       And then I have approximately 60 minutes
6 with the patient, for my new patients.  We do a
7 detailed history, which I think is incredibly
8 important in deciphering the etiology of her pain,
9 aggravating and alleviating factors, but potential
10 trigger for her initial pain process, and then
11 subsequent responses from the remainder of her
12 symptoms.
13       I then -- after a detailed history --
14 I'm not going to go into that with you, but it's
15 very similar to what I have given you for
16 Ms. Huskey -- perform a thorough physical
17 examination.  And that includes an examination of
18 the patient's back.  So musculoskeletal system, her
19 abdomen, and the pelvic exam.  You have a visual
20 inspection of the external genitalia.
21       Do you want me to go into the pelvic
22 exam?
23    Q.  Yes.
24    A.  So -- I mean, you would definitively be
25 led by what some of her complaints are, but

Page 48

1 traditionally I would -- detailed examination of the
2 vulva, including the labia majora, labia minora, the
3 clitoris, the clitoral hood, the urethra, the vulvar
4 vestibule, the hymenal ring, the anus.  This is all
5 an inspection.
6       I want to make sure that the tissue
7 appears normal.  I want to identify if there's any
8 tenderness or erythema of the tissue.  I'll use a
9 Q-Tip -- I'll perform a Q-Tip exam, where I'll
10 evaluate the vulvar vestibule.  If she has no other
11 complaints of the vulva, I don't perform a
12 neurosensory exam of the vulva.  That's more
13 detailed.
14       I'll then lightly lubricate the Q-Tip,
15 and I'll insert it into the vagina and assess her
16 response.  Is that neutral or unpleasant.  I will
17 then use a single digit.  I'll have her perform a
18 contraction of her pelvic floor muscles to assess
19 her Kegel strength.
20       I then will perform the pelvic floor
21 muscle exam, applying approximately 2 kilograms of
22 pressures to the levator ani muscles, the obturator
23 internus, and the piriformis muscles bilaterally.
24 When I evaluate the obturator internus muscle, I
25 will have her abduct her thigh in order to fully

Page 49

1 palpate the muscle.
2       And then I will ask her, as I evaluate
3 each of these muscles, if she has a pain or pressure
4 response.  I'm also able to assess tonicity of the
5 muscles.  So if they're -- if they're normal or if
6 they are hypertonic or contracting.
7       And then I will evaluate the urethra, to
8 see if she has any tenderness in the urethra itself,
9 the bladder neck and the base of the bladder.  I'll
10 use a single digit to see if she has any discomfort
11 behind the pubic arch.
12       And then we'll perform a two-digit exam
13 to manipulate the cervix, to see if she has cervical
14 tenderness.  I will then evaluate the mobility and
15 size of the uterus, see if she has any tenderness of
16 the uterus.  I will then apply my abdominal hand to
17 evaluate the size of the uterus, evaluate the
18 adnexa, see if there's any tenderness or fullness in
19 the adnexa.
20       I'll perform a rectovaginal exam.  The
21 patients that have complaints of -- defecatory
22 complaints, evaluate the rectovaginal septum, and
23 then change gloves and perform a speculum exam.
24       So we'll look at the vagina, looking
25 for -- I already would do an initial assessment of

13 (Pages 46 to 49)

Erin T. Carey, M.D.

Page 50

1    the introitus at the beginning looking for genital
2    atrophy. I insert the speculum. I'm looking for
3    any lesions, abnormal discharge, erythema of the
4    cervix, any structural changes of the vagina itself.
5    I also assess the vaginal walls with a Q-Tip to see
6    if she has any tenderness elucidated along the
7    vaginal sidewalls and the vaginal apex.
8         If she's had a hysterectomy, I'll also
9    palpate the vaginal cuff to see if she has any
10   tenderness of the cuff itself during the speculum
11   exam.
12        One thing that's very important is that
13   during the exam, if the woman has reported pain with
14   intercourse, I use the examination and her history
15   to provide a more thorough picture of where her
16   dyspareunia would be. So if she says she has
17   insertional pain, I take time to really focus on the
18   opening of the vagina, the levators, the structure
19   of the vagina, the urethra. And then I ask her, is
20   this the pain that you feel with intercourse. So I
21   try to reproduce the pain. It helps me create my
22   plan and decide what our next steps are.
23        And in my patients who have had a mesh
24   procedure before, I look for any erosive disease,
25   general atrophy, scarring around the mesh,

Page 51

1    displacement of the urethra from scarring or any
2    folding or changes in the anatomy of the mesh
3    through the vaginal epithelium.
4         Q.   Do you use questionnaires for your
5    patients?
6         A.   We have a review of symptoms sheet that
7    is mandated by the university that we use. In my
8    new patients, there is a sheet on -- provided for
9    medications and allergies, but I do not use any
10   validated questionnaires at this time.
11        One of my problems with the
12   questionnaires we do have for sexual function in
13   assessing any type of pain is it's not specific
14   enough. So even if -- first of all, the women are
15   coming to me because they have a pain complaint or
16   sexual dysfunction complaint. And secondly, it's
17   not specific enough to really provide any useful
18   information for me during my clinical visit. Where
19   I think it may be helpful is as my practice
20   continues to expand, it would be looking at -- from
21   a research standpoint at maybe a way to evaluate
22   improvement.
23        However, these -- the questionnaires we
24   have currently for sexual health and pelvic pain are
25   not specific enough, in my opinion.

Page 52

1         Q.   Okay. Do you do pain mapping on your
2    patients?
3         A.   Could you clarify that term?
4         Q.   You don't know what pain mapping is?
5         A.   I mean, do I do an evaluation to
6    identify pain? The way I know pain mapping is a
7    technique that is rarely performed. It is a
8    laparoscopic technique. I do a thorough examination
9    in some patients who have specific vulvar complaints
10   in neurosensory exam.
11        Q.   Have you written on pain mapping,
12   published about it?
13        A.   It's been described by John Steege
14   before. But it's not something we use regularly in
15   our practice.
16        Q.   Why don't you regularly use pain mapping
17   in your practice?
18        A.   It's invasive, and, from my
19   understanding, has not produced the results that
20   they had expected. So there's -- it's patient
21   selection.
22        And are you -- are you -- are you
23   talking about the laparoscopic pain mapping? I just
24   want to make sure I understand what you're saying,
25   or just pain mapping as doing a thorough physical

Page 53

1    exam and neurosensory exam? I guess I don't know
2    which one you're asking.
3         Q.   You were testifying about laparoscopic
4    pain mapping; correct?
5         A.   Yes. But is that what you were asking?
6         Q.   Yeah. I was asking about the pain
7    mapping that Dr. Steege has written about and that
8    you would have been trained on, I assume.
9         A.   We have done it before. It is designed
10   for an attempt to evaluate visceral pain. So just
11   to kind of clarify, visceral pain is going to be
12   defuse nonspecific pain.
13        And the idea behind pain mapping is,
14   well, if we put our patients to sleep and we go in
15   and we touch their visceral structures, like the
16   bladder, the bowel, the uterus, the ovary, maybe
17   they can tell us if that's where they feel their
18   pain.
19        The problem is that's not how visceral
20   innervation works. It works when I -- visceral
21   innervation is very different than somatic
22   innervation. Somatic is if you close your eyes and
23   I touch you on your right index finger, you know
24   exactly where I'm touching you. The idea is trying
25   to apply that to the pelvic viscera, and that's why

14 (Pages 50 to 53)

Erin T. Carey, M.D.

Page 54

1    it's really clinically inconclusive. And we don't
2    use it regularly in practice because you can't just
3    close someone's eyes and go in and say, is this your
4    pain, because it's really difficult to do.
5        Q.   Are you board certified in female pelvic
6    medicine and reconstructive surgery?
7        A.   I'm a board certified obstetrician and
8    gynecologist. Not a urogynecologist. That was not
9    my training.
10       Q.   You have not sat for the female pelvic
11   medicine and reconstructive subspecialty boards?
12       A.   That was not my fellowship training, so,
13   no.
14       Q.   Do you have any intention of taking
15   those subspecialty boards, female pelvic medicine
16   and reconstructive surgery?
17       A.   I have no intention of doing a
18   fellowship in urogynecology. I've done enough
19   fellowships.
20       Q.   Your CV lists the professional
21   organizations you are a member of; correct?
22       A.   Correct.
23       Q.   What's the value of being associated
24   with those organizations?
25       A.   As far as the -- I'm an active member in

Page 55

1    all of the organizations I have listed. I believe
2    most -- American College of Obstetricians and
3    Gynecologists actually has one of the highest
4    membership rates of any specialty, which is -- is
5    wonderful to be a part of. They provide a -- I
6    mean, a collegiality. I mean, you go to meetings
7    with these groups. They provide some structure.
8    They don't always represent the ideas of the -- all
9    of the members. So that's something to keep in
10   mind. But they, in general, will provide some
11   recommendations based on opinion that can help guide
12   practitioners. It allows for a forum for debate,
13   intellectual community.
14           I mean, I think that all of the
15   organizations I'm involved in, at least, provide
16   that for me. I'm also involved in -- heavily
17   involved in the International Pelvic Pain Society,
18   including development of their basics pain course.
19   And I'm looking forward to future leadership
20   positions in both that community as well as
21   Association of American Gynecological
22   Laparoscopists, AAGL.
23       Q.   I forgot to ask you: Earlier you were
24   testifying about your procedure for evaluating a new
25   patient who comes in --

Page 56

1        A.   Sure.
2        Q.   -- with pain.
3        A.   Sure.
4        Q.   Do you usually have a second doctor
5    there in the room with you?
6        A.   I usually have a medical student or
7    resident in the room with me, which is a great
8    platform for teaching. Because my specialty is
9    unique, I have a lot of learners, which is really
10   fun for me to teach on a clinical level. So I often
11   do have someone with me.
12       Q.   Am I correct, though, that when you see
13   your patients for pain, you do not normally see them
14   with another doctor who also is experienced in pain
15   management at the same time?
16       A.   Not normally. However, within my
17   center, we have a total of four providers, and we do
18   patient share quite a bit. So especially with our
19   very difficult, complex patients, where there's not
20   a lot of treatment options, we will patient share.
21   So I will see someone and then refer them within a
22   very short time period -- not within the same visit,
23   but in a very short time period to maybe one of my
24   other colleagues who has maybe a different view on a
25   patient or a different clinical interest.

Page 57

1            We also will have a pain board meeting
2    once a month, where we work with not only all of the
3    providers in my practice for the Center for Pelvic
4    Pain and Sexual Health, we work with a sexual
5    therapist, who sees a majority of our patients who
6    have sexual dysfunction that may have resulted from
7    one of their pain conditions. And we also work with
8    two physical therapists who do nothing but pelvic
9    floor health. And so we meet on a regular basis to
10   discuss those difficult patients.
11       Q.   When you evaluated Mrs. Huskey,
12   Dr. Steege was present; correct?
13       A.   We did the exam together. We did the
14   interview separately.
15       Q.   In your normal practice, you do not
16   normally do the exam of a patient with another
17   doctor like Dr. Steege; correct?
18       A.   I wish I could.
19       Q.   Is the answer to my question that's
20   correct?
21       A.   Not in a normal practice, but I would
22   like to clarify that in our mesh pain clinic in
23   fellowship that was run by both a pain doctor like
24   myself and a urogynecologist. So in those mesh pain
25   patients, we had two sets of consultant level eyes

15 (Pages 54 to 57)

Erin T. Carey, M.D.

Page 58

1    on those women because they're complicated.
2         And really what we were trying to decide
3    there is, is it beneficial to remove this mesh.
4    Will the person get better?  Should we do something
5    that is less invasive.  So in that setting, that
6    was -- that was different, and I wish we had that
7    for all of our patients.
8         Q.  Well, when you say there was two sets of
9    consultant level eyes, you're not saying that the
10   pain doctor and the urogynecologist would both be
11   present at the same time?
12        A.  Correct.  They would be.
13        Q.  And that was at UNC?
14        A.  Yes.
15        Q.  Am I correct that in your normal clinic
16   it would not be the case that you and a doctor like
17   Dr. Steege, who is a pain doctor, would both
18   evaluate the patient at the same time?
19        A.  In normal GYN clinic, no.
20        Q.  I'm not correct?
21        A.  I mean, that is correct.  But in most of
22   those cases, there's not complex pain syndromes that
23   you're evaluating as well.
24        Q.  Is it correct then that most of your
25   patients do not have complex pain syndromes?

Page 59

1         A.  Most of my patients have a chronic pain
2    syndrome.  If I had the ability to have someone
3    assist me with my mesh pain patients, I absolutely
4    would.  I mean, I'm kind of the end of the road with
5    these patients, and there's not a lot of guidance in
6    the management of their care.  So I'm constantly
7    asking questions and querying my urogynecologists,
8    not in the same clinic, but regarding the same
9    patients, absolutely.  Asking them, you know, do you
10   think mesh removal in this person would be helpful.
11   Do you think this person might benefit from
12   neuromodulation.  Do you think this person might,
13   even though she failed the trial one medication, do
14   well with another.  I mean, that's my clinical
15   practice.
16        Q.  At the time you evaluated Mrs. Huskey,
17   you knew she was involved in litigation; correct?
18        A.  I did.
19        Q.  How many times previous to this case
20   have you been an expert in a litigation matter?
21        A.  I've been acting as an independent
22   medical examiner for about 15 to 20 patients.  My
23   role is to, as independently as possible, evaluate
24   the patient's medical record, the history they
25   provide me at the visit I see them, the history they

Page 60

1    provide John Steege, our combined physical
2    examination, and try to factor out the etiology of
3    their chronic pain.
4         In the patients that we've seen, not all
5    of them we -- our conclusions were not that mesh
6    caused their pain in all of them.
7         Q.  You're aware I took Dr. Steege's
8    deposition?
9         A.  Yes.
10        Q.  You read his transcript?
11        A.  I did.
12        Q.  Okay.
13        A.  I don't know if I read it all word for
14   word, but I glanced over it.
15        Q.  You're being paid by the plaintiffs in
16   this case?
17        A.  Most medical experts are paid, yes.  I
18   am being paid.
19            MR. SNELL:  Move to strike.  Move to
20   strike.
21        Q.  BY MR. SNELL:  It's a simple yes or no.
22        A.  Yes.
23        Q.  Let me just ask it plainly.  What I want
24   here is to have a record.  Simple questions, I would
25   appreciate it if you would say yes or no.

Page 61

1         You're here paid by the plaintiffs
2    today; correct?
3         A.  I am.
4         Q.  And you're an expert for the plaintiff;
5    correct?
6         A.  I'm a medical expert, yes.
7         Q.  And what is -- when do -- strike that.
8         When were you first retained for this
9    Huskey case?
10        A.  I believe I saw her in January.  I don't
11   know the exact date of the exam.  She was
12   examined -- we saw her January 11, 2014.
13        Q.  When were you first retained by the
14   plaintiffs to be an expert in the mesh litigation?
15        A.  The first patient I saw was in the
16   spring, I believe, April of 2013.
17        Q.  Which attorney or law firm retained you?
18        A.  Mueller law.
19        Q.  Mark Mueller's law firm?
20        A.  Margaret Thompson.  I was approached by
21   Margaret Thompson and John Steege to evaluate these
22   patients because of my additional training with pain
23   anesthesia.  But I think that is the law firm.
24        Q.  Okay.  So you were initially approached
25   by Margaret Thompson and Dr. Steege to participate

16 (Pages 58 to 61)

Erin T. Carey, M.D.

<table>
<tr><td>

Page 62

1  as an expert in this litigation?
2      A.   Yes.
3      Q.   And were you told what your role would
4  be?
5      A.   As an independent medical examiner.
6      Q.   Was it your understanding that you would
7  be evaluating patients at the same time as
8  Dr. Steege?
9      A.   Yes.  And part of that was logistics.  I
10 had moved to Kansas City.  So they ended up trying
11 to make it in one -- a one-day visit so I could fly
12 into North Carolina and we could evaluate -- have
13 the patient fly only one time and see both of us.
14         So all of our interviews were
15 independent and the medical exam was performed
16 together.
17     Q.   Did you bring your invoices or billing
18 to the deposition?
19     A.   I have not billed for Ms. Huskey's case.
20     Q.   How much have you billed in the mesh
21 litigation while serving as a plaintiff's expert?
22     A.   I have billed approximately -- I think
23 80 hours is what I've billed so far.
24     Q.   And who do you usually send those
25 invoices to?

</td><td>

Page 64

1  the Huskey case?
2      A.   The -- are you talking about a financial
3  retainer?
4      Q.   No.  I mean --
5      A.   The ones where I was asked to do it?
6      Q.   Yeah.  Let me just make it simple.
7      A.   Okay.
8      Q.   When were you first asked to serve as an
9  expert in the Huskey case?
10     A.   To serve as an expert.  I was asked to
11 write a rebuttal to Dr. Pradmudji's opinions, and
12 that was in April of 2014.  So up until that point,
13 I had not planned on testifying as a medical expert,
14 but I was asked to write the rebuttal.
15     Q.   When were you first requested to be
16 involved in Mrs. Huskey's -- maybe we're not
17 communicating.  Maybe my question is incorrect.
18     A.   I'm sorry.
19     Q.   That's okay.
20         So you evaluated Mrs. Huskey back in
21 January of 2014; correct?
22     A.   As I had been doing -- correct, with
23 other cases.
24     Q.   And you don't do those for free;
25 correct?

</td></tr>
<tr><td>

Page 63

1      A.   To Mueller law.
2          MR. KUNTZ:  Just note our objection to
3  that request, but you can ask her about it.
4          MR. SNELL:  Well, I'm going to demand --
5  ask production.
6      Q.   BY MR. SNELL:  You didn't bring those
7  invoices with you here today; did you?
8          MR. KUNTZ:  We'll object.  We're not
9  producing invoices aside from the Huskey case, and
10 one doesn't exist.
11         MR. SNELL:  Well, I'll ask for it, but I
12 understand your objection.
13     Q.   BY MR. SNELL:  You have not billed for
14 the Huskey case?
15     A.   No.
16     Q.   How many hours have you spent on the
17 Huskey case?
18     A.   Including my deposition prep,
19 approximately 50 hours.
20     Q.   So you have spent approximately 50 hours
21 on the Huskey case?
22     A.   Reviewing the literature -- or reviewing
23 the medical records; that's correct.
24     Q.   How were you -- strike that.
25         When were you first retained to work on

</td><td>

Page 65

1      A.   Correct.
2      Q.   You expect to be paid?
3      A.   Correct.
4      Q.   When you evaluated Mrs. Huskey, you
5  expected to be paid?
6      A.   As a medical examiner, yes.
7      Q.   By the plaintiff's law firm; correct?
8      A.   Correct.
9      Q.   So how did you first come to learn about
10 the Huskey case?
11     A.   I guess I -- I mean, I saw her January
12 of 2011 -- or of 2014.  January 11, 2014, was when I
13 did perform her medical exam.
14         I was asked to address Dr. Pradmudji's
15 opinions and write a rebuttal in April of 2014.
16     Q.   How did you know that you were supposed
17 to go and evaluate Mrs. Huskey on January 11th,
18 2014?
19     A.   Because I had been asked to be a medical
20 examiner.
21     Q.   Okay.  When were you asked to be a
22 medical examiner to see Mrs. Huskey?
23     A.   The date?
24     Q.   Yes.
25     A.   Oh.  It was pretty last minute.  So I

</td></tr>
</table>

17 (Pages 62 to 65)

Erin T. Carey, M.D.

Page 66

1  don't -- I mean, it was -- my travel plans were not
2  finalized for that trip until, I think, January --
3  early January. I can't remember the exact date.
4  But --
5       Q. You didn't know Mrs. Huskey before you
6  saw her; correct?
7       A. No.
8       Q. No, I'm not correct?
9       A. No. I mean correct. You're correct. I
10 did not know her.
11      Q. Who makes the travel plans when you
12 would do the independent medical examination of --
13 strike that.
14          Who makes these travel plans when you go
15 to evaluate Mrs. Huskey?
16      A. The law firm.
17      Q. And when did you get to North Carolina
18 for your examination of Mrs. Huskey?
19      A. January 10th.
20      Q. So you would come in the day before and
21 the next day do the evaluation?
22      A. Correct.
23      Q. What form of communication was used to
24 tell you to evaluate Mrs. Huskey?
25      A. I think I was invited by email, but I

Page 67

1  didn't receive -- I don't believe I received her
2  medical records until the day before.
3       Q. When did you receive Mrs. Huskey's
4  medical records?
5       A. We received them late. We received them
6  on the 10th, I believe.
7       Q. And what medical records did you receive
8  from Mrs. Huskey on January 10th?
9       A. I mean, I'm guessing. I did not look at
10 her medical records until after we saw her. So they
11 may have been available to me on the 10th, but I did
12 not look at them until later that week.
13      Q. Okay.
14      A. It's not uncommon for evaluating a
15 patient that's been referred that does not come
16 without medical records.
17      Q. So you did not look at Mrs. Huskey's
18 medical records until after you had evaluated her?
19      A. Yes.
20      Q. And after your evaluation of
21 Mrs. Huskey, did you return back to Kansas City on
22 January 11th?
23      A. I believe I returned on the -- I stayed
24 an additional day. So I returned on the 14th, I
25 believe. I stayed through the weekend.

Page 68

1       Q. Take a look at your deposition notice.
2  It's been marked as Exhibit 1. And I want to direct
3  you to Schedule A, which are documents relating to
4  the fees, billing, and time spent --
5       A. Um-hum.
6       Q. -- in connection with your opinions in
7  any pelvic mesh litigation.
8          Did you bring any of these documents
9  here today?
10      A. No, I have not completed my billing.
11      Q. Okay. And for your billing on other
12 pelvic mesh cases, you have billed, but you have not
13 brought those here today; correct?
14      A. I have not completed my billing on all
15 of them.
16          MR. KUNTZ: I'll note our objection to
17 that request as well.
18      Q. BY MR. SNELL: What is your hourly rate?
19      A. $500 an hour.
20      Q. Is that for reviews, examinations,
21 testimony?
22      A. Correct.
23      Q. You don't have a flat fee for medical
24 examination?
25      A. I didn't, no.

Page 69

1       Q. I'm sorry?
2       A. I'm sorry. So when I was in North
3  Carolina, I would just bill the workday.
4       Q. Okay.
5       A. For the hourly fee.
6       Q. You brought your CV.
7          Have you ever given testimony before?
8       A. No.
9       Q. Okay. And your updated CV, now with the
10 addition of the one article we discussed, the
11 post-hysterectomy dyspareunia, that's up to date
12 with regard to your publications; correct?
13      A. That should be, in addition to whatever
14 else is listed in my CV.
15      Q. When you evaluated Mrs. Huskey, did you
16 make any notes?
17      A. I did. On my computer.
18      Q. Where are those notes?
19      A. They ended up being a compilation of the
20 draft.
21      Q. You still have those notes?
22      A. I have drafts of those on my computer,
23 yes.
24      Q. Okay.
25      A. Though I may not have all of them. My

18 (Pages 66 to 69)

Erin T. Carey, M.D.

Page 70

1    hard drive on my computer, I don't know, April,
2    broke. But I have some copies, yes.
3         Q.   Did you send any of your notes from your
4    medical examination to Dr. Steege?
5         A.   He documented the medical exam, and then
6    we shared that documentation immediately after each
7    patient.
8         Q.   You say they would share -- strike that.
9             When you shared the documentation of the
10   medical examination with Dr. Steege, what do you
11   mean by that?
12        A.   We -- immediately after evaluating the
13   patient, we'd complete the physical exam component
14   to make sure we agreed on all areas of the exam.
15        Q.   And you completed this physical
16   examination component where you wanted to make sure
17   that you agreed on all elements of the exam.
18        A.   Yes.
19        Q.   What type of document was that?
20        A.   It was a Word document. That ended up
21   being the basis of this CV report.
22        Q.   And that Word document, do you have a
23   copy of it?
24        A.   I don't. I'm sure he does. It was on
25   his computer.

Page 71

1         Q.   The Word document was never shared with
2    you?
3         A.   It was -- might have been emailed to me.
4         Q.   Did you bring that document here today?
5         A.   It ended up being a part of my -- or our
6    initial expert report. So I don't have that with
7    me.
8         Q.   Did you take any notes at the time of
9    your examination of Mrs. Huskey?
10        A.   Just a shared Word document.
11        Q.   But --
12        A.   No handwritten notes.
13        Q.   Okay. The shared Word document is the
14   document that was created in connection with the
15   evaluation of Mrs. Huskey?
16        A.   And it ended up being the basis of the
17   draft for the report. So we didn't have multiple
18   different documents flying around. Mostly for our
19   own organizational purposes, we'd have one chart for
20   Ms. Huskey, one chart for the next patient. It
21   makes it -- especially when you're taking the
22   history of multiple patients with very similar
23   complaints, it makes it very important that you have
24   it well documented, and that we agreed on the exam
25   and made sure the history was complete, hence having

Page 72

1    two separate providers take a history. It made the
2    reports more thorough.
3             MR. SNELL: Move to strike. I don't
4    believe that was responsive to my question.
5         Q.   BY MR. SNELL: Explain to me how the
6    examination of Mrs. Huskey occurred from the time
7    you arrived in North Carolina on the 10th.
8         A.   So I arrived on the 10th. I went to the
9    hotel. I went to sleep. I arrived very late. And
10   then in the morning we started approximately
11   8:00 a.m.
12            We -- I mean, these are my colleagues
13   and mentors. I saw them at 8:00 a.m. And I don't
14   know what order she was, but we began seeing our
15   patients. And so we would each interview a patient
16   and then switch the patients. So I would have an
17   hour, and he would have approximately an hour to
18   interview the patient.
19            We would then go into the exam room of
20   one patient together. I would perform the
21   musculoskeletal examination of the back, the lower
22   extremities, and then the neurosensory exam of the
23   vulva and vagina, and we both performed the
24   genitourinary exam.
25        Q.   And then after that?

Page 73

1         A.   And then we would have the patient
2    dress. We would discuss both the patient's history
3    and physical exam. And then we spoke with the
4    patient about our recommendations, because just as
5    much as they were there to be part of the
6    independent medical exam, we were some of the first
7    pelvic pain experts that several of them had seen.
8    And so we discussed what we believed would be the
9    most efficacious treatment options and interventions
10   for these patients. We talked to them about their
11   relationships with their partners, about the use of
12   physical therapy, sexual therapy. It was -- it
13   was -- and the women were incredibly grateful. So
14   it was, all in all, a wonderful experience.
15            And then we would complete that single
16   patient and we'd go and examine the next patient.
17   It was a long day.
18        Q.   How many patients did you examine that
19   day?
20        A.   I don't know how many patients that day,
21   but normally between four and seven.
22        Q.   And were all of these patients patients
23   who are involved in litigation?
24        A.   All of them were.
25        Q.   When you saw Mrs. Huskey, am I correct

Erin T. Carey, M.D.

---

Page 74

1  that you took a history of her that lasted about an
2  hour?
3      A.  Correct.
4      Q.  Did you take any notes during that
5  history, or did you all just remember this in your
6  head?
7      A.  I took notes.
8      Q.  Did you bring those notes here today?
9      A.  Those were part of the combined draft.
10 So I don't have them with me.  I was --
11     Q.  The combined draft of what?
12     A.  Of the Steege expert report.  So we both
13 took individual notes.  They're basically a ghost of
14 that draft and then he combined them.
15     Q.  So Dr. Steege took your notes and put
16 them into your expert report?
17     A.  They were a compilation of both of our
18 histories; correct.
19     Q.  Do you still have your notes that you
20 took during your hour-long history of Mrs. Huskey?
21     A.  Ones that were not on the hard drive of
22 my computer that was destroyed, I can look for
23 those.
24     Q.  Did you ever email the lawyers or
25 Dr. Steege or anybody else your notes from your

---

Page 75

1  history?
2      A.  I'm assuming that's how they got to
3  Dr. Steege.
4          MR. SNELL:  I'm going to ask for those
5  notes from the IME that she performed, particularly
6  the history she took from Mrs. Huskey.
7          THE WITNESS:  Sure.  That's one of the
8  great things about it is, when we would meet
9  afterwards, we both elicited different bits of
10 information from the patient.  And I think with his
11 expertise with sexual therapy, we were really
12 focusing on the relationship components of the
13 patients and their partners and lack of intimacy.
14 And then mine from more of a structural anesthesia
15 component.  It made it a very thorough history.
16     Q.  BY MR. SNELL:  Did you see Mrs. Huskey
17 after January 11th, 2014?
18     A.  I did not see her.  I spoke with her
19 yesterday.
20     Q.  What was your understanding as to your
21 role in the Huskey case before you looked at
22 Dr. Pradmudji's report?
23     A.  That I was an independent medical
24 examiner.
25     Q.  Okay.  Have you ever spoken to any of

---

Page 76

1  Mrs. Huskey's doctors?
2      A.  No.
3      Q.  Okay.  Have you ever spoken to any of
4  Mrs. Huskey's family members other than her husband?
5      A.  No.
6      Q.  Have you ever spoken to any of
7  Mrs. Huskey's therapists or other medical
8  professionals?
9      A.  No.
10     Q.  When you spoke with Mrs. Huskey
11 yesterday, how long did that conversation take
12 place?
13     A.  Approximately 30 minutes.  And mostly it
14 was about her --
15     Q.  Well, let me -- that was responsive, the
16 30 minutes.
17         Why'd you speak to Mrs. Huskey
18 yesterday?
19     A.  I wanted to clarify a couple of her
20 discrepancies in the Pradmudji report and the
21 history that she provided to us.  I also wanted to
22 make sure I understood why she had a hysterectomy
23 and that she had never had a diagnosis of
24 endometriosis.
25     Q.  And these were all things that you did

---

Page 77

1  yesterday; correct?
2      A.  Yes.
3      Q.  You didn't do any of these things before
4  you issued your rebuttal report; correct?
5      A.  Whenever I --
6      Q.  That's a yes or no.
7      A.  Besides my initial evaluation --
8      Q.  You didn't call Mrs. Huskey --
9      A.  I didn't.  No.  No.
10     Q.  Let me just get my question out.
11         You didn't call Mrs. Huskey before
12 issuing your rebuttal report --
13     A.  No.
14     Q.  -- to discuss any discrepancies between
15 Dr. Pradmudji's examination and what Mrs. Huskey
16 told you back in January; correct?
17     A.  Well, I wasn't going to be disposed, and
18 I wanted to make sure I had all of the history
19 correct.
20         MR. SNELL:  Move to strike.
21 Nonresponsive.
22     A.  I just want to specify.  I don't
23 normally call patients multiple times, but because
24 this is my first deposition, I wanted to make sure I
25 had all the answers and the most truthful and honest

---

20 (Pages 74 to 77)

Erin T. Carey, M.D.

Page 78

1  I possibly could, and provide that to you in the
2  context of my opinion as a pelvic pain specialist.
3           And whenever I said I have a couple of
4  questions about making sure that her pain was
5  resolved prior to having the mesh placed, and that
6  she was -- she'd never had a diagnosis of
7  endometriosis, and that her hysterectomy was because
8  of a fibroid and not because of intractable pelvic
9  pain or whatever it was.  I wanted to make sure that
10  that was really very clear.
11      Q.  BY MR. SNELL:  And these are all things
12  you did yesterday; correct?
13      A.  In addition to asking her at the time of
14  my medical exam, I wanted to make sure I was very
15  clear when I came in here and talked to you about
16  the Pradmudji report today.  So I did that
17  yesterday.  It was a few simple questions, and I
18  felt more confident in feeling I'm giving the
19  appropriate and correct representation.  I mean, I
20  was the one who asked to see if I could speak to her
21  again.
22           And, you know, in my own clinical
23  practice, if I have a question that may affect a
24  patient's care or an intervention or something that
25  I was going to do and I wanted clarification,

Page 79

1  absolutely, I would call the patient.
2      Q.  When you saw the discrepancies between
3  what you reported in your history as recited by
4  Mrs. Huskey compared to Dr. Pradmudji --
5      A.  Right.
6      Q.  -- you saw those discrepancies before
7  you issued your rebuttal report, I take it?
8      A.  I did.
9      Q.  And did you know -- but you didn't call
10  Mrs. Huskey at that time; correct?
11      A.  I didn't know it was an option.
12      Q.  Did you ask anybody if it was an option?
13      A.  I did not.
14      Q.  Okay.  Did you take any notes during
15  this conversation with Mrs. Huskey that occurred
16  yesterday?
17      A.  I did not.
18      Q.  Was anybody else present besides you --
19      A.  No.
20      Q.  -- and Mrs. Huskey on the telephone?
21      A.  No.  My two-year-old was in the other
22  room.
23      Q.  Have you ever corresponded with any of
24  Mrs. Huskey's medical providers, be they doctors,
25  therapists or --

Page 80

1      A.  No.
2      Q.  Did you bring any documents here today
3  to your deposition besides your rebuttal report and
4  your updated curriculum vitae, which we've now
5  marked as an exhibit?
6      A.  No.
7      Q.  Did you take any photographs during your
8  evaluation of Mrs. Huskey?
9      A.  No.
10      Q.  Were there any tests that were performed
11  during your evaluation of Mrs. Huskey?
12      A.  Any diagnostic tests?
13      Q.  Yes.
14      A.  Well, the physical exam.
15      Q.  Are there any other types of testing
16  performed during Mrs. Huskey's exam?
17      A.  Are you referring to something -- I
18  guess, no.  I mean, in the physical exam we perform
19  multiple tests and evaluations of her back,
20  sacroiliac joint, the vagina, the assessment of the
21  nerves of the vagina, an assessment of the -- her
22  response to pain from the vagina.  I mean, all of
23  those were performed during the physical exam, but
24  as far as a diagnostic block or an invasive
25  procedure in our clinical setting, and we wouldn't

Page 81

1  do that normally, anyway, in a new patient setting.
2      Q.  For example, there were no EMGs done on
3  her nerves; correct?
4      A.  No.  However, we don't -- even if I have
5  someone who has a neuropathy of the pelvis, it is
6  very difficult to assess the terminal branch of the
7  nerves that may be inflamed, which is the terminal
8  branch of the pudendal obturator, the genitofemoral.
9  So for those specifically, we didn't assess those.
10      Q.  Other than the physical exam, there were
11  no types of diagnostic procedures performed on
12  Mrs. Huskey at the time of your evaluation; is that
13  correct?
14      A.  Well, there were no diagnostic
15  procedures.  Her physical exam was abnormal, grossly
16  abnormal.  So she had a positive response to the
17  Q-Tip in the vagina, which can be a correlate of
18  increased pain sensitivity.  She had a significant
19  tenderness in that left side of the vagina.  There
20  was a palpable lesion on the left vaginal sidewall
21  that was painful and possible scarring or residual
22  mesh heading off to the obturator foramen.
23           I mean, it was very clear that she was
24  completely unable to have penetrative vaginal
25  intercourse that would be comfortable by any stretch

Erin T. Carey, M.D.

Page 82

1    of the imagination. While she did have pelvic floor
2    tension myalgias, we were able to place a specula
3    exam with discomfort associated. There was no
4    erosive mesh seen, but her exam was not normal.
5        MR. SNELL: Move to strike,
6    nonresponsive.
7        Q.   BY MR. SNELL: Other than the physical
8    exam, there were no types of diagnostic procedures
9    performed on Mrs. Huskey at the time of your
10   evaluation; is that correct?
11       A.   I believe a physical exam is diagnostic.
12   We did not do any additional diagnostic procedures
13   other than a thorough physical exam.
14       Q.   So that was my question.
15           Other than the physical exam that you
16   performed on Mrs. Huskey, there were no other
17   diagnostic procedures performed on Mrs. Huskey at
18   the time of your evaluation on January 11th, 2014;
19   is that correct?
20       A.   Correct.
21       Q.   Okay. At the time of your evaluation,
22   you did not find any evidence of erosive mesh;
23   correct?
24       A.   She had scarring on the left vaginal
25   sidewall. I did not unroof that in the clinic to

Page 83

1    find out if it was scar tissue or residual mesh.
2        Q.   At the time of your evaluation on
3    January 11th, 2014, of Mrs. Huskey, she did not have
4    a mesh exposure?
5        A.   No mesh exposure seen in the vagina.
6        Q.   Was there any mesh erosion seen in the
7    vagina at the time you evaluated Mrs. Huskey on
8    January 11th, 2014?
9        A.   No. But she had had a large mesh
10   excision procedure prior to that.
11       MR. SNELL: Move to strike after "no."
12       Q.   BY MR. SNELL: This palpable lesion on
13   the left side of her vaginal wall --
14       A.   Yes.
15       Q.   -- explain to me where that was.
16       A.   So left vaginal sidewall. I mean,
17   basically heading out into the obturator process.
18   So you basically go around the pubic rami. I mean,
19   it was pretty -- probably 4 centimeters into the
20   vagina. Both myself and Dr. Steege were able to
21   palpate it. It reproduced her pain. I did not see
22   any mesh exposure associated with this lesion. It
23   was basically in the area of the obturator internus
24   when we did our exam.
25       MR. SNELL: I'm going to move to strike

Page 84

1    that.
2        Q.   BY MR. SNELL: Let me see if I can give
3    you an instruction. Perhaps this will help.
4            If I ask you a question about
5    Dr. Steege --
6        A.   Um-hum.
7        Q.   -- feel free to answer it about
8    Dr. Steege. What I don't want is Dr. Steege did
9    this or that thrown into your answers because I'm
10   here deposing you. I've already deposed Dr. Steege.
11       A.   Right.
12       Q.   And I'm not -- if you can't answer a
13   question because you feel you have to rely on
14   Dr. Steege, that's important. Let me know that.
15   But if I'm asking you -- for example, you just
16   testified there was a palpable lesion on the left
17   side.
18       A.   Right.
19       Q.   You know, can you describe for me where
20   that was?
21       A.   Which I did.
22       Q.   Okay. But then you threw in a comment
23   about Dr. Steege found it also.
24       A.   Well, I wanted to make sure --
25       Q.   I'm not interested in that.

Page 85

1        A.   All right. Then --
2        MR. KUNTZ: You can answer the question
3    however you want. Don't listen to that. Answer
4    every one.
5        MR. SNELL: Jeff, you --
6        MR. KUNTZ: You don't need to tell
7    her how she can answer questions, Burt. She can
8    answer whatever way she wants to.
9        MR. SNELL: Okay. That means -- look.
10   We'll be here forever then.
11       MR. KUNTZ: It's fine. You got 7 hours.
12   We'll be here. You can answer whatever you want --
13   you can't sit here and tell her which way or not to
14   answer a question. She's been responsive. She's
15   been polite. And she's asked you to clarify when
16   you can. And when you clarified, she answered your
17   question. If Dr. Steege was there, and --
18       MR. SNELL: I don't care if Dr. Steege
19   was there.
20       MR. KUNTZ: I don't care what you care
21   about. She can answer the question however she
22   wants.
23       MR. SNELL: I'm interested in this
24   doctor.
25       MR. KUNTZ: He was there. She's telling

Erin T. Carey, M.D.

| Page 86 | Page 88 |
|---|---|

**Page 86**

1  you the truth about what happened on that date and
2  he was there and she can answer --
3          MR. SNELL:  It has nothing to do with my
4  question.  It has nothing to do with my question.
5          MR. KUNTZ:  Then ask a better question,
6  but don't sit here and lecture her --
7          MR. SNELL:  I'm not lecturing her.
8          MR. KUNTZ:  -- on how she can answer a
9  question.
10          MR. SNELL:  I'm not lecturing her at
11  all.  MR. KUNTZ:  Ask if she can -- okay.
12          MR. KUNTZ:  Ask if she can -- okay.
13          MR. SNELL:  I'm not lecturing you.  I'm
14  not interested in Dr. Steege, though.
15          MR. KUNTZ:  But he's there.
16          MR. SNELL:  I'm interested in your
17  opinions.
18          MR. KUNTZ:  He's part of the story.
19          MR. SNELL:  I don't care.
20          MR. KUNTZ:  You can't control that.
21          MR. SNELL:  Jeff, I deposed him.  He is
22  not a rebuttal expert.
23          MR. KUNTZ:  That's fine.
24      Q.  BY MR. SNELL:  Is Dr. Steege a rebuttal
25  expert in this case?

**Page 87**

1      A.  No.
2      Q.  Who is the rebuttal expert in this case
3  for the plaintiffs?
4      A.  I am.
5      Q.  So I'm asking you about you and your
6  exam.
7      A.  Okay.
8      Q.  Okay.  The palpable lesion on the left
9  side of Mrs. Huskey's vaginal wall that you found at
10  the time of your evaluation --
11      A.  Yes.
12      Q.  -- was approximately 4 sonometers in.
13      A.  It was approximately.  I mean, I'd
14  say -- I can look at the --
15      Q.  And if you have to look at your report.
16      A.  I have to look at my report.
17      Q.  Feel free.
18      A.  Oh.  So I'm just guessing because this
19  is a single digit exam which produced significant
20  tenderness behind the pubic arch.  Thickening of the
21  left vaginal sidewall, mesh versus scar.  And it was
22  at the level of the obturator internus.  So where we
23  would go in and feel the obturator on the left
24  vaginal sidewall is where we felt that thickening
25  and scar.

**Page 88**

1      Q.  What are you looking at?
2      A.  This is my physical exam from the Steege
3  report.
4      Q.  Okay.  Can I see what you're looking at?
5      A.  You sure can.
6      Q.  Just so the record is clear, you're
7  looking at Dr. Steege's expert report and the part
8  about the physical exam?
9      A.  This is a physical exam that we
10  performed together.
11      Q.  And Mrs. Huskey's evaluation begins
12  at page 12 of Dr. Steege's report, and the physical
13  examination you were referencing is from page 16 of
14  the report?
15      A.  Yes.
16      Q.  And there was no lesion noted in the
17  Steege report; was there?
18      A.  I'm saying lesion as far as thickening.
19  I'm using that term interchangeably.
20      Q.  Show me where on page 16 you were
21  referencing.
22          So under the gynecologic examination on
23  page 16 of Dr. Steege's report, the second
24  paragraph, the very last sentence, which reads,
25  "Thickening of the left vaginal sidewall noted," is

**Page 89**

1  what you were referencing?
2      A.  Yes.
3      Q.  Possible mesh versus scar?
4      A.  Correct.  That reproduced her pain.
5      Q.  What was Mrs. Huskey's total vaginal
6  length at the time of your evaluation?
7      A.  It was 7 centimeters.  I believe that's
8  what we found.  It's from the hymenal ring to the
9  vaginal apex.  And so performed without Valsalva and
10  without a speculum.
11      Q.  Okay.
12      A.  Occasionally there can be discrepancies
13  in vaginal length during the measurement, depending
14  on which apex you place a Q-Tip.
15      Q.  So you mentioned you had spent
16  approximately 50 hours on the Huskey case?
17      A.  Yes.
18      Q.  Can you break that time down for me,
19  beginning with your first work on the case?
20      A.  This will be a gross estimate, but my
21  travel and time in North Carolina, my initial visit
22  with her, the physical exam, the discussion after
23  the physical exam, the review of her medical
24  records, my individual -- or my history that I
25  shared with Dr. Steege, the review of the

Golkow Technologies, Inc. - 1.877.370.DEPS

Erin T. Carey, M.D.

Page 90

1    literature.  I have not billed for any of this time.
2    I'm giving you an estimate.  Approximately 10 hours
3    with my counsel for depo prep.  And then my
4    preparation yesterday, including the phone call with
5    her and this morning for the deposition, including
6    the deposition.
7         Q.   Okay.  So altogether -- back up.
8              For your travel time to and from North
9    Carolina, are you compensated for that?
10        A.   The -- I don't charge when I'm asleep.
11   So they covered my flight and then my time that I'm
12   working in North Carolina and my flight home.  So
13   I --
14        Q.   So how many hours altogether were spent
15   in connection with you going out to North Carolina,
16   evaluating Mrs. Huskey and then returning back?
17        A.   I also saw multiple other patients
18   during that visit.  But the flight, including the
19   connection, is approximately 6 hours of travel time.
20        Q.   So you saw multiple other plaintiffs
21   from the litigation --
22        A.   Yes.
23        Q.   -- at the same time as Mrs. Huskey?
24        A.   Correct.
25        Q.   And when you see multiple plaintiffs

Page 91

1    from litigation on the same trip, how do you
2    allocate your travel expenses?  Do you break it down
3    by a fraction?
4         A.   I haven't billed for these.  So I don't
5    know how I'm supposed to do that.  I'm going to
6    provide my time.  And then they can divide 12 hours
7    of travel time among 6 of the patients.
8         Q.   Your examination of Mrs. Huskey,
9    including talking to her, the physical --
10        A.   And then speaking with her afterwards.
11        Q.   -- and then speaking with her
12   afterwards?
13        A.   Probably 2 hours.  And then not
14   including a review of her medical records.
15        Q.   That's what I'm going to get into next.
16             So your examination of Mrs. Huskey was
17   about 2 hours?
18        A.   Um-hum.
19        Q.   Is that a yes?
20        A.   Yes.
21        Q.   How long did it take you to review her
22   records?
23        A.   I did a thorough review of her records.
24   10 to 12 hours.
25        Q.   Okay.

Page 92

1         A.   And that was just a single time.  I
2    reviewed them again yesterday.
3         Q.   The literature you -- strike that.
4              The literature review that you
5    mentioned --
6         A.   Um-hum.
7         Q.   -- when did you do that?
8         A.   I mean, I've done that throughout the
9    entire process.  So I don't know how you want me to
10   allocate reading hundreds of articles or being
11   familiar with them to one patient.
12        Q.   You can't do that?
13        A.   It would be a guess, no.
14        Q.   So when you reviewed this literature,
15   it's in your connection -- strike that.
16             When you reviewed this literature you
17   testified about, it was in connection with your role
18   as an expert for plaintiffs in multiple cases.  Is
19   that correct or not?
20        A.   Correct.  I reviewed additional
21   information from Mrs. Huskey.
22        Q.   What specific information or materials
23   did you review specific to Mrs. Huskey besides her
24   medical records?
25        A.   Right.  Well, I've reviewed multiple

Page 93

1    randomized controlled trials on the TVT-O.  I've
2    familiarized myself with the product.  That was
3    specific to Mrs. Huskey.
4         Q.   And how --
5         A.   I reviewed --
6         Q.   Sorry.  Go ahead.
7         A.   -- Dr. Pradmudji's opinions.  Wrote my
8    rebuttal.
9         Q.   And so how long did it take you to write
10   your rebuttal report?
11        A.   Well, I reviewed her entire -- her
12   opinions.  And so I want to say 6 hours.
13        Q.   Okay.  And this literature and -- review
14   of randomized control trials, things like that,
15   you -- I think you said you couldn't really estimate
16   or break it down.  So I'll move on.
17             You had 10 hours of deposition prep
18   yesterday?
19        A.   10 hours total.
20        Q.   Total.
21        A.   Of the depo prep.  And then yesterday I
22   re-reviewed her medical records.  I reviewed
23   Steege's deposition and Pradmudji's deposition.  And
24   part of this is my own inexperience in providing a
25   deposition.  I wanted to understand how it worked,

24 (Pages 90 to 93)

Erin T. Carey, M.D.

Page 94

1  and I asked to see some of them.
2      Q.  The --
3      A.  And then my day today with the
4  deposition.  So waking up, reviewing.
5      Q.  How did you prepare for the deposition?
6  And by that I mean the 10 hours you identified.
7      A.  Um-hum.
8      Q.  What did you do?  Strike that.  That's a
9  bad question.
10         What did you do to prepare for your
11  deposition that took you the 10 hours that you
12  estimated?
13     A.  Went through the notice to take
14  deposition thoroughly.  I reviewed the depositions
15  of Pradmudji and Steege.  I asked really how this
16  would go.  So I wanted every detail from the
17  beginning of the day to the end of the day.  I
18  wanted to know how you were going to ask me
19  questions.  And I -- I just had a lot of questions
20  about this being my first deposition.
21     Q.  Who did you meet with, if anyone, to
22  prepare for your deposition?
23     A.  I met with Jeff twice.  And then I met
24  with Margaret, Ed, and Fildelma.
25     Q.  When did you meet with Margaret, Ed, and

Page 95

1  Fildelma.
2      A.  Was that the 17th of June or July?
3  June.  I don't remember.
4      Q.  Can't be July.
5      A.  Can't be July.  Definitely June.  I
6  believe it was the 17th of June.
7      Q.  And that was about the Huskey case?
8      A.  Yes.
9      Q.  And you met with Mr. Kuntz twice to
10  prepare for the Huskey case?
11     A.  Yes.
12     Q.  Are you currently under a deposition
13  notice or schedule to testify --
14     A.  No.
15     Q.  -- in any other litigation cases?
16     A.  No.
17         MR. SNELL:  Let's take a break.
18         (Recessed from 11:46 a.m. to
19         12:08 p.m.)
20     Q.  BY MR. SNELL:  Back on the record.
21         Exhibit 2 we marked as your rebuttal
22  expert report.
23     A.  Yes.
24     Q.  And that's your final expert report in
25  this case; correct?

Page 96

1      A.  Yes.
2      Q.  And that contains all of your opinions
3  in this case; correct?
4      A.  Correct.
5      Q.  When you saw Mrs. Huskey on
6  January 11th, 2014, was her husband also present in
7  the room at the time of your history?
8      A.  I don't believe so, no.
9      Q.  Was Mrs. Huskey's husband present at the
10  time of your examination of Mrs. Huskey?
11     A.  No.
12     Q.  Do you recall if he was -- strike that.
13         Do you recall Mr. Huskey was present at
14  all on January 11th, 2014?
15     A.  I don't remember seeing him.
16     Q.  You don't remember talking to him at
17  all?
18     A.  No.
19     Q.  Do you have a recollection of ever
20  speaking to Mr. Huskey?
21     A.  No.  No.  Hum-um.  I really don't
22  remember.
23     Q.  When did you first review
24  Dr. Pradmudji's deposition?
25     A.  Her deposition or her opinions?

Page 97

1      Q.  Her deposition.
2      A.  Deposition.  I reviewed it yesterday.
3      Q.  When did you first review
4  Dr. Pradmudji's expert report?
5      A.  I reviewed her report in mid-April,
6  whenever it was emailed to me.
7      Q.  When did you first review
8  Dr. Pradmudji's report regarding her independent
9  medical examination of Mrs. Huskey?
10     A.  Is that separate from her opinion?  I
11  don't know if I received that.
12         MR. SNELL:  I'll go ahead and mark it
13  just so we're clear.
14         THE WITNESS:  Sure.
15         (Exhibit 4 marked.)
16     Q.  BY MR. SNELL:  Doctor, I've handed you
17  Exhibit No. 4, which I'll represent is
18  Dr. Pradmudji's IME examination for Mrs. Huskey
19  which was performed April 11th.
20         Have you seen this document before?
21     A.  Yes, I have.
22     Q.  Okay.  When did you first see
23  Dr. Pradmudji's IME report concerning Mrs. Huskey?
24     A.  Definitely after April 11th.  I can't
25  tell you the exact date, but I have seen it.

25 (Pages 94 to 97)

Erin T. Carey, M.D.

Page 98

1          Q.   Did you see Dr. Pradmudji's IME report
2     in preparation for your deposition?
3          A.   Not specifically.
4          Q.   Do you know if you had read
5     Dr. Pradmudji's IME report of Mrs. Huskey before you
6     issued your rebuttal report on April 11th, 2014?
7          A.   I believe I did.
8          Q.   Would you have letters of transmittal or
9     emails that show when you receive certain case
10    materials, including medical records and reports?
11         A.      That would be easier than my memory to
12    document, yes.
13         Q.   So I'll ask --
14         A.   That's fine.
15         Q.   -- that the letters of transmittal and
16    the emails providing you with Huskey case materials
17    from the outset of reports, medical records,
18    depositions be provided, be produced.
19         A.   Yes.
20         Q.   Those will be a more accurate recitation
21    of the time when you received these materials than
22    your recollection today?
23         A.   Agreed.  Yes.
24         Q.   The medical literature, the randomized
25    control trials you looked at in connection with

Page 99

1     Mrs. Huskey's case --
2          A.   Um-hum.
3          Q.   -- how did you receive those articles?
4          A.   It was a compilation of my own
5     literature search, as well as the ones -- articles
6     that have been provided to me in a database.
7          Q.   What's the database where these articles
8     are provided to you?
9          A.   It's an email or emailed into a drop box
10    with access to literature pertaining to mesh.
11         Q.   Do you have all the materials that you
12    reviewed here with your deposition?
13         A.   No.
14         Q.   You didn't bring your case file for
15    Mrs. Huskey?
16         A.   Not my specific case file, I do not.
17         Q.   Okay.  Is there any way you can get
18    that?
19         A.   All of the -- a list of all the articles
20    I reviewed.
21         Q.   No.  I mean your actual case file.  The
22    records you looked at, the literature, you know,
23    whatever your Huskey case file would be.
24         A.   I think it --
25         Q.   Can we get it here today?

Page 100

1              MR. KUNTZ:  It's all electronic.
2          A.   It's all electronic.
3              MR. KUNTZ:  I can get you everything we
4     sent her.
5          A.   Like the medical records and then the --
6          Q.   BY MR. SNELL:  Yeah.  One of the things
7     we asked be produced at this deposition is your case
8     file on Mrs. Huskey.
9          A.   Okay.
10         Q.   So have you made any notes or notations
11    or highlighting, any -- any type of writings on her
12    records or any of the literature --
13         A.   No.
14         Q.   -- or the documents you reviewed?
15         A.   Everything was electronic.  So the only
16    additional writing I wrote was the creation of the
17    rebuttal.
18         Q.   Okay.  Before you saw Mrs. Huskey on --
19         A.   January 11th.
20         Q.   -- January 11th, 2014, what, if
21    anything, did you know about her?
22         A.   I knew nothing about her.
23         Q.   Am I correct then that Dr. Steege had
24    not provided you with an overview of what her
25    medical or surgical history was before you went in

Page 101

1     to do your history of her?
2          A.   Correct.  We did not discuss that.
3          Q.   So essentially you went in to take your
4     history from Mrs. Huskey cold, without any
5     information or knowledge about her?
6          A.   Yes.
7          Q.   And you relied on what she told you?
8          A.   No.  I mean, I used the combination of
9     the information I queried her on during her history.
10         Q.   Um-hum.
11         A.   And then as well as the -- her medical
12    records.
13              So as far as exact specific dates of
14    procedures, I referred to her medical records.
15              But she appeared to me to be a thorough
16    and appropriate historian and was able to provide at
17    least her -- every detailed report of her pain since
18    the excisional mesh procedure.
19         Q.   What about her pain that predated her
20    mesh insertion?  Did she bring you a thorough
21    history of that?
22              MR. KUNTZ:  Objection.  You can answer.
23         Q.   BY MR. SNELL:  You can answer.
24         A.   Okay.  Sorry.
25              She -- we -- so very specifically,

26 (Pages 98 to 101)

Erin T. Carey, M.D.

Page 102

1   because this is -- very specifically I asked if she
2   had any episodes of sexual-related pain prior to the
3   mesh placement that were similar to the pain she
4   complained of at her present interview in January.
5   She gave a detailed report of her experience in
6   November and December of the previous fall. She
7   noted resolution of her left lower quadrant pain and
8   suprapubic pain, following her colonoscopy prep when
9   she was hospitalized. She said that for some reason
10  that had resolved her pain.
11      She reported that she had had previous
12  urinary tract infections that had been treated and
13  the pain was resolved. And overall she reported
14  that she had a fulfilling and non-painful sexual
15  relationship with her husband.
16      Q.   BY MR. SNELL: At the time you took your
17  history, though, you didn't have a grasp on those
18  medical records to know whether she was being
19  accurate or truthful; correct?
20      A.   I mean, she was a good historian. So I
21  believe that she was being truthful.
22      Q.   You accepted what she told you at the
23  time of your history you took from her in January of
24  2014; correct?
25      A.   I did.

Page 103

1       Q.   And you hadn't had the benefit of having
2   seen her and reviewed her records in detail before
3   seeing her, such that if there were any
4   discrepancies, you could query her about those;
5   correct?
6       A.   Correct. Discrepancies regarding the
7   dates, I did. I can't recall specifically if there
8   were any, but I definitely would resort to the
9   medical record. I reviewed the medical record,
10  though, shortly after seeing her, during my time in
11  North Carolina. So it would be a way I would
12  normally put together a detailed history and
13  physical examination of a patient I would see in a
14  clinic.
15      Q.   What percent of your time in your
16  practice is spent treating patients?
17      A.   I am a clinical practitioner. So all of
18  my time. Do you want a breakdown of my week?
19      Q.   Yeah. Let's do that. Maybe that's a
20  little better.
21      A.   Be easier to --
22      Q.   That's no problem.
23      So can you tell me about your normal
24  week, and if there's teaching or lecturing --
25      A.   Okay.

Page 104

1       Q.   -- involved, can you add that in?
2       A.   Sure. So a normal week, I am considered
3   100 percent clinical. Though I do have a full day
4   of administration time. So I have 80 percent
5   hands-on patient care throughout the week. Monday,
6   I have my GYN pain clinic in the morning and in the
7   afternoon.
8       Tuesday I'm in the operating room.
9       Wednesday morning, I have a half day of
10  administration time. Wednesday afternoon I have a
11  clinic.
12      Thursday morning, I have a clinic.
13  Thursday afternoon I have administration time.
14      And Friday I'm in the operating room.
15      I do provide lectures to the residents
16  occasionally during their didactic period, which is
17  Friday afternoon, although because this lands on
18  my -- during my operating schedule, it occurs once
19  every few months. I also am a clinical teacher, so
20  I routinely have some -- a learner in my clinic,
21  such as a medical student, a resident, a visiting
22  professor, and do a lot of hands-on teaching at that
23  time. I travel nationally and internationally and
24  speak on pelvic pain.
25      Q.   The clinic you do on Wednesday

Page 105

1   afternoon, which clinic is that?
2       A.   It's the same clinic I have every day.
3   So it's a gynecology only pain clinic.
4       Q.   Okay. And that would be the same clinic
5   as you do for the half day on Thursday as well?
6       A.   Yes. I do see about 80 -- I do see some
7   routine GYN patients. But the majority of practice
8   is -- is pain based.
9       Q.   Okay. And when you do your surgery,
10  where's that at?
11      A.   On Tuesdays I'm primarily at the pain
12  campus at University of Kansas. On Fridays, I'm
13  primarily at an off-site hospital. Indian Creek
14  campus. I do minor, more minor procedures there.
15      Q.   The Indian Creek campus, though, is an
16  affiliate or is a part of the university campus?
17      A.   It is part of the university. It's just
18  another hospital.
19      Q.   What percent of your time is spent on
20  litigation matters?
21      A.   A very small percent. So it would be in
22  my -- the hours I provided for the Huskey case, a
23  small amount of travel outside of that for the
24  independent medical exams, but it is in my off time.
25      Q.   Did you review any Ethicon company

27 (Pages 102 to 105)

Erin T. Carey, M.D.

Page 106

```
 1   documents in connection with formulating your
 2   opinions?
 3        A.  Such as?  I mean, I haven't been to the
 4   web site and searched for any additional documents.
 5        Q.  Did you --
 6        A.  I did read the IFU.  I'm familiar with
 7   it.
 8        Q.  I take it you mean the IFU for the
 9   TVT-O?
10        A.  Yes.
11        Q.  Did you review the IFU for the TVT-O
12   before you issued your rebuttal report or sometime
13   after?
14        A.  I reviewed that in the process of this
15   whole thing.  I think it was before.  I specifically
16   reviewed that since.
17        Q.  Did you review any other Ethicon
18   documents regarding the TVT-O?
19        A.  No.
20        Q.  In formulating your report and opinions
21   that you've memorialized in your expert report
22   that's been marked as Exhibit 2 --
23        A.  Um-hum.
24        Q.  -- am I correct that the bases or
25   sources of your opinions and information come from
```

Page 107

```
 1   your evaluation and examination of Mrs. Huskey, her
 2   medical records, the TVT-O IFU, the medical
 3   literature that was given to you and that you
 4   searched on your own, and that's it?
 5        A.  In response to Dr. Pradmudji's opinion,
 6   yes.  That's correct.
 7        Q.  Is there any other documents or
 8   categories of information you considered in forming
 9   opinions?
10        A.  No.
11        Q.  Okay.  Have you ever met Dr. Pradmudji?
12        A.  No.
13        Q.  Did you review any of the other expert
14   reports besides Dr. Pradmudji's report that were
15   submitted on behalf of Ethicon?
16        A.  I don't believe so.
17        Q.  What was your involvement in the
18   drafting and finalization of Dr. Steege's expert
19   report in the Huskey case?
20        A.  As far as we wrote the report together?
21   Is that what you're asking?  Did we write the report
22   together.
23        Q.  What was your involvement?
24        A.  Okay.
25        Q.  So my question is very basic and it's
```

Page 108

```
 1   very broad.
 2        A.  Yeah.  It's broad.
 3        Q.  That's how depositions work, and then
 4   I'll listen to you, and it may spur more questions.
 5   So let me just kind of clean it up and then ask a
 6   question.
 7        A.  Yeah.  Um-hum.
 8        Q.  What involvement, if any, did you have
 9   in the drafting and finalization of Dr. Steege's
10   expert report?
11        A.  So in addition to both of us writing up
12   our individual histories of the patients, our
13   combined medical exam, both of us contributed to the
14   report.  We both drafted and added our pieces.  And,
15   I mean, really both edited it so that we didn't have
16   too much duplicity of information.  So --
17        Q.  Is it your standard practice in these
18   litigation matters to both draft and edit
19   Dr. Steege's reports that are submitted under his
20   name in his expert report?
21        A.  These were designed to be from both of
22   us.  So I mean we both interviewed the patients.  We
23   both examined the patients and we both contributed
24   to the report.
25            So I guess I don't know how these things
```

Page 109

```
 1   normally or usually work, but this is my first
 2   experience with independent medical exam, and that's
 3   how we did this together, with my mentor.  We
 4   both have additional and unique training when it
 5   comes to these women who have very specific sexual
 6   health complaints.  And I think it makes the report
 7   stronger that both of our evaluations are provided.
 8            I mean also we were instructed to give
 9   one assessment, not two individual evaluations.  So
10   for this, this was a very usual thing that we did
11   for all of our patients.  We evaluated.
12            In a typical clinical setting, it's just
13   not feasible.
14        Q.  You and Dr. Steege were instructed to
15   give one assessment; is that right?
16        A.  To write one medical exam?  We both
17   entered it.  We both edited.  It's both of our
18   opinions.  But that's not necessarily why I'm
19   brought into this case.  I know that you've -- as
20   you've said, you've deposed Dr. Steege, and my
21   contribution is the rebuttal for Dr. Pradmudji.
22        Q.  Are you licensed here in Missouri?
23        A.  No.  Kansas.  I don't have a Missouri
24   license.
25        Q.  I'm confused.
```

28 (Pages 106 to 109)

Page 110

1      A.   I know it's very confusing.
2      Q.   I'm confused because we're here in
3  Kansas City.
4      A.   I know.
5      Q.   Forgive my geographic confusion.
6           You're licensed to practice medicine in
7  Kansas; correct?
8      A.   Correct.  I have also maintained my
9  license in North Carolina.
10     Q.   So your North Carolina license is still
11  current?
12     A.   It's still current.
13     Q.   When you took your Ob/Gyn boards, did
14  you pass them the first time?
15     A.   I did.
16     Q.   Are there any subspecialty board
17  certifications or any other board certifications
18  that you've ever sat for?
19     A.   No.
20     Q.   Any that you're intending on taking in
21  the future?
22     A.   As soon as I hurry up and write one for
23  laparoscopy, I'll sit for those.  And I have
24  considered sitting for pain medicine boards.  I just
25  needed to complete my general boards first.

Page 111

1      Q.   What percent of your time is spent doing
2  research and writing publications and articles?  And
3  I just want to talk about for the last two years?
4      A.   The last two years?
5      Q.   Yes.
6      A.   It's been very different.  I was in a
7  fellowship my last year in North Carolina.  So it
8  was very heavy.  I mean, I had 20, 25 percent of my
9  time was busy with research.
10          Since transitioning to a very busy
11  clinical practice, it's my own time.  And so I do it
12  in the evenings, on weekends.  Not unusual for
13  people with a very heavy clinical volume.
14     Q.   Okay.  When you were doing your
15  fellowship --
16     A.   Um-hum.
17     Q.   -- was that under Dr. Steege?
18     A.   My first fellowship, yes, Dr. Steege and
19  Dr. Zolnoun and Dr. Siedhoff.
20     Q.   That was the advanced laparoscopy and
21  pelvic pain; correct?
22     A.   Yes.
23     Q.   When you did that fellowship, can you
24  tell me how was your time allocated between
25  clinical, administrative, and other duties like

Page 112

1  writing publications?
2      A.   It was very heavy clinically.  So we
3  were in the operating room at least three days a
4  week.  We had a clinical volume load of at least
5  three half days of clinic a week.  I also completed
6  in the fellowship -- you complete a master's of
7  science in clinical research, which is during that
8  time.  And, unfortunately, the way it worked out,
9  our clinical load is such that a lot of our research
10  time was also done in the evenings and on the
11  weekends.  I was also affiliated with and had the
12  opportunity to work with the Center for Neurosensory
13  Disorders there, and I continue to work with them.
14  That's been some of my dysmenorrhea research, and
15  continue to collaborate with many people that I met
16  during my time in North Carolina.
17     Q.   And then after that, that's when you did
18  the anesthesia?
19     A.   I did the anesthesia focus, GYN pain.
20     Q.   And how was your time allocated there?
21  You testified about 25 percent was research and
22  articles.  What was the other 75 percent?
23     A.   So it was clinically my day -- my week
24  was -- I was -- half the week I was an anesthesia
25  fellow, and half the week I was a GYN attending.

Page 113

1  That means I would -- I did some surgical
2  procedures, but because of my clinical volume with
3  the other two pain practices, I was limited in the
4  operating room.  I had three half days of pain
5  clinic, a full day of pain anesthesia procedures,
6  usually a full day of surgery, and then research, I
7  participated in a mesh pain clinic during that time.
8      Q.   The mesh pain clinic --
9      A.   Was during that year.
10     Q.   What year is this?
11     A.   2013.  That's when it was initiated.
12     Q.   Okay.  When in 2013?
13     A.   I don't know the exact date, but it
14  was -- it was --
15     Q.   Do you remember if it was winter?
16  spring? summer? fall?
17     A.   Beginning -- I probably say it was like
18  winter or spring of 2013 is when it kind of started
19  getting -- or when it started being initiated.  I
20  don't have the exact dates.
21     Q.   That's fine.  So in the winter or spring
22  of 2013 you began working?
23     A.   I was still a fellow.  During my
24  fellowship, whenever I was with Dr. Zolnoun, she did
25  a large volume of vulvar mesh patients in pain

Erin T. Carey, M.D.

Page 114

1    clinic. So it was collaboration between her and
2    some of the urogynecologists to make the mesh pain
3    clinic.
4        Q.   So your best recollection is the mesh
5    pain clinic was started around the winter or spring
6    of 2013?
7        A.   Estimate, yes.
8        Q.   And that would have been about the time
9    you would have begun working there?
10       A.   Transitioning from my fellowship to
11   another additional training.
12       Q.   How often did you work in that mesh pain
13   clinic?
14       A.   Whenever I was a fellow, I was available
15   on the Monday afternoons that it was run.
16           Whenever I did my additional fellowship,
17   I often would -- I probably made it once a month to
18   the clinic because of my other pain duties. But
19   still, I mean every clinic was six plus patients and
20   it would go into the evenings. And there were two
21   providers, one from urogynecology, one from our pain
22   clinic. It was a pretty -- pretty busy place.
23       Q.   Was Dr. Steege --
24       A.   No.
25       Q.   -- involved in the mesh pain clinic at

Page 115

1    all?
2        A.   No. He was not.
3        Q.   Do you have any copies of the searches
4    you did to locate the medical literature that you're
5    relying upon for your opinions?
6        A.   Do I have copies of the searches I did?
7    Whatever I included in -- as far as referenced, I
8    may have them on my PubMed database. Sometimes I
9    make a clipboard or a file.
10       Q.   Right.
11       A.   So I can look. I don't have it off the
12   top of my head, but I often do that whenever I am
13   doing some research.
14       Q.   Right. PubMed has some ability you can
15   sort and download and put on your clipboard or
16   e-file?
17       A.   You have to make sure you move it off
18   the clipboard or it erases. So I've learned that
19   once or twice.
20       Q.   So PubMed is the search engine you would
21   use to do research?
22       A.   Yes. Yes.
23       Q.   Medical research?
24       A.   Correct.
25       Q.   If you can check and see if you have

Page 116

1    those articles that you searched and found.
2        A.   Yeah.
3        Q.   I know, you know -- did you download
4    them to your bibliography on PubMed, or would you
5    have just kept them on the clipboard?
6        A.   No. I would have kept them. I can
7    look. I have to go back to April.
8        Q.   If you have those or can locate those,
9    please, let Mr. Kuntz know?
10           MR. KUNTZ: Yeah.
11           MR. SNELL: I think. Let's take a lunch
12   break. It's 12:40.
13           THE WITNESS: Okay. That sounds good.
14           (Recessed from 12:41 p.m. to
15           1:39 p.m.)
16       Q.   BY MR. SNELL: All right. Doctor, we're
17   back from a lunch break. Are you ready to proceed?
18       A.   I am. Thanks.
19       Q.   You mentioned that you had obviously had
20   involvement in the drafting, and you had seen
21   Dr. Steege's expert report.
22           My question is: Have you seen any other
23   expert report by any of the other plaintiff's
24   experts?
25       A.   I mean, I think I have. I don't know

Page 117

1    the specific names. I think they've been provided,
2    but I don't know if I actually read them or went
3    into detail with them.
4        Q.   You testified you read Dr. Steege's
5    deposition; correct?
6        A.   Correct.
7        Q.   Did you read any of the other
8    depositions of the plaintiff's experts?
9        A.   They were -- there was a couple that
10   were provided. I asked for Rosenzweig's. I did not
11   read that, but I had it available to me. And
12   there -- I think a couple more were provided. The
13   only ones I read were Steege's and Pradmudji.
14       Q.   Have you had any communications with any
15   of the plaintiff's experts?
16       A.   No.
17       Q.   Have you exchanged any emails, written
18   communication with any of the plaintiff's experts?
19       A.   No.
20       Q.   Dr. Iakovlev is a pathologist?
21       A.   He is.
22       Q.   He's one of the plaintiff's experts?
23       A.   Oh, I didn't consider him as one of the
24   experts. I know him just from a collaborative
25   research.

Erin T. Carey, M.D.

Page 118

1      Q.   You didn't read his report or
2    deposition?
3      A.   No.  But I had emailed with him.
4      Q.   About what?
5      A.   About a project we had worked on
6    together.  An abstract that was submitted called The
7    Pathology of Explanted Vaginal Mesh.
8      Q.   There's no pathology in Mrs. Huskey's
9    case.  You're aware of that?
10     A.   I'm -- I don't believe that it was
11   included in our manuscript; correct.
12     Q.   The abstract publications on this
13   project, did you bring them to the deposition today?
14     A.   They're available.
15          THE WITNESS:  Do you have that?
16          MR. KUNTZ:  Yeah.  I thought they were
17   sent to you.  Can we go off the record for a second.
18          (Discussion off the record.)
19     Q.   BY MR. SNELL:  You mentioned
20   Dr. Rosenzweig.  Do you know him?
21     A.   No.
22     Q.   You never met him?
23     A.   No.
24     Q.   Have you ever met Dr. Iakovlev?
25     A.   No.

Page 119

1      Q.   Can a patient's pain levels change day
2    to day?
3      A.   Their perception of pain can be
4    different day to day, yes.
5      Q.   Is that something you see in some of
6    your patients, even week to week that their pain
7    perception changes?
8      A.   Pain's affected by many things.  So,
9    yeah, it can be -- I mean, can their reported pain
10   level be different day to day?  I mean -- is that
11   what you're asking?
12     Q.   Yes.
13     A.   Yes.
14     Q.   Pain is a subjective complaint?
15     A.   It is.  It's considered the fifth vital
16   sign that we use to assess patients.
17     Q.   When you ask patients about their pain
18   levels, do you use scales like rated out of a 1 to
19   10, 10 being the worst, 1 being no pain.
20          Do you use any methodology like that?
21     A.   It's one way to evaluate the severity of
22   pain.
23     Q.   Is that something you employ in your
24   practice?
25     A.   Not consistently, but sometimes, yes.

Page 120

1    If a patient has pain, it would -- I mean, I would
2    ask them if they could put it on a scale.  It tries
3    to -- what you're trying to do is provide some kind
4    of measurement to guide the severity of pain and the
5    distress it causes the patient.
6      Q.   Can pelvic examinations of a patient who
7    has pain exacerbate their pain?
8      A.   If they have pelvic or vaginal pain,
9    yes.
10     Q.   You have your rebuttal report in front
11   of you?
12     A.   I do.  You want me to look at something?
13     Q.   Yeah.  Let's go to the second page where
14   you set forth the rebuttal opinion No. 1 regarding
15   Dr. Pradmudji's opinion that Mrs. Huskey's levator
16   spasm is not caused by the TVT-O because it is not
17   in the same location.
18          Are you there?
19     A.   Um-hum.  I see that.
20     Q.   You write in the first sentence -- and
21   I'm going to move towards the end of it -- that "the
22   vaginal pain appeared posterior to Dr. Pradmudji."
23     A.   Um-hum.
24     Q.   Correct?
25     A.   Yes.

Page 121

1      Q.   Okay.  Do you agree or disagree with
2    that location of being a posterior pain?
3      A.   Which pain?
4      Q.   The posterior pain that Dr. Pradmudji
5    noted.
6      A.   I mean, even I noted that on her exam.
7    She has levator muscle spasm, but that's part of
8    pelvic floor tension myalgias, but that's not
9    necessarily -- that's not the exact -- that's not
10   the same pain as the left vaginal wall pain that she
11   feels during intercourse.  But with palpation, that
12   was consistent with my exam also.  She had some
13   tenderness of the levator muscle.
14     Q.   What I'm trying to understand is the
15   vaginal pain that Dr. Pradmudji noted being
16   posterior, do you agree or disagree with that?
17     A.   She does have vaginal pain posterior in
18   addition to her mesh-related pain.
19          What my opinion was here was that
20   Dr. Pradmudji said that her spasm was not caused at
21   all by the mesh procedure, and I think that's
22   incorrect.
23     Q.   And where you say the spasm is occurring
24   in the entire pelvic floor muscular, that's what
25   you're talking about?

Page 122

1     A.  Yes.  Um-hum.
2     Q.  What was that based on?
3     A.  That's how these muscles work.  I mean,
4  very -- so the levator muscle complex is not just --
5  it's not like pointing to the bicep where you say
6  that's exactly where your pain is.  It's an entire
7  dome of muscles that are in the pelvis that help
8  support all of the pelvic structures.
9         Yes, she has some posterior tenderness.
10  Just because -- the vagina is a tube.  Just because
11  you have pain here -- that means that whole muscular
12  tube -- doesn't mean that that can't be caused from
13  something from the left vaginal sidewall.  Can be
14  caused by the interior, the bladder, the bowel.  I
15  mean, all those things can cause this entire complex
16  to spasm.  So just saying that someone has a little
17  bit of posterior pain here, you cannot conclude that
18  it wasn't caused by something that happened here or
19  scarring or injury.  I mean, this is not that far
20  away.  This is -- the way these muscles work is a
21  contracture in response to irritation or pain or
22  injury.
23         Does that make sense?
24     Q.  Well, the pelvic muscles can contract
25  for numerous reasons beyond those you just

Page 123

1  elicited -- enumerated; correct?
2     A.  They can.
3     Q.  When I -- the spasm, you opine, which is
4  occurring in the entire pelvic floor musculature,
5  that's based on your January 2014 examination of
6  Mrs. Huskey?
7     A.  Yes.
8     Q.  Turn to the next page at the top where
9  you talk about Dr. Siddique's operative report.
10     A.  Um-hum.  I see that.
11     Q.  And the mesh was dissected up the
12  vaginal sidewall, and you note retracting behind the
13  pubic bone.
14         Are you there with me?
15     A.  I am.
16     Q.  Did you read Dr. Siddique's testimony
17  about that retracting behind the pubic bone?
18     A.  I only read what was in his operative
19  report.
20     Q.  You haven't read Dr. Siddique's
21  deposition?
22     A.  No.
23     Q.  Have you read any of the deposition of
24  any of Mrs. Huskey's treating doctors?
25     A.  I did look at Colleen Fitzgerald's.

Page 124

1     Q.  She's a therapist?
2     A.  She's a physiatrist.
3     Q.  Did you ask for all of the depositions
4  of Mrs. Huskey's treating doctors?
5     A.  Whatever was not in the medical record,
6  I didn't ask for anything additional except for some
7  depositions to read prior to my own.  So I'm not
8  sure if I received all of them, but I did not read
9  them if I did.
10     Q.  Okay.  So you don't know what
11  Dr. Siddique testified to about when the mesh
12  retracted behind the pubic bone?
13     A.  I know it was in his operative report
14  and what he described.  So, you know, the mesh -- in
15  his excision of the mesh to the vaginal sidewall.
16  So I know he did not completely excise the mesh, and
17  there was an extensive procedure.  But he was able
18  to get a large portion of it out, and that was just
19  described from his operative report.
20     Q.  Beyond the operative report, though, you
21  don't know anything about Dr. Siddique and what he
22  saw?
23     A.  I mean, the operative report is a pretty
24  good description of what occurred during the
25  surgery.  But I didn't see anything else.  I mean, I

Page 125

1  didn't read any additional description of what
2  occurred.
3     Q.  When did you get Dr. Fitzgerald's
4  deposition?
5     A.  I have to look at my email.  I can
6  provide that for you.
7     Q.  Do you know if it was before or after
8  you did your rebuttal report?
9     A.  Oh, it was after.  It was whenever I was
10  assigned a date for the deposition.
11     Q.  A little further under there you talk
12  about Dr. Pradmudji, and you take a quote out of her
13  deposition where it says, "I'd have to look at the
14  anatomy book because I don't have it memorized."
15         Do you see where I'm at?
16     A.  I do.
17     Q.  And did you read Dr. Pradmudji's entire
18  deposition?
19     A.  Not every word.
20     Q.  Do you know if Dr. Pradmudji testified
21  anywhere else in her deposition about the different
22  pelvic floor muscles?
23     A.  I don't know all of the details.
24     Q.  What was your methodology for picking
25  out one quote out of a 200-plus page deposition?

32 (Pages 122 to 125)

Erin T. Carey, M.D.

Page 126

1      A.   I just thought it was kind of a -- if
2  she's going to make a conclusion about a levator ani
3  complex and make it one of her formal expert
4  opinions but then couldn't describe what muscles
5  lined the transobturator canal or foramen or how the
6  levator muscles work in relation to the obturator
7  and obturator internus, it just kind of surprised
8  me.
9      Q.   Let me see if I understand this.
10         Is it your testimony that Dr. Pradmudji
11  doesn't know the muscles in the pelvic floor or
12  around the transobturator area, and she didn't
13  testify about that in her deposition?
14      A.   No.
15         MR. KUNTZ:  Objection.
16      Q.   BY MR. SNELL:  You're aware she
17  testified about the different muscles in her
18  deposition; correct?
19      A.   I would have to look at her deposition.
20  I know she did discuss her pelvic floor muscles.  I
21  just said it's really interesting how she doesn't
22  think the levator ani spasm could be caused from the
23  transobturator tape, which goes through where the
24  levator ani actually inserts, one of the insertion
25  points -- how that would be related in any way,

Page 127

1  shape, or form.  It just surprised me.
2      Q.   You believe that Mrs. Huskey had levator
3  ani spasm?
4      A.   She does.
5      Q.   Dr. Pradmudji believes she has those
6  spasms.
7      A.   That are not caused by the mesh.  That's
8  where we disagree.
9      Q.   So you both agree that there are levator
10  ani spasms, but you disagree as to the cause; fair?
11      A.   That is fair.
12      Q.   Mrs. Huskey has SI joint dysfunction;
13  correct?
14      A.   She does.
15      Q.   She's had that even before her mesh was
16  put in; correct?
17      A.   Correct.
18      Q.   Was she wearing her SI brace when you
19  saw her in January of 2014?
20      A.   Again, I don't recall.  I don't
21  remember.
22      Q.   Did you record that anywhere?
23      A.   I would have to look at my record.  I
24  think that she had one and that she had used it
25  intermittently with some relief of her pain.  But I

Page 128

1  don't -- I don't know if she was wearing it whenever
2  I saw her.
3      Q.   And are compliance with -- strike that.
4         Can a patient's compliance with wearing
5  their SI brace effect their SI pain levels?
6      A.   Their SI joint pain may -- if it makes
7  her pain better, then it might do that.
8      Q.   What's your understanding of the effect
9  that her SI brace had on her pain?
10         MR. KUNTZ:  Objection.
11      A.   I'm assuming she had a brace and she
12  wore it.  She would only wear it if it was effective
13  or at least reduce some of her pain.  Now --
14      Q.   BY MR. SNELL:  Did you ask her during
15  your history of her when she had been first
16  prescribed that SI brace?
17      A.   I don't recall.
18      Q.   Did you ask her how often she wore her
19  SI brace within the week before she saw you and you
20  evaluated her?
21      A.   The SI joint is a major weightbearing
22  joint in the pelvis or the --
23         MR. SNELL:  I'm going to move to strike.
24      A.   But --
25      Q.   BY MR. SNELL:  My question was about the

Page 129

1  week before.
2      A.   But my answer goes to whether this
3  related to her mesh-related pain, because she --
4  even on my exam, she had SI joint pain and
5  tenderness, but it's different than the mesh-related
6  pain that I believe caused her levator spasm.
7      Q.   You agree that Mrs. Huskey had SI joint
8  pain?
9      A.   She did.
10      Q.   Now, my question -- and I'm going to
11  move to strike your earlier answer.  I don't think
12  it was responsive.
13         My question was this:  Did you ask
14  Mrs. Huskey about her compliance in wearing her SI
15  interface in that week before she came to see you
16  and you examined her?
17      A.   I don't believe I did.
18      Q.   Do you know if Mrs. Huskey had been
19  doing in the week before you saw her and examined
20  her?
21      A.   The details of her day-to-day life the
22  week before I saw her, no.
23      Q.   Do you know if she had had any
24  evaluations or pelvic examinations or procedures
25  before -- in the week before you saw her?

33 (Pages 126 to 129)

Erin T. Carey, M.D.

Page 130

1    A.  I don't know.
2    Q.  If she had had pelvic examinations in
3  the week before you saw her, would that have been of
4  interest to you?
5    A.  No.
6    Q.  If she had had a pelvic examination and
7  a vaginal examination the day before you saw her,
8  would that be of interest to you?
9    A.  It would be helpful to know if she was
10  seeing another provider.  But I guess I don't know
11  what your point is.
12    Q.  You earlier testified that pelvic and
13  vaginal exams of a patient with pain --
14    A.  Right.
15    Q.  -- can exacerbate their pain.
16    A.  But normally those muscles -- you can
17  have a woman who has no pelvic floor muscle
18  dysfunction, and, while it wouldn't be pleasant,
19  probably perform 100 speculum exams on her, and she
20  wouldn't have a levator ani spasm.
21      So if a person has one exam -- I just
22  want to make sure I understand you.  Has one exam
23  and then comes and presents to another doctor a day
24  or two later, a person who would have a normal
25  pelvic floor wouldn't be tender.  That would not

Page 131

1  be -- that exam would still be abnormal.  Am I
2  making sense?
3    Q.  I think I understand what you're saying.
4    A.  Okay.  So it would just be -- it would
5  just be --
6    Q.  Mrs. Huskey doesn't have a normal pelvic
7  floor; correct?
8    A.  She doesn't.  She has a pelvic floor
9  that is hypertonic, painful.
10    Q.  Right.
11    A.  She has residual mesh in her pelvis.
12  She has inflammatory response.  She has levator ani
13  spasm.  Not normal.  Agreed.
14    Q.  So Mrs. Huskey, if she had seen somebody
15  the day before she saw you and had a pelvic and
16  vaginal examination, considering she's got pain,
17  she's got spasms, that could affect her presentation
18  to you the following day?
19    A.  She may be a little bit more sore, yeah,
20  but not a normal patient.
21    Q.  On the bottom of page number 3, where
22  you're talking about the levator spasm --
23    A.  Which one?
24    Q.  No. 3.
25    A.  No. 3, okay.  Yes.

Page 132

1    Q.  It says, "According to Dr. Pradmudji,
2  the levator pain that has occurred since the mesh
3  was explanted was precipitated on speculum exam";
4  correct?
5    A.  That is what Dr. Pradmudji said, yes.
6    Q.  And a speculum examination can cause
7  those muscles to go into spasm; right?
8    A.  Not in someone who did not have pelvic
9  floor dysfunction to begin with.
10      I've never seen -- the way I interpreted
11  this was that someone who had a normal pelvic floor,
12  you put a speculum in, I have never seen someone
13  have a chronic levator spasm from a speculum exam.
14  That's how I interpreted this.
15      So I just wanted to clarify.  Obviously
16  someone who has levator ani pain and you barely
17  touch them and you put a speculum in, that's going
18  to cause pain and maybe spasm, but not in a person
19  who does not have pain and spasm -- a painful
20  vagina.
21    Q.  Did you think that Dr. Pradmudji was
22  just talking about a hypothetical patient without
23  pelvic floor dysfunction?
24    A.  I thought she was talking about how --
25  the way I interpreted this was that the speculum

Page 133

1  exam is what caused her to have chronic pelvic pain.
2  That's the way I interpreted this, and that is
3  incorrect.  I've never seen it happen.  I've seen
4  thousands of women with chronic pelvic pain.  I've
5  never seen the examination of a normal pelvic floor
6  that is not responding to a chronic response, a
7  chronic painful response go into a six-month long
8  spasm.  That's how I interpreted that.
9    Q.  So it could be that you just
10  misinterpreted Dr. Pradmudji then?
11    A.  Per Dr. Pradmudji, the levator spasm was
12  precipitated by a speculum exam.  I interpreted that
13  as a chronic levator spasm.
14    Q.  Well, you would agree that the
15  levator -- the levator -- strike that.
16      You would agree that her levator spasms
17  were triggered by the speculum exam?  In her, I'm
18  talking Mrs. Huskey.
19    A.  They were worsened by it.
20    Q.  Okay.  You're aware that's in the
21  records, the medical records in this case?
22    A.  That, yeah, when she went to see -- are
23  we talking about the event with Dr. Siddique,
24  postoperative?
25    Q.  Okay.  For six weeks --

34 (Pages 130 to 133)

Erin T. Carey, M.D.

Page 134

1      A.   But that did not -- but she didn't have
2  anyone touch her pelvis for six weeks.  She didn't
3  have vaginal intercourse, because we know she can't
4  still have that.  We know she didn't have any
5  additional exertion.  So whenever he did go and put
6  a speculum in, it was painful.
7      Do I think that's what caused her six
8  months of chronic pelvic pain?  I don't.  I think
9  they were already tight, and that may have been kind
10  of a -- an additional trigger.  But in someone who
11  had a normal pelvic floor, that would not have
12  happened.
13      Q.   So the insertion of the speculum was
14  what triggered her levator ani spasm; correct?
15      A.   I don't think so.  I think it was tender
16  and it caused a painful response.  I've just never
17  seen that happen.  In all the thousands of women
18  I've treated, I've never had someone who had a
19  normal pelvic floor and you put a speculum in and
20  they have chronic pain afterwards.  I've never seen
21  it.
22      Q.   Is it your testimony that Mrs. Huskey
23  had a normal pelvic floor at the time this
24  examination was done?
25      A.   I don't think she does.  I don't think

Page 135

1  she had a normal pelvic floor after the excision of
2  the -- she didn't have a normal vagina after the
3  mesh was placed.  She didn't have a normal pelvic
4  floor after a morbid excision of mesh with residual
5  mesh in her vagina.  So I don't think that's a
6  normal pelvic floor.
7      Q.   At the top of page 4, you're talking in
8  the first paragraph about -- strike that.
9      Page 4 in the second paragraph, where
10  we're talking about neuropathic pain.
11      A.   Yes.
12      Q.   Okay.  Am I correct that when you
13  examined and evaluated Mrs. Huskey, you could not
14  document a single nerve injury?
15      A.   Meaning I don't think she has a specific
16  nerve injury, necessarily.  I also didn't do -- if I
17  was going to try to diagnose a nerve injury, I'd do
18  a diagnostic nerve block, and we did not do that.
19      What she did have was generalized
20  sensitivity of the vagina, as well as an abnormal
21  pain response with pinprick sensation.
22      Q.   But you didn't do any further testing to
23  determine whether it was a nerve injury?
24      A.   We did not.  But her exam was abnormal.
25      Q.   Section 5, Dr. Pradmudji's opinion about

Page 136

1  the interstitial states.
2      You there?
3      A.   I am here, yes.
4      Q.   Did any of Mrs. Huskey's medical records
5  before her sling placement state that she had or may
6  have interstitial cystitis?
7      A.   She had had some urinary symptoms and
8  chronic urinary tract infections that had resolved.
9  To my knowledge, she had never officially completed
10  a pelvic organ prolapse questionnaire or was seen by
11  a urologist or a urogynecologist who diagnosed her
12  with interstitial cystitis or had any abnormalities
13  on her cystoscopy prior to mesh placement.
14      Q.   What was the questionnaire you talked
15  about?
16      A.   It's called a PUF Questionnaire.  It's a
17  questionnaire that we use to assess symptoms of
18  interstitial cystitis.
19      Q.   Can you spell that?  Is it P-U-F-F?
20      A.   P-U -- I think it is P-U -- it's an
21  acronym.  I don't know exactly what it stands for.
22  A urologic assessment.  It's used routinely in the
23  literature for interstitial cystitis and painful
24  bladder syndrome as diagnostic criteria.
25      Q.   And did you give Mrs. Huskey this PUF

Page 137

1  Questionnaire?
2      A.   I did not.
3      Q.   And you didn't see one in her medical
4  record?
5      A.   I didn't, no.  But I think that her
6  bladder symptoms are not from primary interstitial
7  cystitis necessarily.  I think it's refractory to
8  her mesh procedure, her chronic inflammatory
9  response, scarring, pelvic floor tension.  I don't
10  think it just started one day as an interstitial
11  cystitis, even if she did qualify.
12      The thing that's difficult with that
13  questionnaire I described is a lot of people will
14  screen positive, even if you don't have the
15  constellation of symptoms that support a diagnosis
16  of interstitial cystitis.  So you have to use it
17  with caution because I probably would screen
18  positive, or if we drink too much coffee, we might
19  screen positive to urinary urgency.  So it needs to
20  be used in an entire evaluation of the patient, not
21  alone.
22      Q.   What are the different categories on the
23  PUF Questionnaire that Mrs. Huskey would have likely
24  had positive screenings for besides the urinary
25  tract infections and the urinary symptoms?

35 (Pages 134 to 137)

Erin T. Carey, M.D.

Page 138

1      A.   You know, I'd have to look at it
2  specifically.  I mean, I've used it for my research
3  standpoint.  It's going to look at how often people
4  void, urgency, pain with voiding.  I'm guessing
5  here.  I'd have to actually look at the
6  questionnaire.
7      Q.   Before her sling placement, Mrs. Huskey
8  had pain to her bladder?
9      A.   She had a short-term episode of
10  suprapubic pain prior to her sling placement.
11      Is that the episode you're talking about
12  in November or December of 2012?
13      Q.   That's the only complaint of pain before
14  the sling?
15      A.   She had had urinary tract infections
16  that had been treated that were documented in her
17  medical record.
18      But as far as six executive months of
19  suprapubic bladder pain that would support a
20  diagnosis of interstitial cystitis, no.
21      Q.   Interstitial cystitis, that's a clinical
22  diagnosis; correct?
23      A.   It is.  There are also some findings on
24  cystoscopy that occur on patients who have
25  interstitial cystitis, including Hunter's ulcers and

Page 139

1  a small contracted bladder.  So low bladder
2  compliance, which you can diagnose on cystoscopy.
3      Q.   And which percent of patients with
4  interstitial cystitis has the Hunter's ulcer?
5      A.   10 percent is the estimated number.
6      Q.   So that finding in and of itself is not
7  conclusive for interstitial cystitis?
8      A.   No.  But it's really the only
9  reproducible objective finding.
10      Q.   And that only occurs in about 10 percent
11  of women who have interstitial cystitis?
12      A.   That's the estimate, yes.  I believe she
13  had two normal cystoscopies.  After -- or by
14  Dr. Siddique.
15      Q.   So if a woman has interstitial cystitis
16  because of the prevalence of these ulcers being
17  10 percent on cystoscopy, it's more likely than not
18  those women wouldn't be diagnosed based on the
19  cystoscopic findings?
20      MR. KUNTZ:  Objection.
21      A.   Well, there are other findings on
22  cystoscopy that can occur, and I can't give you the
23  exact percentile.
24      Q.   BY MR. SNELL:  Okay.
25      A.   That would be the low bladder volume, as

Page 140

1  well as pain with bladder filling.  So if this
2  woman's awake and you're -- she may have pain
3  earlier than a woman who doesn't have interstitial
4  cystitis, as you fill her bladder.  You may also
5  have petechiae or inflammation of the lining of the
6  epithelium.
7      After you fill it and then release it,
8  you look back in the bladder.  That's part of the
9  hydrocystoscopy, hydrodistention that can be
10  performed, looking for small hemorrhages or
11  petechiae that would say that the bladder was kind
12  of stretched beyond it's capacity, even if it was at
13  normal volume.  So those are other objective
14  findings that we use in addition to their clinical
15  history.
16      Q.   Do you know what the predictive value of
17  those conditions are then?
18      A.   Sorry.  Can you repeat that?  Predictive
19  value?
20      Q.   Well, so women with -- just so I
21  understand, women with interstitial cystitis, you
22  give them a cystoscopy.  Only 10 percent of them are
23  going to have this Hunter's ulcer?
24      A.   Hunter's ulcers, yes.
25      Q.   But you don't know the percentage of

Page 141

1  women who have interstitial cystitis that have these
2  other findings that you just enumerated?
3      A.   I can't give you a percentile, but I
4  mean -- I can't estimate how many.  But there's
5  other things we look for, and that's one of the
6  reasons we use the cystoscopy with hydrodistention.
7      Q.   A cystoscopy with hydrodistention?
8      A.   Right.  So you fill the bladder.  You
9  basically fill the bladder to gravity.  You raise a
10  bag of normal saline or whatever you're using to
11  fill the bladder.  Approximately 80 centimeters of
12  mercury -- or 80 centimeters squared above the
13  bladder dome.  So you just let it backfill.  And in
14  normal volume would be -- a gravity greater than 500
15  cc's or so.  If you let it backfill to gravity, the
16  normal volume would be 5 to 600 cc's without forcing
17  it to fill.  And so in some of these women you'd
18  find a smaller compliance of the bladder.  So you
19  wouldn't get that easy going.
20      Q.   Has Mrs. Huskey ever undergone a
21  cystoscopy with hydrodistention?
22      A.   Not to my knowledge.
23      Q.   At the bottom of that page, you talk
24  about the broad symptoms of interstitial cystitis,
25  including suprapubic pain, bladder pain, dysuria,

Erin T. Carey, M.D.

Page 142

1    urgency, frequency, and concurrent urinary tract
2    infections.
3        A.   Recurrent is probably what I should say.
4        Q.   Okay.  Recurrent.  There's a typo.  I
5    tried to correct it, but I was wrong.
6        A.   There is.  Into another typo.
7        Q.   Okay.
8        A.   That is the constellation of symptoms
9    lasted more than six months.
10        Q.   The symptoms lasting more than six
11    months, has that -- where is the -- is there a
12    guideline or something that says these have to last
13    more than six months?
14        A.   It's a chronic pain condition.  So I --
15    I mean, a woman has that with a urinary tract
16    infection that lasts three days.  I would not call
17    her having interstitial cystitis.  So if a person
18    has persistent chronic pain -- and as we mentioned
19    earlier, my definition of chronic pain is more than
20    six months -- then I would think that they would
21    have symptoms consistent with interstitial cystitis.
22        Q.   Before having her mesh -- strike that.
23        Before the TVT-O was placed, did
24    Mrs. Huskey have urgency?
25        A.   She had had some complaints of urgency.

Page 143

1    But I mean, that intermittent -- I mean, an isolated
2    complaint of urinary urgency is not interstitial
3    cystitis.  When we're talking about these chronic
4    pain conditions, it's a clinical diagnosis, and it's
5    something that affects a person's quality of life.
6        And I mean, there may be -- I think that
7    what we're doing here is we're taking some of these
8    things out of context and we're trying to apply it
9    to something that is completely different.  She may
10    have filled out a review of systems in her doctor's
11    office in 1997 -- and I'm guessing, but I'm just
12    saying anyone could have done this.
13        And if they had either a urinary tract
14    infection or too much coffee or they didn't drink
15    enough water, and at that time when you would fill
16    out your review of systems, it's saying, do you a
17    little bit of urgency right now, do you have this.
18        That's one of the problems with all of
19    our chronic pain diagnoses is that we are not using
20    a lot of questionnaires or validated questionnaires
21    to help us decide when something was diagnosed, help
22    us differentiate between the different types, help
23    us decide what to treat them with.  So an isolated
24    marking on a review of systems 10 years ago saying
25    that she had urgency one time and it resolved, not

Page 144

1    interstitial cystitis.  That's not the way this
2    disease works.
3        Q.   Do you know before the placement of the
4    TVT-O whether she had urgency that hadn't resolved?
5        A.   I believe she had had a complaint of
6    urgency prior to that.  Yes.
7        Q.   Is it your testimony that that, though,
8    had resolved before her placement of TVT-O?
9        A.   No.  I think that when she saw
10    Dr. Burkett she did have some urinary urgency.
11        Q.   What's the difference between urinary
12    urgency and urinary frequency?
13        A.   The urgency is the feeling that you have
14    to go.  Frequency is actually emptying your bladder.
15        Q.   Going a lot?
16        A.   Right.  But we don't even know
17    necessarily what -- that's not quantified in any of
18    this.  Well, if someone feels like they go to the
19    bathroom and they go, technically normal is voiding
20    eight to ten times a day.  But someone who voids ten
21    times a day may feel like they're frequent, but
22    that's not quantified, versus someone who voids four
23    times a day and they feel they're fine, and that's
24    probably not healthy, versus someone who always
25    voids at an hourly basis when they're at their

Page 145

1    office because they drink coffee all day.  And just
2    because they void 14 times doesn't mean they have
3    interstitial cystitis.  That could just be part of
4    their variance.
5        I know that Dr. Burkett didn't perform
6    an entire evaluation or offer a questionnaire or do
7    any diagnostic testing for interstitial cystitis
8    before she placed the sling.  And what I found and
9    what I heard from the patient was that her urinary
10    symptoms didn't really become problematic until
11    after the excision or the second excision.
12        So I mean, I see where you're trying to
13    draw some correlation, but I think that that is
14    incorrect.  And that if she does meet a diagnosis of
15    interstitial cystitis now, it's secondary to a
16    morbid surgical procedure from a mesh that was
17    placed years prior.
18        Q.   So you haven't ruled out interstitial
19    cystitis then; have you?
20        A.   On Mrs. Huskey, no, I have not.  And you
21    mean that just in general or cause of all of her
22    pelvic pain?
23        Q.   I mean that in general.  I mean, you
24    have not ruled out --
25        A.   No.  But --

37 (Pages 142 to 145)

Erin T. Carey, M.D.

Page 146

1      Q.   -- that she doesn't have interstitial
2   cystitis?
3      A.   Could she?  Yeah.  Could she from the
4   mesh?  Yes.  Could she from her intractable spasms
5   of the pelvic floor?  Yes.
6           That's how all of these systems work
7   together.  You get something inflammatory and
8   irritating like a foreign mesh material in someone's
9   pelvis, and then whether or not they might have
10  initiated it -- but I know for sure that the morbid
11  surgery of removing it, which is incredibly
12  difficult and an sensitive procedure, causes
13  significant amount of pain following that attempt.
14          Without complete removal of the
15  procedure, foreign body, and leaving her
16  incapacitated, unability to -- inability to use her
17  vagina without pain, inability to have a normal
18  sexual relationship with her husband.  And this is
19  what I'm hearing from the patient and what's
20  supported in the medical records.  These are the
21  patients I see in my clinic.
22          And I don't have a lot of answers for
23  them.  It becomes --
24          MR. SNELL:  Move to strike everything
25  after, "No, but -- could she?  Yeah."

Page 147

1      Q.   BY MR. SNELL:  So Mrs. Huskey may have
2   interstitial cystitis?
3      A.   And it may be from her mesh.
4      Q.   I was going to give you that.
5      A.   But you --
6      Q.   Well, when I ask a question -- my
7   question before was simple.  You haven't ruled it
8   out, and you gave me a long, long answer.  That was
9   a yes or no.  So we can do this two steps.
10          You haven't ruled out interstitial
11  cystitis in Mrs. Huskey's case; correct?
12     A.   Correct.
13     Q.   Mrs. Huskey could have interstitial
14  cystitis, but if she does, you would believe that it
15  would be because of her mesh surgery or revisions?
16     A.   Correct.
17     Q.   Okay.
18     A.   And it's because she did not have those
19  symptoms supportive of interstitial cystitis before
20  she had the mesh related procedures, period.
21     Q.   In your opinion?
22     A.   In my opinion as a pelvic mesh
23  complication expert, yes.
24     Q.   And it may just be that you and
25  Dr. Pradmudji disagree on that interstitial cystitis

Page 148

1   cause; correct?
2      A.   I believe that Dr. Pradmudji is a -- I
3   believe she hasn't diagnosed Mrs. Huskey with
4   interstitial cystitis either, technically.
5      Q.   It's your belief from reading her
6   deposition and her expert report that what she's
7   saying is that interstitial cystitis has not been
8   ruled out in Ms. Huskey's case?
9      A.   Right.  But Mrs. Huskey did not have
10  interstitial cystitis when she had the mesh placed,
11  prior to the mesh placement.
12     Q.   Prior to having the mesh placed, did any
13  of her doctors rule out interstitial cystitis?
14     A.   There would be no reason to.  She didn't
15  have the profile of interstitial cystitis.  She
16  didn't have six months of persistent urinary
17  symptoms that would lead anyone to pursue that
18  pathway with this patient.  At least not a pelvic
19  pain expert.
20     Q.   And you make that statement based upon
21  your review of her records?
22     A.   And my clinical expertise, yes.
23     Q.   Did Mrs. Huskey have vaginal atrophy
24  before her TVT-O placement?
25     A.   She did.

Page 149

1      Q.   Is that a common finding in
2   post-menopausal women?
3      A.   It is.
4      Q.   What is chronic vulvitis?
5      A.   It's a local inflammatory condition of
6   the vulva.
7      Q.   What causes that?
8      A.   Could be a variety of things.  Usually
9   it's a local irritant.  Dry skin.  Too much perfume
10  or lotion on the skin.  It's usually easily
11  corrected by removing the irritative factor.
12     Q.   Did Mrs. Huskey have chronic vulvitis
13  before the TVT-O?
14     A.   She did.
15     Q.   Vaginitis.  That's an infection of the
16  vagina?
17     A.   It's a very common infection of the
18  vagina.
19     Q.   Is it nonspecific to a particular
20  bacteria or organism?
21     A.   There are a couple of primary ones that
22  will cause inflammation of the vagina.  They're
23  generally, I mean, easy to treat and resolve quickly
24  to treatment.
25     Q.   Did Mrs. Huskey have vaginitis before

Golkow Technologies, Inc. - 1.877.370.DEPS

Erin T. Carey, M.D.

Page 150

1    her TVT-O placement?
2        A.   I believe she was treated prior to her
3    procedure, but most women have had at least one
4    vaginal infection in their lifetime.
5        Q.   Vaginitis is different from urinary
6    tract infection, or can they be the same?
7        A.   No.  They're different.
8        Q.   Page 3 and 4 of your report, where you
9    say, "According to Dr. Pradmudji, the pelvic exam
10   findings are minimal."
11       See that?
12       A.   I do.
13       Q.   All right.  Your exam was done about
14   three months before Dr. Pradmudji's exam; correct?
15       A.   Yes.  Exactly.
16       Q.   Can there be different findings on
17   different exams by different doctors where those
18   exams are separated by months at a time?
19       A.   While there can be, as we discussed
20   earlier, there can be fluctuation in the patient's
21   pain.  You also have to know how to assess the
22   specific muscles of the pelvic floor, as well as
23   attempt to produce the appropriate amount of
24   pressure, as well as -- I'll just leave it at that.
25       Q.   The McGill Pain Questionnaire, that's

Page 151

1    something you've used in the past?
2        A.   It is.  Yes.
3        Q.   And that's a questionnaire for assessing
4    chronic pain?
5        A.   It is.  We don't have very many.  The
6    problem with all of our pain questionnaires -- and
7    this is consistent throughout the literature -- is
8    that they -- even the ones that are designed to
9    evaluate chronic pelvic pain and dyspareunia, they
10   poorly represent the disease process and do not
11   differentiate between the different types of pain.
12       So it makes it difficult, as a
13   researcher and clinician, to use those regularly
14   because it's not specific enough.
15       Q.   Can that form be helpful in assessing
16   chronic pain in a patient?
17       A.   The only time I would use that form
18   would be if I was introducing an intervention and
19   was assessing baseline levels and post-baseline
20   levels from a research standpoint.  But clinically,
21   I do not find it helpful.
22       Q.   Going back to the earlier part of your
23   report where you talk about the posterior muscles of
24   the vagina will react anywhere in the pelvis.
25       We talked about that a little earlier.

Page 152

1        A.   Yes.
2        Q.   Is that specific to only the posterior
3    muscles?
4        A.   Are you referring to number 1?
5        Q.   Yes.
6        A.   And I'm sorry.  Can you clarify what
7    you're asking?
8        Q.   When you say, "Posterior muscles will
9    react to pain anywhere in the pelvis," my question
10   is:  Is that relationship only found with the
11   posterior muscles or could it be seen with the
12   anterior muscles?
13       A.   No.  It's the entire vagina as a whole.
14   So the levator --
15       Q.   So pain from -- okay.
16       A.   No.  It's like the pelvic -- the levator
17   complex, the obturator internus, the piriformis.  I
18   mean, those are what create our pelvic floor
19   musculature.  So irritation of one of those could
20   irritate the other ones, potentially.  I mean, the
21   vagina is not a very big space.
22       Q.   Basically the levator spasm,
23   Dr. Pradmudji attributes to other causes other
24   than the mesh, but you believe it's from the mesh.
25   Is that a fair summary?

Page 153

1        A.   Mesh and excision of the mesh, yes.
2        MR. SNELL:  Okay.  That's all the
3    questions I have for you.  Thank you for your time.
4    I told you I'd get you out of here.
5        MR. KUNTZ:  I have no questions.
6        (Deposition concluded at 2:46 p.m.)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

39 (Pages 150 to 153)

Erin T. Carey, M.D.

Page 154

```
 1        - - - - - -
            E R R A T A
 2        - - - - - -
 3     PAGE LINE CHANGE
 4     ____ ____ _____
 5       REASON: _____
 6     ____ ____ _____
 7       REASON: _____
 8     ____ ____ _____
 9       REASON: _____
10     ____ ____ _____
11       REASON: _____
12     ____ ____ _____
13       REASON: _____
14     ____ ____ _____
15       REASON: _____
16     ____ ____ _____
17       REASON: _____
18     ____ ____ _____
19       REASON: _____
20     ____ ____ _____
21       REASON: _____
22     ____ ____ _____
23       REASON: _____
24     ____ ____ _____
25       REASON: _____
```

Page 156

```
 1              REPORTER'S CERTIFICATE
 2
 3         I, NAOLA C. VAUGHN, a Certified Court
 4    Reporter within and for the States of Missouri and
 5    Kansas, hereby certify that the within-named witness
 6    was first duly sworn by me to testify to the truth;
 7    and that the deposition by said witness was given in
 8    response to the questions propounded, as herein set
 9    forth; was first taken in machine shorthand by me
10    and afterwards reduced to writing under my direction
11    and supervision; and is a true and correct record of
12    the testimony given by the witness.
13         I further certify that I am not a relative
14    or employee or attorney or counsel of any of the
15    parties, or a relative or employee of such attorneys
16    or counsel, or financially interested in the action.
17         WITNESS my hand and official seal at
18    Tonganoxie, Kansas, this 10th day of July 2014.
19
20
21    _____
22         NAOLA C. VAUGHN, CCR, CRR, RPR
          Missouri CCR No. 1052
23        Kansas CCR No. 0895
24
25
```

Page 155

```
 1      ACKNOWLEDGMENT OF DEPONENT
 2
 3         I,_____, do
        hereby certify that I have read the
        foregoing pages, and that the same
 4      is a correct transcription of the answers
        given by me to the questions therein
 5      propounded, except for the corrections or
        changes in form or substance, if any,
 6      noted in the attached Errata Sheet.
 7
        _____
 8      ERIN T. CAREY, M.D.          DATE
 9
10
11
12
13
14
        Subscribed and sworn
15      to before me this
        _____ day of _____, 20____.
16
        My commission expires:_____
17
        _____
18      Notary Public
19
20
21
22
23
24
25
```

## A

**aagl** 55:22
**abandon** 32:8,13
**abdomen** 27:20,23
  32:5,17 34:4,10
  47:19
**abdominal** 19:8,14
  19:20 33:16
  34:13 43:5 49:16
**abduct** 48:25
**ability** 19:18 21:10
  59:2 115:14
**able** 18:10,19
  19:11,12 40:8
  49:4 82:2 83:20
  101:16 124:17
**abnormal** 50:3
  81:15,16 131:1
  135:20,24
**abnormalities**
  136:12
**absolutely** 14:3
  59:3,9 79:1
**abstract** 118:6,12
**accepted** 102:22
**access** 99:10
**accurate** 5:25 6:17
  98:20 102:19
**acknowledgment**
  155:1
**acog** 36:19
**acronym** 136:21
**acting** 59:21
**action** 156:16
**active** 54:25
**actual** 99:21
**acute** 35:25
**add** 104:1
**added** 108:14
**addition** 17:12
  69:10,13 78:13
  108:11 121:18
  140:14
**additional** 17:20
  24:4,6 37:10
  61:22 67:24

82:12 92:20
  100:16 106:4
  109:4 114:11,16
  124:6 125:1
  134:5,10
**address** 65:14
**adherence** 28:19
**adhesions** 10:24
  25:10
**administration**
  104:4,10,13
**administrative**
  111:25
**adnexa** 49:18,19
**advanced** 6:24
  11:10 17:1 28:9
  28:21,24 29:4
  111:20
**advancement** 26:7
**affect** 78:23 131:17
**affiliate** 105:16
**affiliated** 112:11
**afternoon** 104:7,10
  104:13,17 105:1
**afternoons** 114:15
**aged** 29:25
**aggravating** 47:9
**ago** 45:2 143:24
**agree** 121:1,16
  127:9 129:7
  133:14,16
**agreed** 70:14,17
  71:24 98:23
  131:13
**ahead** 93:6 97:12
**air** 32:17
**al** 1:9
**align** 8:5,6 9:12,19
  9:20 10:2 21:18
**allen** 1:6
**allergies** 51:9
**alleviating** 47:9
**allocate** 91:2 92:10
**allocated** 111:24
  112:20
**allows** 45:22 55:12

**altogether** 90:7,14
**american** 55:2,21
**amount** 37:9
  105:23 146:13
  150:23
**anatomic** 18:7,13
  18:24 19:2,7,9
**anatomical** 18:8
**anatomy** 18:9 51:2
  125:14
**anesthesia** 17:21
  24:9 61:23 75:14
  112:18,19,24
  113:5
**anesthetic** 18:17
**ani** 26:15 43:2
  48:22 126:2,22
  126:24 127:3,10
  130:20 131:12
  132:16 134:14
**answer** 19:5 23:19
  38:15,17,18
  57:19 84:7,12
  85:2,3,7,8,12,14
  85:21 86:2,8
  101:22,23 129:2
  129:11 147:8
**answered** 85:16
**answers** 77:25
  84:9 146:22
  155:4
**anterior** 7:8 15:5
  19:10,20 152:12
**anus** 48:4
**anybody** 74:25
  79:12,18
**anyway** 81:1
**apex** 50:7 89:9,14
**appeared** 101:15
  120:22
**appears** 27:25 48:7
**appendectomies**
  17:15 25:11
**appendicitis** 42:16
**appendix** 29:21
  44:25,25

**apply** 49:16 53:25
  143:8
**applying** 48:21
**appreciate** 60:25
**approached** 61:20
  61:24
**appropriate** 18:20
  78:19 101:16
  150:23
**approximately**
  30:17 32:18 47:5
  48:21 62:22
  63:19,20 72:10
  72:17 76:13
  87:12,13 89:16
  90:2,19 141:11
**april** 61:16 64:12
  65:15 70:1 97:19
  97:24 98:6 116:7
**arch** 49:11 87:20
**area** 18:17 46:18
  83:23 126:12
**areas** 70:14
**arrived** 72:7,8,9
**arrives** 46:24
**article** 13:23 69:10
**articles** 92:10 99:3
  99:5,7,19 111:2
  112:22 116:1
**aside** 63:9
**asked** 64:5,8,10,14
  65:14,19,21
  78:20 85:15 94:1
  94:15 100:7
  102:1 117:10
**asking** 23:17 36:6
  53:2,5,6 59:7,9
  78:13 84:15 87:5
  107:21 119:11
  152:7
**asleep** 90:10
**assess** 46:1 48:15
  48:18 49:4 50:5
  81:6,9 119:16
  136:17 150:21
**assessing** 51:13

151:3,15,19
**assessment** 49:25
  80:20,21 109:9
  109:15 136:22
**assigned** 125:10
**assist** 59:3
**associated** 36:3
  42:13 54:23 82:3
  83:22
**association** 55:21
**assume** 25:21 53:8
**assuming** 75:2
  128:11
**atrophy** 50:2,25
  148:23
**attached** 5:12
  155:6
**attempt** 53:10
  146:13 150:23
**attending** 112:25
**attorney** 61:17
  156:14
**attorneys** 156:15
**attributes** 152:23
**author** 11:23 14:13
  14:14
**authors** 13:17 14:4
**available** 67:11
  114:14 117:11
  118:14
**avenue** 1:18 2:3
**avoid** 34:15 37:17
**awake** 140:2
**aware** 9:16 60:7
  118:9 126:16
  133:20

## B

**b** 2:11
**back** 12:16 13:24
  21:6,12 23:6,25
  47:18 64:20
  67:21 72:21
  77:16 80:19 90:7
  90:16 95:20
  116:7,17 140:8

Erin T. Carey, M.D.

151:22
backfill 141:13,15
bacteria 149:20
bad 94:9
bag 141:10
barely 132:16
base 49:9
based 55:11 105:8
   122:2 123:5
   139:18 148:20
baseline 151:19
bases 106:24
basic 107:25
basically 28:1
   30:12 32:12
   74:13 83:17,18
   83:23 141:9
   152:22
basics 55:18
basis 57:9 70:21
   71:16 144:25
bathroom 144:19
beauties 31:2
began 9:25 37:8
   72:14 113:22
beginning 37:20
   50:1 89:19 94:17
   113:17
begins 88:11
begun 114:9
behalf 1:14 107:15
behavior 40:7
belief 148:5
believe 8:5,7 14:11
   14:14 16:16
   22:20,21 33:5
   35:1 41:4 55:1
   61:10,16 67:1,6
   67:23,25 72:4
   82:11 89:7 95:6
   96:8 98:7 102:21
   107:16 118:10
   127:2 129:6,17
   139:12 144:5
   147:14 148:2,3
   150:2 152:24

believed 73:8
believes 127:5
bending 4:14
beneficial 31:21
   58:3
benefit 59:11
   103:1
best 6:18 13:14
   114:4
better 58:4 86:5
   103:20 128:7
beyond 122:25
   124:20 140:12
bibliography
   116:4
bicep 122:5
big 21:4 152:21
bilateral 10:23
bilaterally 48:23
bill 69:3
billed 62:19,20,22
   62:23 63:13
   68:12 90:1 91:4
billing 62:17 68:4
   68:10,11,24
biopsy 27:24
bit 56:18 122:17
   131:19 143:17
bits 75:9
bladder 28:20
   29:20 34:10
   37:25 42:18,20
   42:23 49:9,9
   53:16 122:14
   136:24 137:6
   138:8,19 139:1,1
   139:25 140:1,4,8
   140:11 141:8,9
   141:11,13,18,25
   144:14
blatantly 45:17
blind 18:1,6 19:16
   19:18 33:2 34:4
   34:21
blindly 19:24 33:3
   33:9,14,21

block 17:21 18:16
   18:20 19:6,13,23
   80:24 135:18
blocked 19:15,18
blocks 17:24 18:1
   18:6 25:17
board 54:5,7 57:1
   110:16,17
boards 54:11,15
   110:13,24,25
body 11:24 29:18
   40:13 42:19
   45:18 146:15
bone 123:13,17
   124:12
book 125:14
boston 8:7
botox 26:18,19
bottom 131:21
   141:23
botulism 26:15
bowel 28:20 29:20
   34:9 38:1 42:12
   42:13 44:18,19
   53:16 122:14
box 99:9
brace 127:18 128:5
   128:9,11,16,19
branch 19:23 81:6
   81:8
branches 19:21
brand 9:4 16:10
bread 26:25
break 40:4,22
   41:17 89:18 91:2
   93:16 95:17
   116:12,17
breakdown 20:3
   103:18
bring 62:17 63:6
   68:8 71:4 74:8
   80:2 99:14
   101:20 118:13
broad 38:19 41:16
   108:1,2 141:24
broader 38:12

broke 70:2
brought 68:13
   69:6 109:19
burch 7:11,13
   35:12
burkett 144:10
   145:5
burt 2:11,11 40:18
   85:7
busy 14:2 111:9,10
   114:22
butchering 27:5
butler 2:8
butlersnow 2:11
butter 26:25

### C

c 1:21 2:1 156:3,22
call 77:8,11,23
   79:1,9 90:4
   142:16
called 15:12 26:1
   26:18 27:22
   29:10 32:11 33:4
   41:24 118:6
   136:16
camera 27:23
   33:17
campus 105:12,14
   105:15,16
canal 126:5
cant 22:15 23:2
   38:18 54:2 66:3
   84:12 85:13
   86:20 92:12 95:4
   95:5 97:24 103:7
   122:12 134:3
   139:22 141:3,4
capacity 140:12
carbon 27:21 32:6
care 21:7 23:14
   59:6 78:24 85:18
   85:20,20 86:19
   104:5
career 8:20,23
   16:1 20:1 22:6,15

carey 1:12 3:2,8
   4:2,9 155:8
careys 3:9
carolina 7:1 12:25
   21:8,14 24:7 44:3
   62:12 66:17 69:3
   72:7 89:21 90:9
   90:12,15 103:11
   110:9,10 111:7
   112:16
cartmell 1:18 2:3
case 1:7 5:3,6
   58:16 59:19
   60:16 61:9 62:19
   63:9,14,17,21
   64:1,9 65:10
   75:21 86:25 87:2
   89:16,19 95:7,10
   95:25 96:3 98:9
   98:16 99:1,14,16
   99:21,23 100:7
   105:22 107:19
   109:19 118:9
   133:21 147:11
   148:8
cases 58:22 64:23
   68:12 92:18
   95:15
catchment 46:18
categories 107:8
   137:22
cause 42:15,20,22
   43:9 122:15
   127:10 132:6,18
   145:21 148:1
   149:22
caused 60:6 120:16
   121:20 122:12,14
   122:18 126:22
   127:7 129:6
   133:1 134:7,16
causes 120:5
   146:12 149:7
   152:23
causing 39:21
caution 137:17

cavity 32:16
ccr 1:21,21 156:22
 156:22,23
ccs 141:15,16
center 2:9 21:11
 24:14,14 56:17
 57:3 112:12
centimeters 18:21
 83:19 89:7
 141:11,12
certain 20:4 29:3
 37:17 98:9
certificate 156:1
certifications
 110:17,17
certified 1:22 54:5
 54:7 156:3
certify 155:3 156:5
 156:13
cervical 49:13
cervix 38:1 49:13
 50:4
change 49:23
 119:1 154:3
changes 50:4 51:2
 119:7 155:5
charge 90:10
charleston 1:2
chart 71:19,20
charts 13:21,24
check 115:25
chemodenervation
 26:14
chlamydia 42:3
chronic 22:11
 29:25 36:1,4,5,7
 36:9,12,15,24
 37:3 41:1,8,9,10
 41:12,14 42:3,4
 42:16,18,18,20
 42:22 43:1,9 45:3
 45:7,8,10,12
 46:20 59:1 60:3
 132:13 133:1,4,6
 133:7,13 134:8
 134:20 136:8

137:8 142:14,18
 142:19 143:3,19
 149:4,12 151:4,9
 151:16
chronicity 42:14
city 1:19,19 2:4
 24:11,16 62:10
 67:21 110:3
clarification 78:25
clarified 85:16
clarify 30:21 35:24
 52:3 53:11 57:22
 76:19 85:15
 132:15 152:6
clean 46:4 108:5
clear 22:17 78:10
 78:15 81:23 88:6
 97:13
clients 22:18 23:3
clinic 6:23 20:19
 21:3 43:17 57:22
 58:15,19 59:8
 82:25 103:14
 104:6,11,12,20
 104:25 105:1,2,3
 105:4 112:5
 113:5,7,8 114:1,3
 114:5,13,18,19
 114:22,25 146:21
clinical 29:4 41:4
 45:22 51:18
 56:10,25 59:14
 78:22 80:25
 103:17 104:3,19
 109:12 111:11,13
 111:25 112:4,7,9
 113:2 138:21
 140:14 143:4
 148:22
clinically 54:1
 112:2,23 151:20
clinician 151:13
clinicians 14:2
 46:14
clip 44:24
clipboard 115:9,15

115:18 116:5
clitoral 48:3
clitoris 48:3
close 43:12 53:22
 54:3
closed 32:12
closely 24:9
co2 32:15
coffee 137:18
 143:14 145:1
cognitive 40:6
coinvestigator
 11:22
cold 101:4
collaborate 112:15
collaboration
 114:1
collaborative
 117:24
colleagues 12:24
 56:24 72:12
colleen 123:25
college 55:2
collegiality 55:6
colonoscopy 102:8
colpoplasty 15:13
colporrhaphy 15:6
com 2:5,11
combination 20:11
 101:8
combined 60:1
 74:9,11,14
 108:13
come 65:9 66:20
 67:15 106:25
comes 36:16 45:24
 55:25 109:5
 130:23
comfortable 33:19
 40:12,13 81:25
coming 51:15
comment 84:22
commission
 155:16
common 14:3 37:6
 43:19 149:1,17

communicating
 64:17
communication
 66:23 117:18
communications
 117:14
community 55:13
 55:20
company 105:25
compare 21:2
compared 20:6
 79:4
compensated 90:9
compilation 69:19
 74:17 99:4
complained 102:4
complaining 45:25
complaint 21:5
 51:15,16 119:14
 138:13 143:2
 144:5
complaints 47:25
 48:11 49:21,22
 52:9 71:23 109:6
 142:25
complete 70:13
 71:25 73:15
 110:25 112:6
 146:14
completed 24:10
 68:10,14 70:15
 112:5 136:9
completely 81:24
 124:16 143:9
complex 43:3
 56:19 58:22,25
 122:4,15 126:3
 152:17
compliance 128:3
 128:4 129:14
 139:2 141:18
complicated 58:1
complication
 35:18,23 147:23
complications
 20:20 21:8 22:10

23:15 33:18
component 40:7
 40:14 70:13,16
 75:15
components 14:21
 75:12
computer 69:17,22
 70:1,25 74:22
concerning 97:23
conclude 122:17
concluded 153:6
conclusion 126:2
conclusions 60:5
conclusive 139:7
concurrent 142:1
condition 25:21
 43:4 142:14
 149:5
conditions 24:10
 41:11 42:4 45:3,5
 45:10,17 57:7
 140:17 143:4
confident 78:18
confused 28:4
 109:25 110:2
confusing 110:1
confusion 5:24
 110:5
connect 32:14
connection 68:6
 71:14 90:15,19
 92:15,17 98:25
 106:1
consider 31:14,22
 45:7 117:23
considered 28:24
 31:8 104:2 107:8
 110:24 119:15
considering 30:24
 131:16
consistent 27:25
 36:25 121:12
 142:21 151:7
consistently
 119:25
consists 12:4

constantly 59:6
constellation
   137:15 142:8
consultant 57:25
   58:9
contains 96:2
context 78:2 143:8
continue 8:16 17:4
   112:13,15
continued 11:11
continues 51:20
continuous 36:9
contract 122:24
contractability
   42:23
contracted 139:1
contracting 49:6
contraction 48:18
contracture
   122:21
contribute 43:1
   45:19
contributed
   108:13,23
contribution 11:24
   109:21
contributions 14:6
control 9:14,17,24
   86:20 93:14
   98:25
controlled 93:1
conversation 76:11
   79:15
coordinated 14:17
coordinating 13:17
copies 70:2 115:3,6
copy 6:11,14,15
   70:23
correct 5:3,4,6,14
   5:15,17,18 6:5,6
   6:10 8:18 9:11
   11:14,15 13:22
   13:22 15:7,9 17:5
   17:6 20:24 22:13
   23:2,5 31:25 32:6
   32:7 33:23 37:1

41:2,6 44:8 53:4
54:21,22 56:12
57:12,17,20
58:12,15,20,21
58:24 59:17 61:2
61:5 63:23 64:21
64:22,25 65:1,3,7
65:8 66:6,8,9,9
66:22 68:13,22
69:12 73:25 74:3
74:18 77:1,4,16
77:19 78:12,19
79:10 81:3,13
82:10,19,20,23
89:4 90:24 92:19
92:20 95:25 96:3
96:4 100:23
101:2 102:19,24
103:5,6 106:24
107:6 110:7,8
111:21 115:24
117:5,6 118:11
120:24 123:1
126:18 127:13,16
127:17 131:7
132:4 134:14
135:12 138:22
142:5 147:11,12
147:16 148:1
150:14 155:4
156:11
corrected 149:11
corrections 155:5
correlate 81:17
correlation 145:13
corresponded
   79:23
cosmetic 26:8,12
couldnt 93:15
   126:4
counsel 39:6,17
   90:3 156:14,16
counseling 35:7,10
   35:14
county 1:19
couple 30:23 76:19

78:3 117:9,12
149:21
course 55:18
court 1:1,22 4:14
   156:3
covered 90:11
cramping 41:23
create 50:21
   152:18
created 71:14
creation 100:16
creek 105:13,15
criteria 136:24
crr 1:21 156:22
cuff 50:9,10
curettage 26:24
current 6:7 24:12
   43:25 110:11,12
currently 4:14
   44:17 51:24
   95:12
curriculum 5:14
   6:4,17 15:17 80:4
cv 3:9 6:7,12 12:19
   15:2 54:20 69:6,9
   69:14 70:21
cystectomies 10:23
cystitis 42:17
   136:6,12,18,23
   137:7,11,16
   138:20,21,25
   139:4,7,11,15
   140:4,21 141:1
   141:24 142:17,21
   143:3 144:1
   145:3,7,15,19
   146:2 147:2,11
   147:14,19,25
   148:4,7,10,13,15
cystoscopic 139:19
cystoscopies 17:16
   139:13
cystoscopy 25:15
   25:16 136:13
   138:24 139:2,17
   139:22 140:22

141:6,7,21
_____
**D**
d 1:12 3:1,2 4:2
   155:8
damaging 34:9
database 99:6,7
   115:8
date 5:25 6:8 15:2
   61:11 65:23 66:3
   69:11 86:1 97:25
   113:13 125:10
   155:8
dates 101:13 103:7
   113:20
davinci 11:5
day 1:16,17 66:20
   66:21 67:2,24
   73:17,19,20 94:3
   94:17,17 104:3,9
   105:2,5 112:23
   113:5,6 119:1,2,4
   119:4,10,10
   130:7,23 131:15
   131:18 137:10
   144:20,21,23
   145:1 155:15
   156:18
days 112:3,5 113:4
   142:16
daytoday 129:21
deal 41:8
debate 55:12
december 102:6
   138:12
decide 50:22 58:2
   143:21,23
deciphering 47:8
decrease 33:18
   34:12
deep 37:19 39:4
defecatory 49:21
defendants 1:10,15
   2:7
define 36:4
definitely 43:1

95:5 97:24 103:8
definition 142:19
definitively 47:24
defuse 53:12
demand 63:4
department 46:14
depending 12:11
   12:14 89:13
depends 11:21
   12:3,9 18:3,14,21
   30:22,22,23,24
   37:18 45:20
depo 90:3 93:21
deponent 155:1
deposed 84:10
   86:21 109:20
deposing 84:10
deposition 1:12 3:7
   4:13,18 23:17
   60:8 62:18 63:18
   68:1 77:24 80:3
   90:5,6 93:17,23
   93:23,25 94:4,5
   94:11,14,20,22
   95:12 96:24,25
   97:1,2 98:2 99:12
   100:7 117:5
   118:2,13 123:21
   123:23 125:4,10
   125:13,18,21,25
   126:13,18,19
   148:6 153:6
   156:7
depositions 94:14
   98:18 108:3
   117:8 124:3,7
describe 43:16
   84:19 126:4
described 52:13
   124:14,19 137:13
describing 32:4
description 3:6
   124:24 125:1
designed 53:9
   108:21 151:8
destroyed 74:22

detail 94:16 103:2
117:3
detailed 47:7,13
48:1,13 101:17
102:5 103:12
details 125:23
129:21
determine 9:23
135:23
development 55:18
device 17:19 20:9
31:2,21 32:11
33:19 34:18
devices 18:11
diagnose 27:4,7,11
135:17 139:2
diagnosed 136:11
139:18 143:21
148:3
diagnoses 143:19
diagnosis 45:23
46:20 76:23 78:6
137:15 138:20,22
143:4 145:14
diagnostic 19:22
19:24 26:21
80:12,24 81:11
81:14 82:8,11,12
82:17 135:18
136:24 145:7
didactic 104:16
didnt 13:19 20:25
28:4 63:6 66:5
67:1 68:25 71:17
77:3,8,9,11 79:9
79:11 81:9 99:14
102:17 108:15
117:23 118:1
124:6,25 125:1
126:12 134:1,2,4
135:2,3,16,22
137:3,5 143:14
145:5,10 148:14
148:16
difference 144:11
different 17:24

23:8 28:14,16
33:1 37:23 45:3,5
53:21 56:24,25
58:6 71:18 75:9
111:6 119:4,10
125:21 126:17
129:5 137:22
143:9,22 150:5,7
150:16,17,17
151:11
differentiate
143:22 151:11
differentiation
18:13 19:2
difficult 54:4 56:19
57:10 81:6
137:12 146:12
151:12
digit 48:17 49:10
87:19
dilation 26:24
dioxide 27:21 32:6
direct 33:8 68:2
direction 156:10
disagree 121:1,16
127:8,10 147:25
discharge 50:3
discomfort 42:23
49:10 82:3
discrepancies
76:20 77:14 79:2
79:6 89:12 103:4
103:6
discuss 13:6 57:10
73:2 77:14 101:2
126:20
discussed 45:2
69:10 73:8
150:19
discusses 20:14
discussion 89:22
118:18
disease 28:16,17
29:4,15,19 42:1,2
42:12 50:24
144:2 151:10

disorder 41:1
disorders 112:13
displacement
28:19 51:1
disposed 77:17
disrict 1:5
dissected 123:11
dissipates 37:21
distention 41:24
distress 120:5
distribution 18:18
district 1:1,1
diverticulitis 42:14
divide 91:6
divided 10:13
division 1:2 46:15
doctor 4:10 56:4
56:14 57:17,23
58:10,16,17
85:24 97:16
116:16 130:23
doctors 76:1 79:24
123:24 124:4
143:10 148:13
150:17
document 1:5 4:19
4:22 70:19,20,22
71:1,4,10,13,14
97:20 98:12
135:14
documentation
70:6,9
documented 70:5
71:24 138:16
documents 68:3,8
71:18 80:2
100:14 106:1,4
106:18 107:7
doesnt 13:23 63:10
122:12 126:11,21
131:6,8 140:3
145:2 146:1
doing 9:12 16:17
35:5 38:23 52:25
54:17 64:22
111:1,14 115:13

129:19 143:7
dome 122:7 141:13
dont 6:13 14:20
21:16,17,20,24
22:20,20 28:23
33:13 36:1 38:15
39:11 44:17,20
47:3 48:11 52:4
52:16 53:1 54:1
55:8 60:13 61:10
64:24 66:1 67:1
68:23 70:1,24
71:6 72:3,13
73:20 74:10
77:22 81:4 84:8
85:3,6,18,20 86:6
86:19 90:10 91:4
92:9 95:3 96:8,15
96:16,21 97:11
107:16 108:25
109:23 113:13,20
115:11 116:25
117:2 118:10
124:10,21 125:14
125:23 127:20,20
128:1,1,17
129:11,17 130:1
130:10 134:8,15
134:25,25 135:5
135:15 136:21
137:9,14 140:25
144:16 146:22
151:5
download 115:15
116:3
dr 3:8,9,10 5:8
7:14,18,22 14:13
15:23 53:7 57:12
57:17 58:17 60:7
61:25 62:8 64:11
65:14 70:4,10
74:15,25 75:3,22
77:15 79:4 83:20
84:5,8,8,10,14,23
85:17,18 86:14
86:24 88:7,12,23

89:25 93:7 96:24
97:4,8,18,23 98:1
98:5 100:23
107:5,11,14,18
108:9,19 109:14
109:20,21 111:17
111:18,19,19
113:24 114:23
116:21 117:4,20
118:20,24 120:15
120:22 121:4,15
121:20 123:9,16
123:20 124:11,21
125:3,12,17,20
126:10 127:5
132:1,5,21
133:10,11,23
135:25 139:14
144:10 145:5
147:25 148:2
150:9,14 152:23
draft 12:1,16 13:11
13:18 69:20
71:17 74:9,11,14
108:18
drafted 108:14
drafting 107:18
108:9 116:20
drafts 69:22
draw 73:2
dress 73:2
drink 137:18
143:14 145:1
drive 2:9 70:1
74:21
drop 99:9
dry 149:9
due 37:18
duly 4:3 156:6
duplicate 47:3
duplicity 108:16
duties 111:25
114:18
dysfunction 51:16
57:6 127:12
130:18 132:9,23

Erin T. Carey, M.D.

dysmenorrhea
41:24 112:14
dyspareunia 12:24
14:5,10,23 37:12
37:18,19,20 38:5
38:6,14 39:1,2,4
39:10,16 45:7,11
45:20,21 50:16
69:11 151:9
dysuria 141:25

**E**
e 2:1,1 3:1 154:1
earlier 14:7 15:4
15:22 55:23
129:11 130:12
140:3 142:19
150:20 151:22,25
early 66:3
easier 5:10 98:11
103:21
easily 149:10
easy 141:19 149:23
ebb 42:14
ed 94:24,25
edit 108:18
edited 108:15
109:17
education 10:6
37:8
effect 128:5,8
effective 128:12
effectively 19:12
efficacious 73:9
efile 115:16
eight 144:20
either 27:21 40:9
40:16 46:14
143:13 148:4
electronic 100:1,2
100:15
elements 70:17
elicited 75:9 123:1
elucidated 50:6
email 66:25 74:24
99:9 125:5

emailed 71:3 97:6
99:9 118:3
emails 98:9,16
117:17
emgs 81:2
employ 119:23
employee 156:14
156:15
emptying 30:15
144:14
ended 62:10 69:19
70:20 71:5,16
endometrioma
29:10
endometriosis
10:22 11:11 17:1
25:9 27:4,8,12,25
28:10,14,21,22
28:25 29:6,11,23
30:3 42:5 45:13
76:24 78:7
engine 115:20
entered 109:17
enterolysis 17:16
entire 21:5 40:9
92:9 93:11
121:24 122:6,15
123:4 125:17
137:20 145:6
152:13
entry 34:21
enumerated 45:12
123:1 141:2
episode 138:9,11
episodes 102:2
epithelium 51:3
140:6
equivalent 34:1
erases 115:18
erin 1:12 3:2 4:2,9
155:8
erosion 22:11 83:6
erosive 50:24 82:4
82:22
errata 155:6
erythema 48:8

50:3
especially 56:18
71:21
esquire 2:6,11
essentially 101:3
estimate 13:14
16:2 20:2 22:7
89:20 90:2 93:15
114:7 139:12
141:4
estimated 22:22,24
94:12 139:5
et 1:9
ethicon 1:3,9 23:10
23:13,21 105:25
106:17 107:15
ethicons 23:4
etiology 47:8 60:2
evaluate 27:24
46:7 48:10,24
49:2,7,14,17,17
49:22 51:21
53:10 58:18
59:23 61:21
62:12 65:17
66:15,24 119:21
151:9
evaluated 57:11
59:16 64:20 65:4
67:18 69:15 83:7
109:11 128:20
135:13
evaluating 55:24
58:23 62:7 67:14
70:12 90:16
evaluation 27:9,13
52:5 66:21 67:20
71:15 77:7 80:8
80:11 81:12
82:10,18,21 83:2
87:10 88:11 89:6
107:1 137:20
145:6
evaluations 80:19
109:7,9 129:24
evenings 111:12

112:10 114:20
event 133:23
evidence 82:22
exacerbate 120:7
130:15
exact 18:18 61:11
66:3 97:25
101:13 113:13,20
121:9 139:23
exactly 53:24
122:6 136:21
150:15
exam 47:19,22
48:9,12,21 49:12
49:20,23 50:11
50:13 52:10 53:1
53:1 57:13,16
61:11 62:15
65:13 70:5,13,14
70:17 71:24
72:19,22,24 73:3
73:6 78:14 80:14
80:16,18,23
81:10,15 82:3,4,8
82:11,13,15
83:24 87:6,19
88:2,8,9 89:22,23
108:13 109:2,16
121:6,12 129:4
130:21,22 131:1
132:3,13 133:1
133:12,17 135:24
150:9,13,14
examination 3:3
4:5 47:17,17 48:1
50:14 52:8 60:2
66:12,18 68:24
70:4,10,16 71:9
72:6,21 77:15
88:13,22 91:8,16
96:10 97:9,18
103:13 107:1
123:5 130:6,7
131:16 132:6
133:5 134:24
examinations

68:20 120:6
129:24 130:2
examine 73:16,18
examined 1:14
61:12 108:23
129:16,19 135:13
examiner 59:22
62:5 65:6,20,22
75:24
example 39:18
81:2 84:15
exams 105:24
130:13,19 150:17
150:18
exchanged 117:17
excise 29:13
124:16
excision 10:22
17:13 19:25 20:4
22:3,14 25:9,9,14
26:6 28:25 29:5
83:10 124:15
135:1,4 145:11
145:11 153:1
excisional 101:18
excluded 45:16
executive 138:18
exertion 134:5
exhibit 3:7,8,9,10
4:17,24 5:14,20
6:3,16 68:2 80:5
95:21 97:15,17
106:22
exhibits 3:5 4:1
exist 63:10
expand 51:20
expect 65:2
expected 52:20
65:5
expenses 91:2
experience 73:14
102:5 109:2
experienced 56:14
expert 5:2 59:20
61:4,6,14 62:1,21
64:9,10,13 71:6

74:12,16 86:22
86:25 87:2 88:7
92:18 95:22,24
97:4 106:21
107:13,18 108:10
108:20 116:21,23
126:3 147:23
148:6,19
**expertise** 75:11
148:22
**experts** 60:17 73:7
116:24 117:8,15
117:18,22,24
**expires** 155:16
**explain** 26:22 72:5
83:15
**explanted** 118:7
132:3
**exposure** 83:4,5,22
**extensive** 124:17
**external** 47:20
**extra** 6:11
**extremities** 72:22
**eyes** 53:22 54:3
57:25 58:9

**F**

**factor** 60:2 149:11
**factors** 47:9
**faculty** 24:8
**failed** 26:5 30:2
31:18 59:13
**failure** 30:19,24
**fair** 127:10,11
152:25
**fall** 102:6 113:16
**fallopian** 41:25
**familiar** 34:23
36:8 92:11 106:6
**familiarized** 93:2
**family** 76:4
**far** 11:18 30:21
54:25 62:23
80:24 88:18
101:13 107:20
115:7 122:19

138:18
**fashion** 19:16,18
**feasible** 109:13
**federal** 4:14
**fee** 68:23 69:5
**feel** 19:11 33:19
50:20 53:17 84:7
84:13 87:17,23
144:21,23
**feeling** 40:13 78:18
144:13
**feels** 121:11 144:18
**fees** 68:4
**fellow** 24:9 112:25
113:23 114:14
**fellows** 14:18
**fellowship** 6:25
11:8,14 16:25
17:8,13 20:10,18
20:24 23:25 24:2
24:6,18,24 37:10
54:12,18 57:23
111:7,15,18,23
112:6 113:24
114:10,16
**fellowships** 54:19
**felt** 31:20 78:18
87:24
**female** 54:5,10,15
**fertility** 29:9
**fibroid** 78:8
**fibroids** 28:8 41:23
**fibrosis** 28:18
**fifth** 119:15
**fildelma** 94:24
95:1
**file** 1:4 99:14,16,21
99:23 100:8
115:9
**fill** 32:17 140:4,7
141:8,9,11,17
143:15
**filled** 143:10
**filling** 140:1
**final** 13:18 14:18
95:24

**finalization** 14:1
107:18 108:9
**finalize** 13:12
**finalized** 66:2
**financial** 64:2
**financially** 156:16
**find** 21:20 23:7
82:22 83:1
141:18 151:21
**finding** 139:6,9
149:1
**findings** 138:23
139:19,21 140:14
141:2 150:10,16
**fine** 85:11 86:23
98:14 113:21
144:23
**finger** 53:23
**finished** 23:24 24:5
**finishing** 24:18
**firm** 61:17,19,23
65:7 66:16
**first** 4:3 15:15
20:23 32:2 35:17
35:22 37:3,11
51:14 61:8,13,15
63:25 64:8,15
65:9 73:6 77:24
89:19 94:20
96:23 97:3,7,22
109:1 110:14,25
111:18 120:20
128:15 135:8
156:6,9
**fitzgeralds** 123:25
125:3
**flat** 68:23
**flight** 90:11,12,18
**floor** 26:16 37:25
42:24 45:13
48:18,20 57:9
82:1 121:8,24
123:4 125:22
126:11,20 130:17
130:25 131:7,8
132:9,11,23

133:5 134:11,19
134:23 135:1,4,6
137:9 146:5
150:22 152:18
**flow** 42:14
**fluctuation** 150:20
**fluoroscopic** 17:22
**fly** 62:11,13
**flying** 71:18
**focus** 50:17 112:19
**focused** 41:4
**focusing** 75:12
**folding** 51:2
**following** 24:21
102:8 131:18
146:13
**follows** 4:4
**foramen** 81:22
126:5
**forcing** 141:16
**foregoing** 155:3
**foreign** 42:19
45:18 146:8,15
**forever** 85:10
**forgive** 110:5
**forgot** 55:23
**form** 66:23 127:1
151:15,17 155:5
**formal** 126:3
**forming** 107:8
**formulating** 106:1
106:20
**fort** 2:10
**forth** 120:14 156:9
**forum** 55:12
**forward** 55:19
**found** 84:23 87:9
89:8 116:1 145:8
152:10
**four** 28:16 56:17
73:21 144:22
**fraction** 91:3
**free** 64:24 84:7
87:17
**frequency** 30:14
142:1 144:12,14

**frequent** 20:18
144:21
**friday** 104:14,17
**fridays** 105:12
**front** 120:10
**fulfilling** 102:14
**full** 4:7 17:7 104:3
113:5,6
**fullness** 49:18
**fully** 48:25
**fun** 56:10
**function** 51:12
**further** 125:11
135:22 156:13
**future** 55:19
110:21

**G**

**gas** 32:15
**gebhart** 7:18 15:23
**general** 26:25
50:25 55:10
110:25 145:21,23
**generalized** 43:23
135:19
**generally** 149:23
**genital** 50:1
**genitalia** 47:20
**genitofemoral**
19:23 43:7 81:8
**genitourinary**
72:24
**geographic** 110:5
**getting** 39:8
113:19
**ghost** 74:13
**gi** 42:11 45:13
**give** 4:12 13:14
17:10 25:5 84:2
109:8,15 136:25
139:22 140:22
141:3 147:4
**given** 47:15 69:7
107:3 155:4
156:7,12
**giving** 5:9 78:18

90:2
**glanced** 60:14
**gloves** 49:23
**go** 5:11 13:24
  19:12 23:6 44:21
  47:14,21 53:14
  54:3 55:6 65:17
  66:14 72:19
  73:16 83:18
  87:23 93:6 94:16
  97:12 114:20
  116:7 118:17
  120:13 132:7
  133:7 134:5
  144:14,18,19
**goes** 126:23 129:2
**going** 5:24 10:21
  13:20 21:6,11
  33:7,15 47:14
  53:11 63:4 75:4
  77:17 78:25
  83:25 90:15 91:5
  91:15 94:18
  120:21 126:2
  128:23 129:10
  132:17 135:17
  138:3 140:23
  141:19 144:15
  147:4 151:22
**good** 102:20
  116:13 124:24
**goodwin** 1:5
**graduates** 14:18
**grand** 1:18 2:3
**grasp** 102:17
**grateful** 73:13
**gravity** 141:9,14
  141:15
**great** 39:12 56:7
  75:8
**greater** 31:9,10,16
  31:23 36:10
  141:14
**groin** 43:16
**gross** 89:20
**grossly** 81:15

**group** 12:15 13:15
  14:2
**groups** 55:7
**gu** 42:16 45:13
**guess** 28:23 53:1
  65:11 80:18
  92:13 108:25
  130:10
**guessing** 13:13
  67:9 87:18 138:4
  143:11
**guidance** 17:22,23
  17:23,25 19:7
  59:5
**guide** 55:11 120:4
**guideline** 142:12
**guidelines** 36:17
**gyn** 10:13,14 11:1
  24:8,10 36:18
  58:19 104:6
  105:7 110:13
  112:19,25
**gynecologic** 88:22
**gynecological**
  55:21
**gynecologist** 54:8
**gynecologists** 55:3
**gynecology** 6:20
  7:4 13:5 14:12,24
  26:25 27:1 105:3

---

**H**

**hadnt** 103:1 144:4
**half** 104:9 105:5
  112:5,24,25
  113:4
**hand** 49:16 156:17
**handed** 97:16
**handful** 8:24
**handson** 104:5,22
**handwritten** 71:12
**happen** 133:3
  134:17
**happened** 86:1
  122:18 134:12
**hard** 70:1 74:21

**hasnt** 148:3
**hasson** 33:4,5
**havent** 91:4 106:3
  123:20 145:18
  147:7,10
**head** 43:20 74:6
  115:12
**heading** 81:22
  83:17
**health** 24:14 46:12
  51:24 57:4,9
  109:6
**healthy** 144:24
**heard** 145:9
**hearing** 146:19
**heavily** 55:16
**heavy** 111:8,13
  112:2
**help** 55:11 84:3
  122:7 143:21,21
  143:22
**helpful** 51:19
  59:10 130:9
  151:15,21
**helps** 50:21
**hemolok** 44:24
**hemorrhages**
  140:10
**hes** 86:15,18
  117:22
**high** 21:11
**higher** 20:19
**highest** 55:3
**highlighting**
  100:11
**hip** 43:12,14,15
**histologic** 27:8,12
**historian** 101:16
  102:20
**histories** 74:18
  108:12
**history** 47:7,13
  50:14 59:24,25
  71:22,25 72:1
  73:2 74:1,5,20
  75:1,6,15 76:21

77:18 79:3 89:24
  96:7 100:25
  101:1,4,9,21
  102:17,23 103:12
  128:15 140:15
**home** 31:3 90:12
**honest** 77:25
**hood** 48:3
**hospital** 105:13,18
**hospitalized** 102:9
**hotel** 72:9
**hour** 68:19 72:17
  72:17 74:2
**hourlong** 74:20
**hourly** 68:18 69:5
  144:25
**hours** 1:16 62:23
  63:16,19,20
  85:11 89:16 90:2
  90:14,19 91:6,13
  91:17,24 93:12
  93:17,19 94:6,11
  105:22
**huge** 40:6
**humum** 96:21
**hundreds** 22:9
  92:10
**hunters** 138:25
  139:4 140:23,24
**hurry** 110:22
**husband** 76:4 96:6
  96:9 102:15
  146:18
**huskey** 1:6,6 4:13
  5:2,6 47:16 57:11
  59:16 61:9 63:9
  63:14,17,21 64:1
  64:9,20 65:4,10
  65:17,22 66:5,15
  66:18,24 67:8,21
  69:15 71:9,15,20
  72:6 73:25 74:20
  75:6,16,21 76:10
  76:17 77:8,11,15
  79:4,10,15,20
  80:8,11 81:12

82:9,16,17 83:3,7
  89:16 90:16,23
  91:8,16 92:21,23
  93:3 95:7,10 96:5
  96:10,13,20 97:9
  97:18,23 98:5,16
  99:15,23 100:8
  100:18 101:4
  105:22 107:1,19
  123:6 127:2,12
  129:7,14,18
  131:6,14 133:18
  134:22 135:13
  136:25 137:23
  138:7 141:20
  142:24 145:20
  147:1,13 148:3,9
  148:23 149:12,25
**huskeys** 62:19
  64:16 67:3,17
  76:1,4,7 79:24
  80:16 87:9 88:11
  89:5 96:9 99:1
  118:8 120:15
  123:24 124:4
  136:4 147:11
  148:8
**hydrocystoscopy**
  140:9
**hydrodistention**
  17:17 25:16
  140:9 141:6,7,21
**hydrosalpinges**
  41:25
**hymenal** 48:4 89:8
**hypertonic** 49:6
  131:9
**hypertonicity**
  26:17
**hypertrophy** 26:11
**hypothetical**
  132:22
**hysterectomies**
  11:6,10 25:12
**hysterectomy**
  15:14,14 17:1

25:8 38:23 50:8
76:22 78:7
**hysteroscopy**
26:20,21,21

## I

**iakovlev** 117:20
118:24
**id** 87:13 125:13
135:17 138:1,5
153:4
**idea** 14:9 20:3
21:22 53:13,24
**ideas** 55:8
**identified** 30:7
94:6
**identifies** 40:25
**identify** 4:24 48:7
52:6
**ifu** 106:6,8,11
107:2
**iliac** 19:10
**iliohypogastric**
19:8 43:7
**ilioinguinal** 19:9
43:6
**ill** 44:18 48:8,9,9
48:14,15,17 49:9
49:20 50:8 63:11
68:16 93:16
97:12,17 98:13
108:4 110:23
150:24
**im** 5:9,24 10:2 23:6
23:17 24:13,23
28:4 36:6,8 39:8
44:14,19,20
47:14 49:4 50:2
53:24 54:7,25
55:15,16,19
58:20 59:4,6 61:6
63:4 64:18 66:8
67:9 69:1,2 70:24
75:2,4 78:18
83:25 84:9,12,15
84:25 85:23 86:7

86:10,13,13,16
87:5,18 88:18,19
90:2,10,11 91:5,5
91:15 104:8,14
105:11,12 106:6
109:18,25 110:2
118:10 120:21
121:14 124:7
125:15 128:11,23
129:10 133:17
138:4 143:11,11
146:19 152:6
**imageguided** 18:3
18:11
**imagination** 82:1
**ime** 3:10 75:5
97:18,23 98:1,5
**immediately** 35:25
38:10 70:6,12
**implant** 29:17 31:9
**implants** 29:13,14
29:15 42:7,8
**important** 40:10
45:21 47:2,8
50:12 71:23
84:14
**improve** 40:1
**improvement**
31:10 51:22
**inability** 146:16,17
**incapacitated**
146:16
**incision** 32:10 33:2
33:6 34:16
**include** 19:7 41:21
**included** 115:7
118:11
**includes** 47:17
**including** 17:18
22:10 27:23 48:2
55:18 63:18 90:4
90:5,18 91:9,14
98:10 138:25
141:25
**incomplete** 30:15
**inconclusive** 54:1

**incontinence** 7:5
31:13,20 35:11
**incorrect** 64:17
121:22 133:3
145:14
**increased** 81:18
**incredibly** 39:3
47:7 73:13
146:11
**independent** 59:21
62:5,15 66:12
73:6 75:23 97:8
105:24 109:2
**independently**
59:23
**index** 53:23
**indian** 105:13,15
**indicated** 30:13
**individual** 74:13
89:24 108:12
109:9
**inexperience** 93:24
**infection** 42:3
142:16 143:14
149:15,17 150:4
150:6
**infections** 42:19
102:12 136:8
137:25 138:15
142:2
**inflamed** 81:7
**inflammation**
140:5 149:22
**inflammatory** 42:1
42:2,12 131:12
137:8 146:7
149:5
**information** 23:7
51:18 75:10
92:21,22 101:5,9
106:25 107:8
108:16
**initial** 47:10 49:25
71:6 77:7 89:21
**initially** 61:24
**initiated** 113:11,19

146:10
**injecting** 18:16
**injections** 18:10
**injury** 34:20 44:19
122:19,22 135:14
135:16,17,23
**innervation** 53:20
53:21,22
**insert** 32:11 33:17
48:15 50:2
**inserting** 40:12
**insertion** 34:3
101:20 126:24
134:13
**insertional** 37:19
39:2 50:17
**inserts** 126:24
**inside** 26:23
**inspection** 47:20
48:5
**instructed** 109:8
109:14
**instruction** 84:3
**instrument** 32:19
32:24
**instruments** 8:8
27:22
**insufflate** 27:20
32:24
**insufflated** 32:6,9
**insufflation** 32:21
**intellectual** 55:13
**intending** 110:20
**intention** 54:14,17
**interchangeably**
88:19
**intercourse** 37:21
38:7 40:8 50:14
50:20 81:25
121:11 134:3
**interest** 56:25
130:4,8
**interested** 24:23
84:25 85:23
86:14,16 156:16
**interesting** 126:21

**interface** 129:15
**interior** 122:14
**intermittent** 36:10
143:1
**intermittently**
127:25
**international**
55:17
**internationally**
104:23
**internus** 48:23,24
83:23 87:22
126:7 152:17
**interpreted** 132:10
132:14,25 133:2
133:8,12
**interstim** 17:18
30:7,11,12,20
31:14
**interstims** 30:16
**interstitial** 42:17
136:1,6,12,18,23
137:6,10,16
138:20,21,25
139:4,7,11,15
140:3,21 141:1
141:24 142:17,21
143:2 144:1
145:3,7,15,18
146:1 147:2,10
147:13,19,25
148:4,7,10,13,15
**intervention** 78:24
151:18
**interventions** 73:9
**interview** 57:14
72:15,18 102:4
**interviewed**
108:22
**interviews** 62:14
**intimacy** 75:13
**intractable** 78:8
146:4
**introduced** 37:5
**introducing**
151:18

introduction 14:20
introitus 50:1
invasive 10:17,19
  11:8 13:4 14:12
  14:24 52:18 58:5
  80:24
investigate 9:13
invited 13:5 14:11
  66:25
invoices 62:17,25
  63:7,9
involved 22:14
  35:7,10,14 55:15
  55:16,17 59:17
  64:16 73:23
  104:1 114:25
involvement 11:16
  107:17,23 108:8
  116:20
irritable 42:12
irritant 149:9
irritate 152:20
irritating 146:8
irritation 122:21
  152:19
irritative 149:11
isolated 143:1,23
issued 5:5 77:4
  79:7 98:6 106:12
issues 21:4
issuing 77:12
ive 4:17,24 22:9
  23:14 30:17
  43:15 54:18
  59:21 62:23
  84:10 92:8,25
  93:1 97:16
  115:18 132:10
  133:3,3,4 134:16
  134:18,18,20
  138:2

**J**

jackson 1:20
january 5:16 61:10
  61:12 64:21

65:11,12,17 66:2
  66:3,19 67:8,22
  75:17 77:16
  82:18 83:3,8 96:6
  96:14 100:19,20
  102:4,23 123:5
  127:19
jeff 85:5 86:21
  94:23
jeffrey 2:6
jkuntz 2:5
jo 1:6
john 52:13 60:1
  61:21
joint 80:20 127:12
  128:6,21,22
  129:4,7
joseph 1:5
journal 13:3,4
  14:12,23
judge 1:5
july 1:16 6:2,5,17
  24:17 95:2,4,5
  156:18
june 95:2,3,5,6

**K**

kansas 1:19,23 2:4
  24:11,13,16 44:1
  44:2,5 46:15
  62:10 67:21
  105:12 109:23
  110:3,7 156:5,18
  156:23
keep 55:9
kegel 48:19
kept 116:5,6
kilograms 48:21
kind 19:17 36:5
  37:16 53:11 59:4
  108:5 113:18
  120:3 126:1,7
  134:9 140:11
kits 20:9,10,11
klingele 7:18 15:23
knew 59:17 100:22

know 8:6 9:4 14:20
  16:10,12,18
  21:14,17,24 23:9
  23:10 28:4,23
  37:22 39:8,11
  40:19 43:22 46:1
  52:4,6 53:1,23
  59:9 60:13 61:11
  65:16 66:5,10
  70:1 72:14 73:20
  78:22 79:9,11
  84:14,19 91:5
  92:9 94:18 97:11
  98:4 99:22
  100:21 102:18
  108:25 109:19
  110:1,4 113:13
  116:3,3,9,25
  117:2,24 118:20
  124:10,13,14,16
  124:21 125:7,20
  125:23 126:11,20
  128:1 129:18,23
  130:1,9,10 134:3
  134:4 136:21
  138:1 140:16,25
  144:3,16 145:5
  146:10 150:21
knowledge 6:18
  23:23 36:23
  101:5 136:9
  141:22
known 26:3
ks 1:21
kuntz 2:6 5:9 6:15
  19:4 38:16 40:18
  40:21 63:2,8
  68:16 85:2,6,11
  85:20,25 86:5,8
  86:12,15,18,20
  86:23 95:9 100:1
  100:3 101:22
  116:9,10 118:16
  126:15 128:10
  139:20 153:5

**L**

labia 48:2,2
labial 26:11
labioplasty 26:10
labrale 43:16
lack 75:13
landmarks 18:7
lands 104:17
laparoscopic 10:21
  11:9,10 15:13
  16:25 24:5 25:8
  27:18 28:1,5 52:8
  52:23 53:3
laparoscopically
  30:4
laparoscopists
  55:22
laparoscopy 6:24
  27:3,10,14,15,16
  28:1 30:2 32:5
  34:22 110:23
  111:20
large 18:16 20:9
  25:10 29:12
  34:10 42:8 46:18
  83:9 113:25
  124:18
larger 33:6 37:9
lasted 74:1 142:9
lasting 142:10
lasts 142:16
late 67:5 72:9
law 1:17 61:17,18
  61:19,23 63:1
  65:7 66:16
lawyers 74:24
layers 19:11 33:7
  33:12,16
lead 41:11 45:3,6
  45:10 148:17
leadership 55:19
learn 15:15 32:20
  35:17,22 37:3,11
  65:9
learned 9:7 11:9
  17:21 37:9

115:18
learner 104:20
learners 56:9
leave 150:24
leaving 146:15
lecture 86:6
lectures 104:15
lecturing 86:7,10
  86:13 103:24
led 47:25
left 34:14 81:19,20
  82:24 83:13,16
  84:16 87:8,21,23
  88:25 102:7
  121:10 122:13
length 89:6,13
lesion 81:20 83:12
  83:22 84:16 87:8
  88:16,18
lesions 50:3
letters 98:8,15
levator 26:15 43:2
  48:22 120:15
  121:7,13 122:4
  126:2,6,22,24
  127:2,9 129:6
  130:20 131:12,22
  132:2,13,16
  133:11,13,15,15
  133:16 134:14
  152:14,16,22
levators 50:18
level 56:10 57:25
  58:9 87:22
  119:10
levels 119:1,18
  128:5 151:19,20
liability 1:4
license 109:24
  110:9,10
licensed 109:22
  110:6
life 40:9 129:21
  143:5
lifestyle 31:19 32:1
lifetime 150:4

Erin T. Carey, M.D.

ligament 42:9
lightly 48:14
limited 14:3 113:3
line 5:23 32:2
  154:3
lined 126:5
lining 140:5
list 17:7 25:5 99:19
listed 11:23 55:1
  69:14
listen 85:3 108:4
lists 54:20
literature 20:14
  34:19 63:22 90:1
  92:3,4,14,16
  93:13 98:24 99:5
  99:10,22 100:12
  107:3 115:4
  136:23 151:7
litigation 1:4 59:17
  59:20 61:14 62:1
  62:21 68:7 73:23
  90:21 91:1 95:15
  105:20 108:18
little 18:8,12,24
  19:2 36:22 45:2
  103:20 122:16
  125:11 131:19
  143:17 151:25
llp 2:3,8
load 112:4,9
local 149:5,9
locate 115:4 116:8
location 18:19
  120:17 121:2
logistics 62:9
long 10:7 11:25
  13:7,11 38:10
  73:17 76:11
  91:21 93:9 133:7
  147:8,8
longer 12:14
look 4:21 6:12
  13:24 26:23
  41:20 49:24
  50:24 67:9,12,17

68:1 74:22 85:9
  87:14,15,16
  115:11 116:7
  120:12 123:25
  125:5,13 126:19
  127:23 138:1,3,5
  140:8 141:5
looked 75:21 98:25
  99:22
looking 13:20
  33:12 49:24 50:1
  50:2 51:20 55:19
  88:1,4,7 140:10
lot 12:16 26:20
  56:9,20 59:5
  94:19 104:22
  112:9 137:13
  143:20 144:15
  146:22
lotion 149:10
low 32:15 35:2
  39:3,4 139:1,25
lower 43:5 72:21
  102:7
lubricate 48:14
lubricated 37:22
lunch 116:11,17
lysis 10:24 25:10

─────────
**M**
m 1:12,16,17 2:6
  3:2 4:2 40:23,24
  72:11,13 95:18
  95:19 116:14,15
  153:6 155:8
machine 156:9
maintained 110:8
major 128:21
majora 48:2
majority 46:12
  57:5 105:7
making 78:4 131:2
management 26:5
  30:2 41:5,7 56:15
  59:6
mandated 51:7

manipulate 49:13
manuscript 118:11
manuscripts 12:1
mapping 52:1,4,6
  52:11,16,23,25
  53:4,7,13
margaret 61:20,21
  61:25 94:24,25
mark 5:20,25 31:4
  61:19 97:12
marked 4:1,17,24
  5:13 68:2 80:5
  95:21 97:15
  106:22
marking 6:3
  143:24
mass 29:10
masses 25:10 42:8
master 1:4
masters 112:6
material 16:4
  146:8
materials 92:22
  98:10,16,21
  99:11
matter 4:13 59:20
matters 105:20
  108:18
mayo 6:23 22:21
mcgill 150:25
mdl 1:3
mean 5:7 8:24 12:3
  12:7,16 13:15
  18:6,14,14 19:17
  21:5 22:12,18
  27:14 28:15,17
  28:24 29:24 32:8
  35:21 36:2,2 38:1
  38:10,18,21
  41:17,21 42:7,10
  47:24 52:5 55:6,6
  55:14 58:21 59:4
  59:14 64:4 65:11
  66:1,9 67:9 70:11
  72:12 78:19
  80:18,22 81:23

83:16,18 87:13
  92:8 94:6 99:21
  101:8 102:20
  106:3,8 108:15
  108:22 109:8
  111:8 114:19
  116:25 119:9,10
  120:1 121:6
  122:3,12,15,19
  124:23,25 138:2
  141:4 142:15
  143:1,1,6 145:2
  145:12,21,23,23
  149:23 152:18,20
meaning 6:7 33:10
  135:15
means 85:9 113:1
  122:11
measurement
  89:13 120:4
medical 4:10 23:6
  24:13 26:5 30:2
  35:21 37:6 46:25
  56:6 59:22,24
  60:17 61:6 62:5
  62:15 63:23
  64:13 65:6,13,19
  65:22 66:12 67:2
  67:4,7,10,16,18
  68:23 70:4,5,10
  73:6 75:23 76:7
  78:14 79:24
  89:23 91:14
  92:24 93:22 97:9
  98:10,17,24
  100:5,25 101:11
  101:14 102:18
  103:9,9 104:21
  105:24 107:2,2
  108:13 109:2,16
  115:4,23 124:5
  133:21 136:4
  137:3 138:17
  146:20
medication 59:13
medications 31:19

32:1 47:4 51:9
medicine 54:6,11
  54:15 110:6,24
meet 57:9 75:8
  94:21,25 145:14
meeting 57:1
meetings 55:6
member 54:21,25
members 55:9 76:4
membership 55:4
memorialized
  106:21
memorized 125:14
memory 98:11
menses 30:1 41:24
mention 25:12
mentioned 18:23
  89:15 92:5
  116:19 118:19
  142:18
mentor 109:3
mentors 72:13
mercury 32:18
  141:12
mesh 16:7,8,9,12
  16:15 17:13
  19:25 20:5,6,15
  20:19,20,21,23
  21:12,25 22:3,10
  22:11,13 23:9
  39:11 45:17
  50:23,25 51:2
  57:22,24 58:3
  59:3,10 60:5
  61:14 62:20 68:7
  68:12 78:5 81:22
  82:4,22 83:1,4,5
  83:6,9,22 87:21
  89:3 99:10
  101:18,20 102:3
  113:7,8,25 114:2
  114:4,12,25
  118:7 121:21
  123:11 124:11,14
  124:15,16 127:7
  127:15 131:11

132:2 135:3,4,5
136:13 137:8
142:22 145:16
146:4,8 147:3,15
147:20,22 148:10
148:11,12 152:24
152:24 153:1,1
**meshes** 16:19,22
21:1 23:2
**meshrelated**
121:18 129:3,5
**mess** 20:12
**met** 94:23,23 95:9
107:11 112:15
118:22,24
**methodology**
119:20 125:24
**mid** 39:4
**midapril** 97:5
**midline** 34:15
**milliliters** 32:18
**mind** 44:22 55:10
**mine** 75:14
**minimal** 150:10
**minimally** 10:17
10:18 11:8 13:4
14:12,24
**minor** 105:14,14
**minora** 48:2
**minute** 65:25
**minutes** 47:5 76:13
76:16
**misinterpreted**
133:10
**missing** 12:18
**missouri** 1:20,23
2:4 109:22,23
156:4,22
**mo** 1:21
**mobility** 49:14
**mobilize** 40:5
**modifications**
31:19
**monarch** 9:5,8
**monday** 104:5
114:15

**monofilament**
16:14,16,21
**month** 57:2 114:17
**months** 10:9,17,18
12:7,13 36:11,16
36:21,23,23,25
38:11,11 40:9
104:19 134:8
138:18 142:9,11
142:13,20 148:16
150:14,18
**morbid** 135:4
145:16 146:10
**morning** 72:10
90:5 104:6,9,12
**move** 23:16,17,25
24:3 39:13 60:19
60:19 72:3 77:20
82:5 83:11,25
93:16 115:17
120:21 128:23
129:11 146:24
**moved** 24:11,15
62:10
**mueller** 61:18 63:1
**muellers** 61:19
**multifilament**
16:14
**multiple** 23:8
27:22 33:1 37:22
46:21 71:17,22
77:23 80:19
90:17,20,25
92:18,25
**muscle** 19:11 43:3
48:21,24 49:1
121:7,13 122:4
130:17
**muscles** 26:15,16
42:24 43:4 45:14
48:18,22,23 49:3
49:5 122:3,7,20
122:24 125:22
126:4,6,11,17,20
130:16 132:7
150:22 151:23

152:3,8,11,12
**muscular** 121:24
122:11
**musculature** 123:4
152:19
**musculoskeletal**
40:15 43:12
45:14 47:18
72:21
**myalgias** 82:2
121:8
**myomectomies**
11:7,10 25:11
**myomectomy** 17:1
25:9 28:7

---

### N

**n** 2:1 3:1
**name** 4:7 108:20
**names** 15:21 117:1
**naola** 1:21 156:3
156:22
**nationally** 104:23
**nature** 6:9 13:25
43:18
**necessarily** 19:19
20:21 22:12
109:18 121:9
135:16 137:7
144:17
**neck** 49:9
**necrotic** 41:23
**need** 38:2,19,21
85:6
**needed** 110:25
**needle** 32:11,13,23
32:23 34:3,12,17
34:21
**needles** 34:17
**needs** 137:19
**nerve** 17:21,23,24
17:25 18:1,2,4,5
18:15,19,21 19:9
19:13,21 30:13
135:14,16,17,18
135:23

**nerves** 18:8,12,23
18:24 19:1,6,7,15
19:17 80:21 81:3
81:7
**neuromodulation**
17:17 25:16 30:6
30:12 59:12
**neuropathic** 43:4
45:14 135:10
**neuropathy** 43:7,8
43:8,9 81:5
**neurosensory**
48:12 52:10 53:1
72:22 112:12
**neutral** 48:16
**never** 20:12 33:18
44:22 71:1 76:23
78:6 118:22
132:10,12 133:3
133:5 134:16,18
134:20 136:9
**new** 26:2 46:2,7,8
46:9 47:6 51:8
55:24 81:1
**nils** 2:11
**nodules** 42:9
**nonabsorbable**
45:1
**nonpainful** 102:14
**nonresponsive**
39:14 77:21 82:6
**nonspecific** 53:12
149:19
**normal** 18:9 46:22
48:7 49:5 57:15
57:21 58:15,19
82:4 103:23
104:2 130:24
131:6,13,20
132:11 133:5
134:11,19,23
135:1,2,3,6
139:13 140:13
141:10,14,16
144:19 146:17
**normally** 42:25

56:13,16 57:16
73:21 77:23 81:1
103:12 109:1
130:16
**north** 6:25 12:25
21:8,14 24:7 44:2
62:12 66:17 69:2
72:7 89:21 90:8
90:12,15 103:11
110:9,10 111:7
112:16
**notary** 155:18
**notations** 100:10
**note** 63:2 68:16
123:12
**noted** 88:16,25
102:7 121:5,6,15
155:6
**notes** 5:16 69:16
69:18,21 70:3
71:8,12 74:4,7,8
74:13,15,19,25
75:5 79:14
100:10
**notice** 1:15 3:7
4:17 20:8 68:1
94:13 95:13
**november** 102:6
138:12
**number** 3:6 20:5
21:1,2 22:5,15
131:21 139:5
152:4
**numerous** 122:25

---

### O

**oath** 23:12,20
**ob** 36:18 110:13
**object** 63:8
**objection** 19:4
38:16,16 63:2,12
68:16 101:22
126:15 128:10
139:20
**objective** 139:9
140:13

obstetrician 54:7
obstetricians 55:2
obstetrics 6:20 7:3
obturator 43:3,8
  48:22,24 81:8,22
  83:17,23 87:22
  87:23 126:6,7
  152:17
obvious 45:17
obviously 116:19
  132:15
occasionally 19:20
  19:22 44:24
  89:12 104:16
occasions 8:11
occur 138:24
  139:22
occurred 72:6
  79:15 124:24
  125:2 132:2
occurrence 20:18
occurring 121:23
  123:4
occurs 104:18
  139:10
offer 26:6 30:1
  31:15 145:6
office 2:9 143:11
  145:1
offices 1:17
official 156:17
officially 136:9
offsite 105:13
oh 22:20 65:25
  87:18 117:23
  125:9
okay 4:21 5:12,22
  6:3 10:4 13:7
  16:4 17:14 18:5
  22:8 23:24 24:25
  25:18 27:19 28:9
  29:2 31:12 35:5
  38:24 39:19
  41:19 43:21 46:5
  46:8,17 52:1
  60:12 61:24 64:7

64:19 65:21
67:13 68:11 69:4
69:9,24 71:13
75:25 76:3 79:14
82:21 84:22 85:9
86:12 87:7,8 88:4
89:11 90:7 91:25
93:13 97:22
99:17 100:9,18
101:24 103:25
105:4,9 107:11
107:24 111:14
113:12 116:13
121:1 124:10
131:4,25 133:20
133:25 135:12
139:24 142:4,7
147:17 152:15
153:2
once 24:10 32:13
  37:21 57:2
  104:18 114:17
  115:19
oncology 10:14,15
  10:16 11:6
oneday 62:11
ones 7:7 20:22
  24:21 25:7 64:5
  74:21 99:5
  117:13 149:21
  151:8 152:20
open 27:10,14 33:4
opening 32:15 38:8
  50:18
operating 104:8,14
  104:18 112:3
  113:4
operative 26:20
  123:9,18 124:13
  124:19,20,23
opine 123:3
opinion 12:8 51:25
  55:11 78:2 97:10
  107:5 120:14,15
  121:19 135:25
  147:21,22

opinions 64:11
  65:15 68:6 86:17
  93:7,12 96:2,25
  106:2,20,25
  107:9 109:18
  115:5 126:4
opportunity
  112:12
option 79:11,12
options 56:20 73:9
optivue 33:14
order 48:25 72:14
organ 41:17
  136:10
organism 149:20
organization 36:17
organizational
  71:19
organizations
  36:22 54:21,24
  55:1,15
organs 41:22
original 8:3 11:20
  13:19,24
orthopedic 43:18
outcomes 40:2
outset 98:17
outside 9:10 46:16
  46:25 105:23
ovarian 10:23
ovaries 28:20 42:9
ovary 29:11 53:16
overall 102:13
oversaw 44:18
overview 100:24

────────────
P
p 1:17 2:1,1 95:19
  116:14,15 153:6
page 3:6 5:10
  88:12,13,20,23
  120:13 123:8
  125:25 131:21
  135:7,9 141:23
  150:8 154:3
pages 155:3

paid 60:15,17,18
  61:1 65:2,5
pain 6:25 17:20
  20:19 22:10,11
  24:5,8,10,14
  25:15 26:3 29:22
  29:25 31:5 35:17
  35:22,25 36:1,1,3
  36:4,5,7,9,10,13
  36:15,15,24,25
  37:1,4 38:7 39:21
  40:15,17 41:1,2,5
  41:5,7,8,9,9,10
  41:12,14 42:3,4
  42:13,15,20 43:1
  43:10,17,22 45:4
  45:8,12,15,25
  46:9,10,11,20
  47:8,10 49:3
  50:13,17,20,21
  51:13,15,24 52:1
  52:4,6,6,11,16,23
  52:25 53:4,6,10
  53:11,12,13,18
  54:4 55:17,18
  56:2,13,14 57:1,4
  57:7,22,23,24
  58:10,17,22,25
  59:1,3 60:3,6
  61:22 73:7 78:2,4
  78:9 80:22 81:18
  83:21 89:4
  101:17,19 102:2
  102:3,7,8,10,13
  104:6,24 105:3,8
  105:11 110:24
  111:21 112:19
  113:3,4,5,7,8,25
  114:2,5,12,18,21
  114:25 119:1,3,6
  119:9,14,17,19
  119:22 120:1,4,7
  120:7,8,22 121:2
  121:3,4,10,10,15
  121:17,18 122:6
  122:11,17,21

127:25 128:5,6,7
128:9,13 129:3,4
129:6,8 130:13
130:15 131:16
132:2,16,18,19
133:1,4 134:8,20
135:10,21 138:4
138:8,10,13,19
140:1,2 141:25
141:25 142:14,18
142:19 143:4,19
145:22 146:13,17
148:19 150:21,25
151:4,6,9,11,16
152:9,15
painfree 40:8
painful 25:21 30:1
  37:20 38:21
  42:17 81:21
  131:9 132:19
  133:7 134:6,16
  136:23
pains 119:8
palpable 81:20
  83:12 84:16 87:8
palpate 49:1 50:9
  83:21
palpation 121:11
paper 11:24 12:8
  12:10,12,18,24
  13:8,21 14:5,6,10
  14:13,15,16,19
  14:23
papers 12:2
paragraph 88:24
  135:8,9
part 9:16 10:6
  11:19 14:8 15:17
  26:24 40:6 47:2
  55:5 62:9 71:5
  73:5 74:9 86:18
  88:7 93:24
  105:16,17 121:7
  140:8 145:3
  151:22
participate 61:25

participated 16:2
  113:7
particular 9:25
  149:19
particularly 75:5
parties 156:15
partners 73:11
  75:13
parts 40:10
pass 8:8 110:14
pathologic 27:8,12
pathologist 117:20
pathology 118:7,8
pathway 148:18
patient 13:20
  28:22 45:24 46:2
  46:7,8,9,10,23,24
  47:6 52:20 55:25
  56:18,20,25
  57:16 58:18
  61:15 62:13
  67:15 70:7,13
  71:20 72:15,18
  72:20 73:1,4,16
  73:16 75:10 79:1
  81:1 92:11
  103:13 104:5
  120:1,5,6 130:13
  131:20 132:22
  137:20 145:9
  146:19 148:18
  151:16
patients 18:9,13,25
  19:3 23:8,14 31:4
  34:11,20 35:7,10
  35:14 39:6,17
  43:15 45:23
  46:13,19 47:6,18
  49:21 50:23 51:5
  51:8 52:2,9 53:14
  56:13,19 57:5,10
  57:25 58:7,25
  59:1,3,5,9,22,24
  60:4 61:22 62:7
  71:22 72:15,16
  73:2,10,18,20,22

73:22 75:13
77:23 78:24
90:17 91:7
103:16 105:7
108:12,22,23
109:11 113:25
114:19 119:1,6
119:16,17 128:4
138:24 139:3
146:21 150:20
pelvic 1:4 6:25
  22:11 24:5,14
  25:10 26:16
  27:24 29:10,22
  29:25 36:7,9,15
  36:24 37:24 41:1
  41:5,8,8,14 42:2
  42:24 43:9,17
  45:4,8,12,13
  46:11 47:19,21
  48:18,20 51:24
  53:25 54:5,10,15
  55:17 57:3,8 68:7
  68:12 73:7 78:2,8
  82:1 104:24
  111:21 120:6,8
  121:8,24 122:8
  122:24 123:4
  125:22 126:11,20
  129:24 130:2,6
  130:12,17,25
  131:6,8,15 132:8
  132:11,23 133:1
  133:4,5 134:8,11
  134:19,23 135:1
  135:3,6 136:10
  137:9 145:22
  146:5 147:22
  148:18 150:9,22
  151:9 152:16,18
pelvis 42:2 43:2,5
  43:13 81:5 122:7
  128:22 131:11
  134:2 146:9
  151:24 152:9
penetrative 81:24

pennsylvania 2:10
people 12:17 14:5
  18:9 33:13 34:13
  111:13 112:15
  137:13 138:3
percent 20:5 31:9
  31:11,16,23 35:4
  103:15 104:3,4
  105:19,21 111:1
  111:8 112:21,22
  139:3,5,10,17
  140:22
percentage 140:25
percentile 139:23
  141:3
perception 119:3,7
perform 7:13,21
  15:12 16:3 18:10
  18:15 24:21 25:8
  25:11,13,15,18
  25:24 26:11
  28:25 29:5 32:20
  44:11 47:16 48:9
  48:11,17,20
  49:12,20,23
  65:13 72:20
  80:18 130:19
  145:5
performed 7:11
  11:6 16:1,25 17:8
  17:13,15,17
  26:10 30:7 47:3
  52:7 62:15 72:23
  75:5 80:10,16,23
  81:11 82:9,16,17
  88:10 89:9 97:19
  140:10
performing 34:12
perfume 149:9
period 7:22 36:10
  40:9 56:22,23
  104:16 147:20
peritoneal 29:13
  29:14
peritoneum 27:24
  29:15,20 32:14

permanent 30:18
  30:25 31:9,15
  44:15
persistent 26:16
  142:18 148:16
persists 36:15
person 58:4 59:10
  59:11,12 130:21
  130:24 132:18
  142:17
persons 143:5
pertaining 99:10
petechiae 140:5,11
phone 90:4
photographs 80:7
physiatrist 124:2
physical 40:1,3,6
  40:11 47:16
  52:25 57:8 60:1
  70:13,15 73:3,12
  80:14,18,23
  81:10,15 82:7,11
  82:13,15 88:2,8,9
  88:12 89:22,23
  91:9 103:13
physicians 7:20
picking 125:24
picture 50:15
pieces 108:14
pinprick 135:21
piriformis 43:3
  48:23 152:17
place 20:23 27:21
  32:13,19 33:3,9
  33:12,21 34:14
  39:11 76:12 82:2
  89:14 114:22
placed 21:12 30:16
  78:5 135:3
  142:23 145:8,17
  148:10,12
placement 30:18
  31:1,15 102:3
  136:5,13 138:7
  138:10 144:3,8
  148:11,24 150:1

placing 33:7,15,19
plainly 60:23
plaintiff 2:2 61:4
plaintiffs 1:7 60:15
  61:1,14 62:21
  65:7 87:3 90:20
  90:25 92:18
  116:23 117:8,15
  117:18,22
plan 50:22
planned 64:13
plans 66:1,11,14
platform 56:8
pleasant 130:18
please 4:8 17:11
  116:9
plus 114:19
point 40:19 64:12
  130:11
pointing 122:5
points 126:25
polite 85:15
polypropylene 8:1
  16:8,9,15,21
  44:10,12
poorly 151:10
pore 16:12,18
port 33:3,7,9,15,17
  33:22,24
portion 124:18
positions 55:20
positive 31:8 81:16
  137:14,18,19,24
possible 59:23
  81:21 89:3
possibly 78:1
postbaseline
  151:19
posterior 7:9 15:5
  37:24 39:24
  120:22 121:2,4
  121:16,17 122:9
  122:17 151:23
  152:2,8,11
posthysterectomy
  12:23 14:5,10,22

69:11
postmenopausal
  149:2
postoperative
  133:24
postsurgical 36:1
potential 35:18,23
  37:12 38:4,14,25
  39:23 47:9
potentially 34:11
  152:20
practice 19:19,22
  19:24 21:9 24:12
  25:2 26:25 41:4
  43:25 44:4 45:22
  46:11,12,16
  51:19 52:15,17
  54:2 57:3,15,21
  59:15 78:23
  103:16 105:7
  108:17 110:6
  111:11 119:24
practices 113:3
practitioner
  103:17
practitioners
  55:12
pradmudji 5:8
  76:20 78:16 79:4
  94:15 107:11
  109:21 117:13
  120:22 121:4,15
  121:20 125:12,20
  126:10 127:5
  132:1,5,21
  133:10,11 147:25
  148:2 150:9
  152:23
pradmudjis 3:10
  64:11 65:14
  75:22 77:15 93:7
  93:23 96:24 97:4
  97:8,18,23 98:1,5
  107:5,14 120:15
  125:17 135:25
  150:14

precipitated 132:3
  133:12
predated 101:19
predictive 140:16
  140:18
predominantly
  20:10
prep 63:18 90:3
  93:17,21 102:8
preparation 90:4
  98:2
prepare 94:5,10,22
  95:10
prescribed 128:16
present 57:12
  58:11 79:18 96:6
  96:9,13 102:4
presentation
  131:17
presentations
  28:15
presented 21:2
  46:19
presents 130:23
pressure 32:18
  49:3 150:24
pressures 32:15
  48:22
pretty 65:25 83:19
  114:22,22 124:23
prevalence 139:16
previous 34:13
  59:19 102:6,11
previously 25:13
primarily 105:11
  105:13
primary 21:6,12
  137:6 149:21
prior 34:15 40:16
  46:21 78:5 83:10
  102:2 124:7
  136:13 138:10
  144:6 145:17
  148:11,12 150:2
probably 8:25
  13:17,18 34:19

37:7 39:2,25
  41:16 83:19
  91:13 113:17
  114:17 130:19
  137:17 142:3
  144:24
problem 53:19
  103:22 151:6
problematic
  145:10
problems 51:11
  143:18
procedure 7:11,13
  27:10,14 28:25
  34:4 39:20 50:24
  55:24 80:25
  83:10 101:18
  121:21 124:17
  137:8 145:16
  146:12,15 150:3
procedures 8:9
  10:22 15:10
  17:18 21:25 22:3
  22:14 25:17
  26:13 30:6 34:14
  37:17 44:21
  81:11,15 82:8,12
  82:17 101:14
  105:14 113:2,5
  129:24 147:20
proceed 31:8,21
  116:17
process 40:17
  45:25 46:6 47:10
  83:17 92:9
  106:14 151:10
produce 150:23
produced 1:14
  52:19 87:19
  98:18 100:7
producing 63:9
product 8:5,6 9:15
  10:3 22:21 23:10
  93:2
production 63:5
products 1:4 23:8

professional 36:17
  54:20
professionals 76:8
professor 104:22
profile 148:15
project 12:4 118:5
  118:13
prolapse 7:4 15:5
  15:11 20:5,9
  35:15 136:10
propounded 155:5
  156:8
provide 18:20
  50:15 51:17 55:5
  55:7,10,15 59:25
  60:1 78:1 91:6
  101:16 104:15
  120:3 125:6
provided 14:21
  15:21 51:8 76:21
  98:18 99:6,8
  100:24 105:22
  109:7 117:1,10
  117:12
provider 130:10
providers 21:6,12
  29:3 56:17 57:3
  72:1 79:24
  114:21
providing 93:24
  98:16
provoked 26:2
  37:23 38:20
  43:23
proximity 43:13
pu 136:20,20
pubic 49:11 83:18
  87:20 123:13,17
  124:12
public 155:18
publication 11:21
  12:20
publications 6:8
  11:13,17 69:12
  111:2 112:1
  118:12

published 13:1
  14:23 52:12
pubmed 115:8,14
  115:20 116:4
pudendal 19:21
  43:8 81:8
puf 136:16,25
  137:23
puff 136:19
purposes 26:12
  71:19
pursuant 1:15
pursue 148:17
put 5:25 21:1
  29:17 53:14
  74:15 103:12
  115:15 120:2
  127:16 132:12,17
  134:5,19
putting 20:22
pyosalpinges 42:1

——————————
Q
——————————

qtip 48:9,9,14 50:5
  81:17 89:14
quadrant 34:15
  102:7
qualify 137:11
quality 143:5
quantified 144:17
  144:22
queried 101:9
query 103:4
querying 59:7
question 9:19
  18:22 19:1 38:12
  38:12,22 46:4
  57:19 64:17 72:4
  77:10 78:23
  82:14 84:4,13
  85:2,14,17,21
  86:4,4,5,9 94:9
  107:25 108:6
  116:22 128:25
  129:10,13 147:6
  147:7 152:9

Erin T. Carey, M.D.

**questionnaire** 12:5
12:6 136:10,14
136:16,17 137:1
137:13,23 138:6
145:6 150:25
151:3
**questionnaires**
51:4,10,12,23
143:20,20 151:6
**questions** 23:18
59:7 60:24 78:4
78:17 85:7 94:19
94:19 108:4
153:3,5 155:4
156:8
**quick** 25:5 40:21
**quickly** 149:23
**quite** 29:11 56:18
**quote** 125:12,25

**R**

**r** 1:5 2:1 154:1,1
**raise** 141:9
**rami** 83:18
**randomized** 9:14
9:17,24 93:1,14
98:24
**rarely** 52:7
**rate** 30:19 68:18
**rated** 119:18
**rates** 34:20 55:4
**rcts** 10:1
**react** 151:24 152:9
**read** 10:1 20:14
34:19 60:10,13
98:4 106:6 117:2
117:4,7,11,13
118:1 123:16,18
123:20,23 124:7
124:8 125:1,17
155:3
**reading** 92:10
148:5
**reads** 88:24
**ready** 116:17
**really** 38:19 45:21

50:17 51:17 54:1
54:4 56:9 58:2
75:11 78:10
93:15 94:15
96:21 108:15
126:21 139:8
145:10
**realm** 45:8
**reason** 25:20,24
29:22 102:9
148:14 154:5,7,9
154:11,13,15,17
154:19,21,23,25
**reasonable** 26:6
**reasons** 29:7,8
122:25 141:6
**rebuttal** 3:8 5:1,7
5:13 64:11,14
65:15 77:4,12
79:7 80:3 86:22
86:24 87:2 93:8
93:10 95:21 98:6
100:17 106:12
109:21 120:10,14
125:8
**recall** 21:16,20
96:12,13 103:7
127:20 128:17
**receive** 67:1,3,7
98:9 99:3
**received** 11:4 67:1
67:5,5 97:11
98:21 124:8
**receiving** 34:21
152:4
**recessed** 40:23
95:18 116:14
**recitation** 98:20
**recited** 79:3
**recollection** 7:23
16:22 96:19
98:22 114:4
**recommendations**
55:11 73:4
**reconstructive**
54:6,11,16
**record** 4:7,25 5:22

5:24 23:7 59:24
60:24 88:6 95:20
103:9,9 118:17
118:18 124:5
127:22,23 137:4
138:17 156:11
**records** 46:25
63:23 67:2,4,7,10
67:16,18 89:24
91:14,22,23
92:24 93:22
98:10,17 99:22
100:5,12 101:12
101:14 102:18
103:2 107:2
133:21,21 136:4
146:20 148:21
**rectovaginal** 49:20
49:22
**recurrent** 142:3,4
**reduce** 128:13
**reduced** 156:10
**refer** 56:21
**referenced** 115:7
**referencing** 88:13
88:21 89:1
**referral** 21:11
46:22
**referralbased**
46:16
**referred** 46:13,13
67:15 101:14
**referring** 80:17
152:4
**refractory** 137:7
**regard** 69:12
**regarding** 59:8
97:8 103:6
106:18 120:14
**regimen** 40:4
**regular** 57:9
**regularly** 52:14,16
54:2 151:13
**rejuvenation** 26:13
**related** 126:25
129:3 147:20

**relates** 1:5
**relating** 68:3
**relation** 126:6
**relationship** 75:12
102:15 146:18
152:10
**relationships**
73:11
**relative** 156:13,15
**release** 140:7
**relied** 101:7
**relief** 127:25
**rely** 84:13
**relying** 115:5
**remainder** 47:11
**remember** 15:19
66:3 74:5 95:3
96:15,16,22
113:15 127:21
**removal** 28:8
59:10 146:14
**remove** 20:21
39:20 58:3
**removed** 20:9,12
20:15 22:12,22
23:12,21
**removing** 146:11
149:11
**renal** 42:21
**repair** 1:4 37:24
**repairs** 7:9 15:5
35:15
**repeat** 140:18
**report** 3:8 5:2,13
70:21 71:6,17
74:12,16 75:22
76:20 77:4,12
78:16 79:7 80:3
87:15,16 88:3,7
88:12,14,17,23
93:10 95:22,24
97:4,5,8,23 98:1
98:5,6 101:17
102:5 106:12,20
106:21 107:14,19
107:20,21 108:10

108:14,20,24
109:6 116:21,23
118:1 120:10
123:9,19 124:13
124:19,20,23
125:8 148:6
150:8 151:23
**reported** 50:13
79:3 102:11,13
119:9
**reporter** 1:22
156:4
**reporters** 156:1
**reports** 5:5 34:20
72:2 98:10,17
107:14 108:19
**represent** 55:8
97:17 151:10
**representation**
78:19
**reproduce** 50:21
**reproduced** 83:21
89:4
**reproducible**
139:9
**reproductive**
29:25 41:18,20
41:22
**request** 47:1 63:3
68:17
**requested** 64:15
**rereviewed** 93:22
**research** 9:23
11:20 12:9,11
13:20 14:3,8 37:2
51:21 111:2,9
112:7,9,14,21
113:6 115:13,21
115:23 117:25
138:2 151:20
**researcher** 151:13
**residency** 6:19 7:4
8:13 9:16 10:12
11:4 15:18 17:12
20:8 32:22 35:6
37:8 44:14

resident 56:7
104:21
residents 104:15
residual 42:21
81:21 83:1
131:11 135:4
resolution 31:16
31:24 102:7
resolve 149:23
resolved 78:5
102:10,13 136:8
143:25 144:4,8
resort 103:8
respect 45:12
respond 12:17
responding 133:6
response 42:25
48:16 49:4 80:22
81:16 107:5
122:21 131:12
133:6,7 134:16
135:21 137:9
156:8
responses 47:11
responsive 72:4
76:15 85:14
129:12
rest 17:10
resulted 57:6
results 52:19
retained 61:8,13
61:17 63:25
retainer 64:3
retention 30:15
retracted 124:12
retracting 123:12
123:17
retroperitoneal
28:18
retropubic 7:10,17
7:25 8:3,12,19
9:13,21 21:18,19
22:16,18,18 23:4
23:13
return 67:21
returned 12:6

67:23,24
returning 90:16
review 13:9,10,12
13:23 14:18 51:6
89:23,25 91:14
91:21,23 92:4,23
93:13 96:23 97:3
97:7 105:25
106:11,17 107:13
143:10,16,24
148:21
reviewed 92:2,14
92:16,20,25 93:5
93:11,22 94:14
97:2,5 99:12,20
100:14 103:2,9
106:14,16
reviewing 63:22,22
94:4
reviews 68:20
revised 5:16,21,23
6:2,4,4
revision 6:1 21:25
22:24
revisions 147:15
right 15:24 23:19
53:23 79:5 84:11
84:18 85:1 92:25
109:15 115:10,14
116:16 130:14
131:10 132:7
141:8 143:17
144:16 148:9
150:13
ring 48:4 89:8
risk 34:12 37:4,12
37:18 38:5,14,25
39:5,10,12,16
risks 34:6,9 35:1,8
35:11,15 39:23
road 59:4
robot 11:5
robotic 10:25
11:11 17:4 25:11
role 11:19 14:16
59:23 62:3 75:21

92:17
room 56:5,7 72:19
79:22 96:7 104:8
104:14 112:3
113:4
rosenzweig 118:20
rosenzweigs
117:10
rotation 10:6,8
rotations 10:11,13
11:6
routine 105:7
routinely 19:6
104:20 136:22
rpr 1:21 156:22
rule 5:13 148:13
ruled 145:18,24
147:7,10 148:8
run 57:23 114:15

─────────────
**S**

s 1:5 2:1
s3 30:13
sacrocolpopexies
15:25 16:5
sacrocolpopexy
11:7 15:8,16,20
20:6,13,16
sacroiliac 80:20
safe 34:17
saline 141:10
salphingoophore...
10:24
sampled 27:9,13
sat 54:10 110:18
saw 4:23 20:10,11
20:19 23:7 61:10
61:12,15 65:11
66:6 67:10 72:13
73:25 79:2,6
90:17,20 96:5
100:18 124:22
127:19 128:2,19
129:19,22,25
130:3,7 131:15
144:9

saying 28:23 52:24
58:9 88:18
122:16 131:3
143:12,16,24
148:7
says 50:16 125:13
132:1 142:12
scale 120:2
scales 119:18
scar 40:4 83:1
87:21,25 89:3
scarring 37:24
39:24 50:25 51:1
81:21 82:24
122:19 137:9
schedule 68:3
95:13 104:18
school 35:21 37:6
science 112:7
scientific 8:7
scientifically 21:1
screen 137:14,17
137:19
screenings 137:24
seal 156:17
search 99:5 115:20
searched 106:4
107:4 116:1
searches 115:3,6
second 56:4 88:23
118:17 120:13
135:9 145:11
secondary 145:15
secondly 51:16
section 135:25
see 43:19 46:23
49:8,10,13,15,18
50:5,9 56:12,13
56:21 59:25
62:13 65:22
75:16,18 78:20
83:21 84:2 88:4
90:25 94:1 97:22
98:1 103:13
105:6,6 115:25
119:5 120:19

123:10 124:25
125:15 126:9
129:15 133:22
137:3 145:12
146:21 150:11
seeing 72:14 96:15
103:3,10 130:10
seen 4:19 21:9 22:9
60:4 73:7 82:4
83:5,6 97:20,25
103:2 116:20,22
131:14 132:10,12
133:3,3,5 134:17
134:20 136:10
152:11
sees 57:5
selection 52:21
send 12:5 31:3
47:1 62:24 70:3
senior 14:14
sensation 135:21
sense 122:23 131:2
sensitive 146:12
sensitivity 81:18
135:20
sent 100:4 118:17
sentence 88:24
120:20
separate 72:1
97:10
separated 150:18
separately 5:25
57:14
septum 49:22
serve 64:8,10
serving 62:21
set 120:14 156:8
sets 57:25 58:8
setting 58:5 80:25
81:1 109:12
seven 31:3,13
73:21
severe 41:23
severity 119:21
120:4
sexual 22:10 24:14

Erin T. Carey, M.D.

46:12 51:12,16
51:24 57:4,4,6
73:12 75:11
102:14 109:5
146:18
**sexualrelated**
102:2
**shape** 127:1
**share** 56:18,20
70:8
**shared** 70:6,9 71:1
71:10,13 89:25
**shed** 78:6
**sheet** 51:6,8 155:6
**shes** 37:21 45:24
46:2 50:8 85:14
85:14,15,25
124:1,2 126:2
127:15 131:16,17
148:6
**short** 56:22,23
**shorthand** 156:9
**shortly** 103:10
**shortterm** 138:9
**show** 88:20 98:9
**shown** 33:18
**si** 127:12,18 128:5
128:5,6,9,16,19
128:21 129:4,7
129:14
**siddique** 124:11,21
133:23 139:14
**siddiques** 123:9,16
123:20
**side** 81:19 83:13
84:17 87:9
**sidewall** 81:20
82:25 83:16
87:21,24 88:25
122:13 123:12
124:15
**sidewalls** 50:7
**siedhoff** 111:19
**sign** 119:16
**significant** 81:18
87:19 146:13

**significantly** 30:1
35:3 37:9
**silk** 44:18
**similar** 47:15
71:22 102:3
**simple** 23:18 60:21
60:24 64:6 78:17
147:7
**simply** 38:13
**single** 48:17 49:10
73:15 87:19 92:1
135:14
**sit** 23:11,20 85:13
86:6 110:23
**site** 27:23 40:25
41:3 106:4
**sitting** 110:24
**six** 10:9 36:11,16
36:21,23,25
114:19 133:25
134:2,7 138:18
142:9,10,13,20
148:16
**sixmonth** 133:7
**size** 16:12,18 49:15
49:17
**skills** 29:4
**skin** 149:9,10
**sleep** 53:14 72:9
**sling** 7:21 9:8,10
9:13,21,25 10:2
21:19 23:4,13,22
136:5 138:7,10
138:14 145:8
**slings** 7:10,10,17
8:1,1,4,12,16,19
8:23 9:2,7 16:18
20:7,12 21:15,21
21:23 22:16,19
35:6
**small** 29:12 32:10
32:17 105:21,23
139:1 140:10
**smaller** 141:18
**snell** 2:11,11 3:3
4:6 5:12 6:16

19:14 38:17
39:13,15 40:20
40:25 60:19,21
63:4,6,11,13
68:18 72:3,5 75:4
75:16 77:20
78:11 82:5,7
83:11,12,25 84:2
85:5,9,18,23 86:3
86:7,10,13,16,19
86:21,24 95:17
95:20 97:12,16
100:6 101:23
102:16 116:11,16
118:19 126:16
128:14,23,25
139:24 146:24
147:1 153:2
**snow** 2:8
**society** 55:17
**somatic** 53:21,22
**somebody** 131:14
**someones** 54:3
146:8
**sonometers** 87:12
**soon** 110:22
**sore** 131:19
**sorry** 29:19 64:18
69:1,2 93:6
101:24 140:18
152:6
**sort** 115:15
**sounds** 13:8
116:13
**sources** 106:25
**southern** 1:1
**space** 32:17 152:21
**spasm** 26:17
120:16 121:7,20
121:23 122:16
123:3 126:22
127:3 129:6
130:20 131:13,22
132:7,13,18,19
133:8,11,13
134:14 152:22

**spasms** 127:6,10
131:17 133:16
146:4
**speak** 76:17 78:20
104:24
**speaking** 91:10,11
96:20
**special** 28:5
**specialist** 78:2
**specialty** 55:4 56:8
**specific** 9:19 14:20
38:22 51:13,17
51:25 52:9 92:22
92:23 93:3 99:16
101:13 109:5
117:1 135:15
150:22 151:14
152:2
**specifically** 23:9
81:9 98:3 101:25
102:1 103:7
106:15 138:2
**specify** 37:16 38:2
38:19 77:22
**specula** 82:2
**speculum** 49:23
50:2,10 89:10
130:19 132:3,6
132:12,13,17,25
133:12,17 134:6
134:13,19
**spell** 136:19
**spent** 10:9 63:16
63:20 68:4 89:15
90:14 103:16
105:19 111:1
**spine** 19:11
**split** 44:1
**spoke** 73:3 75:18
76:10
**spoken** 75:25 76:3
76:6
**spring** 13:2 61:16
113:16,18,21
114:5
**spur** 108:4

**squared** 141:12
**stage** 28:17,22
**stages** 28:16 29:1,6
**standard** 36:24
108:17
**standpoint** 37:2
51:21 138:3
151:20
**stands** 136:21
**stanhope** 7:14,14
7:15
**started** 9:12 72:10
113:18,19 114:5
137:10
**starting** 12:4 46:1
**state** 1:20 4:7
136:5
**statement** 36:12,14
36:16 148:20
**states** 1:1,23 136:1
156:4
**stayed** 24:4,6
67:23,25
**steege** 14:13 52:13
53:7 57:12,17
58:17 60:1 61:21
61:25 62:8 70:4
70:10 74:12,15
74:25 75:3 83:20
84:5,8,8,10,14,23
85:17,18 86:14
86:24 88:2,17
89:25 94:15
100:23 109:14,20
111:17,18 114:23
**steeges** 60:7 88:7
88:12,23 93:23
107:18 108:9,19
116:21 117:4,13
**steps** 50:22 147:9
**stimulator** 17:23
17:25 18:2
**stone** 42:20,21,21
**stop** 40:20
**stopping** 40:19
**story** 86:18

Erin T. Carey, M.D.

**straightforward** 23:18
**strength** 48:19
**stretch** 81:25
**stretched** 140:12
**strike** 22:1,23 23:16 24:1,22 27:2 36:13 39:13 45:6 60:19,20 61:7 63:24 66:13 70:8 72:3 77:20 82:5 83:11,25 92:3,15 94:8 96:12 128:3,23 129:11 133:15 135:8 142:22 146:24
**stronger** 109:7
**structural** 37:25 41:21 42:6,10 45:13 50:4 75:14
**structure** 50:18 55:7
**structures** 53:15 122:8
**student** 56:6 104:21
**subacute** 35:25
**subjective** 119:14
**submission** 14:19
**submissions** 6:9
**submit** 13:12 14:1
**submitted** 107:15 108:19 118:6
**subscribed** 155:14
**subsequent** 47:11
**subspecialty** 54:11 54:15 110:16
**substance** 155:5
**substantial** 11:23 14:6
**successful** 31:14
**suite** 1:18 2:4,9
**summary** 152:25
**summer** 113:16
**superior** 19:10

**supervision** 156:11
**support** 16:5 122:8 137:15 138:19
**supported** 146:20
**supportive** 147:19
**supposed** 65:16 91:5
**suprapubic** 102:8 138:10,19 145:2
**sure** 10:2 23:6 25:6 32:16 41:15 44:14 46:3 47:2 48:6 52:24 56:1,3 70:14,16,24 71:25 75:7 76:22 77:18,24 78:4,9 78:14 84:24 88:5 97:14 104:2 115:17 124:8 130:22 146:10
**surgeons** 33:21
**surgeries** 10:19 16:24 17:7 19:25 20:4 22:25 24:19 25:1,4 26:9 35:11 37:7 38:4,13 39:9 39:15 44:6,8,11 44:13,16
**surgery** 7:5 10:13 10:17,19,25 11:9 11:11 17:2 24:5 25:13,18,25 27:3 27:5,18 28:2,5,10 28:12,22 29:23 30:3 35:8,18,23 35:25 36:3 37:4 37:13,14,15 40:1 40:16,16 54:6,16 105:9 113:6 124:25 146:11 147:15
**surgical** 100:25 113:1 145:16
**surprised** 126:7 127:1
**suture** 42:22

**sutures** 44:7,10,13 44:15
**switch** 72:16
**sworn** 1:14 4:3 155:14 156:6
**symptom** 31:16,24
**symptoms** 30:14 31:5,5,10,11,12 47:12 51:6 136:7 136:17 137:6,15 137:25 141:24 142:8,10,21 145:10 147:19 148:17
**syndrome** 42:13 42:16,18 43:23 59:2 136:24
**syndromes** 45:15 58:22,25
**system** 1:4 41:18 41:21 43:12 47:18
**systems** 41:17 143:10,16,24 146:6

---

**T**
**t** 1:12 3:2 4:2 154:1 155:8
**take** 11:25 12:7,12 13:7,11,21,25 15:5 35:5 40:21 44:7 50:17 68:1 71:8 72:1 74:4 76:11 79:7,14 80:7 91:21 93:9 94:13 95:17 101:3 106:8 116:11 125:12
**taken** 23:14 156:9
**talk** 111:3 123:9 125:11 141:23 151:23
**talked** 73:10 78:15 136:14 151:25
**talking** 10:20

28:12 30:25 33:22 35:24 52:23 64:2 91:9 96:16 121:25 131:22 132:22,24 133:18,23 135:7 135:10 138:11 143:3
**tape** 126:23
**taught** 7:12,16 15:19
**teach** 7:20 56:10
**teacher** 104:19
**teaching** 56:8 103:24 104:22
**team** 11:20 12:1 14:8 24:10
**tear** 43:16
**technically** 144:19 148:4
**technique** 17:21 19:22,24 32:12 33:2,4,4,14 52:7 52:8
**techniques** 18:3 33:1
**teeter** 4:9
**telephone** 79:20
**tell** 45:5 53:17 66:24 85:6,13 97:25 103:23 111:24
**telling** 85:25
**ten** 144:20,20
**tenday** 31:3,13
**tender** 130:25 134:15
**tenderness** 48:8 49:8,14,15,18 50:6,10 81:19 87:20 121:13 122:9 129:5
**tension** 37:25 82:2 121:8 137:9
**term** 26:2 52:3 88:19

**terminal** 19:21,23 81:6,7
**tertiary** 21:10
**testified** 4:3 14:7 15:4 16:24 22:2 84:16 92:17 112:21 117:4 124:11 125:20 126:17 130:12
**testify** 23:3,12,21 95:13 126:13 156:6
**testifying** 53:3 55:24 64:13
**testimony** 4:13 68:21 69:7 123:16 126:10 134:22 144:7 156:12
**testing** 80:15 135:22 145:7
**tests** 80:10,12,19
**thank** 153:3
**thanks** 116:18
**thats** 5:10,13 6:13 9:10 10:21 21:4 22:7 25:21 26:15 26:18 32:15 33:18,24 34:1 37:1 39:8 44:25 45:21 48:12 50:12 53:17,19 53:25 55:9 57:19 59:14 63:23 64:19 67:15 69:11 75:2,7 77:6 84:14 86:23 89:7 91:15 94:8 95:24 98:14 103:19,22 106:22 107:4,6 108:3 109:2,18 112:14,17 113:11 113:21 121:7,8,9 121:9,21,24 122:3,6 123:5 127:7 132:14,17

Erin T. Carey, M.D.

133:2,8,20 134:7
135:5 137:12
138:13,21 139:12
140:8 141:5
143:18 144:1,17
144:22,23 146:6
149:15 150:25
151:3 153:2
**therapies** 46:21
**therapist** 57:5
124:1
**therapists** 57:8
76:7 79:25
**therapy** 32:2 40:1
40:4,6,7,11 73:12
73:12 75:11
**theres** 5:24 18:7,14
30:22 37:22 39:4
39:10 44:18 48:7
49:18 52:20
56:19 58:22 59:5
103:24 118:8
141:4 142:4
**theyre** 14:8 35:3
49:5,5 58:1 74:13
118:14 144:21,23
144:25 149:22
150:7
**theyve** 117:1
**thickening** 87:20
87:24 88:18,25
**thigh** 48:25
**thing** 18:15 36:8
45:1,16 50:12
106:15 109:10
137:12
**things** 6:9 13:25
30:23 40:12
44:23 75:8 76:25
77:3 78:11 93:14
100:6 108:25
119:8 122:15
141:5 143:8
149:8
**think** 7:23 12:5,18
18:22 29:24 37:5

37:16 38:15,18
39:11 40:13
44:20,20,23
45:16 47:1,7
51:19 55:14
59:10,11,12
61:23 62:22 66:2
66:25 75:10
93:15 99:24
106:15 109:6
116:11,25 117:1
117:12 121:21
126:22 127:24
129:11 131:3
132:21 134:7,8
134:15,15,25,25
135:5,15 136:20
137:5,7,10
142:20 143:6
144:9 145:13
**thompson** 61:20
61:21,25
**thorough** 47:16
50:15 52:8,25
72:2 75:15 82:13
91:23 101:15,20
**thoroughly** 94:14
**thought** 118:16
126:1 132:24
**thousands** 133:4
134:17
**three** 10:17,18
36:22 112:3,5
113:4 142:16
150:14
**threw** 84:22
**thrown** 84:9
**thursday** 104:12
104:13 105:5
**tight** 134:9
**time** 7:23 9:25
11:14 14:3 15:13
27:9,13 34:21
36:10 38:9 44:1
50:17 51:10
56:15,22,23

58:11,18 59:16
62:7,13 68:4 71:8
72:6 78:13 79:10
81:12 82:9,18,21
83:2,7 87:10 89:6
89:18,21 90:1,8
90:11,19,23 91:6
91:7 92:1 96:7,10
98:21 102:16,23
103:10,15,18
104:4,10,13,23
105:19,24 110:14
111:1,9,11,24
112:8,10,16,20
113:7 114:8
134:23 143:15,25
150:18 151:17
153:3
**times** 59:19 77:23
144:20,21,23
145:2
**tissue** 27:9,13,24
28:19 40:4,5 48:6
48:8 83:1
**today** 4:13 5:19
23:11,20 61:2
63:7 68:9,13 71:4
74:8 78:16 80:2
94:3 98:22 99:25
118:13
**told** 62:3 77:16
101:7 102:22
153:4
**tolerate** 31:19
**tonganoxie** 156:18
**tonicity** 49:4
**top** 43:19 115:12
123:8 135:7
**topic** 13:5 14:11
41:16
**topics** 14:17,21
**total** 10:9 22:5
56:17 89:5 93:19
93:20
**touch** 53:15,23
132:17 134:2

**touching** 26:4
53:24
**toxin** 26:15
**trabuco** 7:19,22
9:7 15:23
**tracking** 21:1
**tract** 42:11,19
45:13 102:12
136:8 137:25
138:15 142:1,15
143:13 150:6
**traditional** 7:8
**traditionally** 48:1
**trained** 53:8
**training** 11:1,4,12
17:4,20 24:11
37:10 54:9,12
61:22 109:4
114:11
**transcript** 60:10
**transcription**
155:4
**transitioning**
111:10 114:10
**transmittal** 98:8
98:15
**transobturator**
7:10,21 8:22 9:2
9:6 21:21 23:4,13
23:22 126:5,12
126:23
**transvaginal** 7:9
7:17,21,25 8:12
8:19,22 9:1,6,13
9:20 10:1 16:17
20:6 35:6
**travel** 66:1,11,14
89:21 90:8,19
91:2,7 104:23
105:23
**treat** 41:12 45:23
143:23 149:23
**treated** 102:12
134:18 138:16
150:2
**treating** 41:1

103:16 123:24
124:4
**treatment** 56:20
73:9 149:24
**treatments** 46:21
47:3
**treats** 40:15
**trial** 30:25 31:4,7
31:13 59:13
**trialed** 30:17
**trials** 9:14,17,24
93:1,14 98:25
**tried** 7:24 46:20
142:5
**tries** 120:2
**trigger** 47:10
134:10
**triggered** 133:17
134:14
**trip** 66:2 91:1
**trocar** 32:19 33:22
33:25 34:1
**trocars** 27:22
**true** 45:23 156:11
**truth** 86:1 156:6
**truthful** 77:25
102:19,21
**try** 50:21 60:2
135:17
**trying** 34:15 44:19
44:20,22 53:24
58:2 62:10 120:3
121:14 143:8
145:12
**tube** 32:14 122:10
122:12
**tuesday** 104:8
**tuesdays** 105:11
**tunes** 41:25
**turn** 123:8
**tvt** 8:3 9:18 21:18
22:16,17,18 23:4
23:12
**tvto** 9:2 23:21 93:1
106:9,11,18
107:2 120:16

Erin T. Carey, M.D.

142:23 144:4,8
148:24 149:13
150:1
**twice** 94:23 95:9
115:19
**two** 30:22 57:8,25
58:8 72:1 109:9
111:3,4 113:3
114:20 130:24
139:13 147:9
**twodigit** 49:12
**twoyear** 11:8
**twoyearold** 79:21
**type** 12:9,11 13:8
16:4 21:14,22
27:5 28:5,12
29:17 37:14,15
37:19 39:9,15
45:20 51:13
70:19 100:11
**types** 10:19 11:3
25:1 37:23 80:15
81:11 82:8
143:22 151:11
**typical** 109:12
**typically** 11:25
**typo** 142:4,6

**U**

**u** 1:5
**uhhuh** 10:16
**ulcer** 139:4 140:23
**ulcers** 138:25
139:16 140:24
**ultrasound** 17:22
**umbilicus** 32:11
33:6
**umhum** 8:14 9:22
14:25 17:3 23:1
25:19 28:11
34:24 39:22 68:5
84:6 91:18 92:6
94:7 99:2 101:10
106:23 108:7
111:16 120:19,23
122:1 123:10

**unability** 146:16
**unable** 81:24
**unc** 21:22 25:2
58:13
**uncomfortable**
29:12
**uncommon** 67:14
**undergone** 141:20
**understand** 4:12
6:19 52:24 63:12
93:25 121:14
126:9 130:22
131:3 140:21
**understanding**
52:19 62:6 75:20
128:8
**understood** 76:22
**unfortunately**
112:8
**unique** 56:9 109:4
**united** 1:1
**university** 6:25
21:14 24:13 44:1
44:2,2,4 46:15
51:7 105:12,16
105:17
**unpleasant** 48:16
**unroof** 82:25
**unusual** 111:12
**updated** 5:18 6:12
69:9 80:4
**upper** 34:14
**ureteritis** 42:18
**ureterolysis** 17:16
**ureters** 28:19
**urethra** 48:3 49:7
49:8 50:19 51:1
**urge** 31:12
**urgency** 30:15
31:17,20 137:19
138:4 142:1,24
142:25 143:2,17
143:25 144:4,6
144:10,12,13
**urinary** 30:14,14
30:15 31:4 42:19

102:12 136:7,8
137:19,24,25
138:15 142:1,15
143:2,13 144:10
144:11,12 145:9
148:16 150:5
**urogynecologist**
21:22 54:8 57:24
58:10 136:11
**urogynecologists**
10:10 15:21 21:7
21:13 59:7 114:2
**urogynecology**
10:5,7,16 11:5
54:18 114:21
**urologic** 136:22
**urologist** 136:11
**urology** 36:18
**use** 16:5 17:18 18:2
18:7 19:10 30:11
30:13 32:25
34:11,16 37:2
44:7,7,10,12,15
44:17,18,21,22
44:24 48:8,17
49:10 50:14 51:4
51:7,9 52:14,16
54:2 73:11
115:21 119:16,18
119:20 136:17
137:16 140:14
141:6 146:16
151:13,17
**useful** 51:17
**usual** 109:10
**usually** 32:10
43:18 56:4,6
62:24 109:1
113:6 149:8,10
**uterine** 28:8
**uterosacral** 42:9
**uterus** 26:23 28:20
29:16 38:1 41:23
49:15,16,17
53:16

**V**

**vagina** 38:8 39:24
40:12 45:18
48:15 49:24 50:4
50:18,19 72:23
80:20,21,22
81:17,19 83:5,7
83:20 122:10
132:20 135:2,5
135:20 146:17
149:16,18,22
151:24 152:13,21
**vaginal** 15:14 16:5
26:7,8,13 35:23
37:12,14,15 38:3
38:13 39:9 50:5,7
50:7,9 51:3 81:20
81:24 82:24
83:13,16 87:9,21
87:24 88:25 89:5
89:9,13 118:7
120:8,22 121:10
121:15,17 122:13
123:12 124:15
130:7,13 131:16
134:3 148:23
150:4
**vaginitis** 149:15,25
150:5
**validated** 51:10
143:20
**valsalva** 89:9
**value** 54:23 140:16
140:19
**variance** 18:8
19:10 145:4
**variation** 18:24
**variety** 23:7 25:17
29:7 149:8
**various** 34:16,20
**varus** 32:11,23
34:3,11,17,17,21
**vaughn** 1:21 156:3
156:22
**vault** 16:6
**verify** 32:15

**version** 5:18
**versus** 87:21 89:3
144:22,24
**vessels** 34:10
**vestibule** 25:15
26:4,6 39:21 48:4
48:10
**vestibulectomies**
25:14
**vestibulectomy**
39:18
**vestibulitis** 26:3
38:20
**vestibulodynia**
26:2 37:23 38:20
43:24
**view** 56:24
**virginia** 1:1 4:15
**viscera** 53:25
**visceral** 53:10,11
53:15,19,20
**visit** 51:18 56:22
59:25 62:11
89:21 90:18
**visiting** 104:21
**visual** 47:19
**visualization** 33:8
**visualize** 33:6
**visualizing** 33:15
**vitae** 5:14 6:4,17
80:4
**vital** 119:15
**void** 138:4 145:2
**voiding** 138:4
144:19
**voids** 144:20,22,25
**volume** 18:16
20:19 21:11
111:13 112:4
113:2,25 139:25
140:13 141:14,16
**vs** 1:8
**vulva** 48:2,11,12
72:23 149:6
**vulval** 26:3
**vulvar** 25:13,14,18

Erin T. Carey, M.D.

26:4 43:22 45:14
48:3,10 52:9
113:25
**vulvitis** 149:4,12
**vulvodynia** 43:23

### W
**wagstaff** 1:18 2:3
**wagstaffcartmell**
2:5
**wait** 12:6
**waiting** 12:15,17
**waking** 94:4
**walk** 45:25 46:6
**wall** 19:8,15,20
33:16 43:5 83:13
87:9 121:10
**walls** 50:5
**want** 23:16 40:21
47:21 48:6,7
52:24 60:23 68:2
77:22 84:8 85:3
85:12 92:9 93:12
103:18 111:3
120:12 130:22
**wanted** 70:16
76:19,21 77:18
77:24 78:9,14,25
84:24 93:25
94:16,18 132:15
**wants** 85:8,22
**washington** 2:10
**wasnt** 77:17
122:18
**water** 143:15
**way** 20:25 27:7,11
28:15 33:20
51:21 52:6 85:8
85:13 99:17
103:11 112:8
119:21 122:20
126:25 132:10,25
133:2 144:1
**ways** 34:16
**wear** 128:12
**wearing** 127:18

128:1,4 129:14
**web** 40:25 41:3
106:4
**wed** 70:13 71:19
73:16
**wednesday** 1:15
104:9,10,25
**week** 67:12 103:18
103:24 104:2,5
112:4,5,23,24,25
119:6,6 128:19
129:1,15,19,22
129:25 130:3
**weekend** 67:25
**weekends** 111:12
112:11
**weeks** 12:9,12
13:18,25 133:25
134:2
**weightbearing**
128:21
**went** 11:7 72:8,9
94:13 100:25
101:3 117:2
133:22
**west** 1:1 4:15
**weve** 60:4 80:4
**whats** 24:12 25:20
26:1 28:7 30:19
40:3,3 54:23 99:7
128:8 144:11
146:19
**wheres** 105:10
**whos** 11:22
**whyd** 76:17
**wide** 18:17
**winter** 113:15,18
113:21 114:5
**wish** 57:18 58:6
**withinnamed**
156:5
**witness** 3:2 4:3
75:7 97:14
116:13 118:15
156:5,7,12,17
**woman** 25:22

29:25 31:12,16
40:7 50:13
130:17 139:15
140:3 142:15
**womans** 140:2
**women** 20:20 21:2
21:5,10 22:9 26:1
40:1 51:14 58:1
73:13 109:5
133:4 134:17
139:11,18 140:20
140:21 141:1,17
149:2 150:3
**wonderful** 55:5
73:14
**word** 60:13,14
70:20,22 71:1,10
71:13 125:19
**words** 27:6
**wore** 128:12,18
**work** 57:2,4,7
63:25 89:19
108:3 109:1
112:12,13 114:12
122:3,20 126:6
146:6
**workday** 69:3
**worked** 14:19 24:9
47:4 93:25 112:8
118:5
**working** 12:15
90:12 113:22
114:9
**works** 53:20,20
144:2
**worsened** 133:19
**worst** 119:19
**wouldnt** 80:25
130:18,20,25
139:18 141:19
**write** 64:11,14
65:15 93:9
107:21 109:16
110:22 120:20
**writing** 12:10,12
100:16 108:11

111:2 112:1
156:10
**writings** 100:11
**written** 52:11 53:7
117:17
**wrong** 142:5
**wrote** 93:7 100:16
107:20

### X
**x** 3:1

### Y
**yeah** 12:20 13:2
26:19 27:17
44:19 45:9 53:6
64:6 100:6
103:19 108:2,7
116:2,10 118:16
119:9 120:13
131:19 133:22
146:3,25
**year** 14:24 24:6
25:2 111:7 113:9
113:10
**years** 40:10 111:3
111:4 143:24
145:17
**yesterday** 4:23
5:21 75:19 76:11
76:18 77:1 78:12
78:17 79:16 90:4
92:2 93:18,21
97:2
**youd** 141:17
**youre** 4:10,12 12:4
12:10,12,15,15
18:10,18 19:12
25:3 28:23 30:24
30:25 32:14,16
33:11 37:5 38:23
52:24 53:2 58:9
58:23 60:7,15
61:1,4 66:9 71:21
88:4,6 107:21
110:6,20 115:4

118:9 119:11
120:3 121:25
126:16 131:3,22
133:20 135:7
138:11 140:2
141:10 145:12
152:7
**youve** 15:4,8 22:14
22:22,24 23:12
34:19 106:21
109:19,20,20
110:18 151:1

### Z
**zolnoun** 111:19
113:24

### 0
**00** 72:11,13
**04** 1:16
**08** 40:23 95:19
**0895** 1:21 156:23

### 1
**1** 3:7 4:1,17 35:4
68:2 116:15
119:18,19 120:14
152:4
**10** 30:18 40:23,24
90:2 91:24 93:17
93:19 94:6,11
119:19,19 139:5
139:10,17 140:22
143:24
**100** 104:3 130:19
**1052** 1:21 156:22
**10th** 66:19 67:6,8
67:11 72:7,8
156:18
**11** 61:12 65:12
95:18
**1100** 2:5
**11th** 65:17 67:22
75:17 82:18 83:3
83:8 96:6,14
97:19,24 98:6

Erin T. Carey, M.D.

100:19,20
**12** 12:7,13 13:18
  38:11 88:12 91:6
  91:24 95:19
  116:12,14
**12md02327** 1:4
**12md05201** 1:8
**14** 145:2
**14th** 67:24
**15** 30:17 32:18
  59:22
**16** 88:13,20,23
**17** 40:24
**17th** 95:2,6
**1885** 2:10
**19034** 2:10
**1997** 143:11

---
**2**
---
**2** 1:4,8,17 3:8 4:1
  4:24 5:14 48:21
  91:13,17 95:21
  106:22 153:6
**20** 16:2 20:2 22:2
  22:13,25 59:22
  111:8 155:15
**200plus** 125:25
**2011** 65:12
**2012** 138:12
**2013** 24:17 61:16
  113:11,12,18,22
  114:6
**2014** 1:16 5:16 6:2
  6:5,17 61:12
  64:12,21 65:12
  65:12,15,18
  75:17 82:18 83:3
  83:8 96:6,14 98:6
  100:20 102:24
  123:5 127:19
  156:18
**2327** 1:3
**25** 8:15,19 111:8
  112:21
**26** 5:13
**267** 2:10

**2nd** 1:15

---
**3**
---
**3** 3:9 5:20 6:3,16
  12:8,12 131:21
  131:24,25 150:8
**30** 8:15,19 20:2
  22:2,13,25 76:13
  76:16
**300** 1:18 2:4
**39** 116:15

---
**4**
---
**4** 3:3,7,8,10 28:17
  28:22 83:19
  87:12 97:15,17
  135:7,9 150:8
**40** 116:12
**400** 2:9
**41** 116:14
**46** 1:17 95:18
  153:6
**4740** 1:18 2:3

---
**5**
---
**5** 3:9 8:24,25
  135:25 141:16
**50** 31:9,11,16,23
  63:19,20 89:16
**500** 2:9 68:19
  141:14
**513** 2:10
**5millimeter** 33:17

---
**6**
---
**6** 12:7,9 13:17
  38:11 90:19 91:7
  93:12
**60** 47:5
**600** 141:16
**64112** 2:4

---
**7**
---
**7** 13:17 85:11 89:7
**701** 2:5
**75** 112:22

---
**8**
---
**8** 13:18,25 72:11
  72:13
**80** 62:23 104:4
  105:6 141:11,12
**816** 2:5

---
**9**
---
**9** 1:16
**97** 3:10